

**SD**

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA PHILADELPHIA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* THOMAS E. LACHKOVICH,

    Plaintiff(s),

V.

GEORGE W. BUSH, *et al.*,

    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

**12     3197**

Civil Action No. _____

FILED
JUN 06 2012
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

### COMPLAINT AND JURY DEMAND

Pursuant to the requirements of the False Claims Act, 31 U.S.C. § 3730(b)(2) and

Local Civil Rule, the above-captioned civil action is filed 'Under Seal' with the court.

Dated this _6th_ day of _June_ , 2012.

By:  _____
               Thomas E. Lachkovich, Plaintiff
               1225 So. Bellaire Street, No. 103
               Denver, Colorado  80246-7713
               Telephone:  720-364-6527
               E-mail:  tkov@live.com



# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. THOMAS E. LACHKOVICH, <br><br> United States Attorney General <br> United States Department of Justice <br> 10th and Constitution Avenue, N.W. , Rm. 5111 <br> Washington, D.C.  20530 <br> (202) 514-2001 <br><br> and <br><br> Thomas E. Lachkovich <br> 1225 So. Bellaire Street, No. 103 <br> Denver, Colorado 80246 <br> (720) 364-6527 <br><br> Plaintiff(s), <br><br> V. <br><br> GEORGE W. BUSH <br> Route 317, North Lone Star Parkway <br> Crawford, Texas   76638 <br> (254) 555-1212 <br><br> and <br><br> MARK SULLIVAN <br> 245 Murray Drive, Bldg. 410 <br> Washington, D.C.  20223 <br> (202) 406-8000 <br><br> and <br><br> RICHARD  CHENEY a/k/a  DICK CHENEY <br> 1600 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20500 <br> (202) 456-1414 | **Under Seal** <br><br><br> Civil Action No. **12    3197** |

1

and                                              )
                                                 )
GERALD BRUCE LEE                                 )
401 Courthouse Square                            )
Alexandria, Virginia 22314                       )
(703) 299-2117                                   )
                                                 )
        and                                      )
                                                 )
THERESA C. BUCHANAN                              )
401 Courthouse Square                            )
Alexandria, Virginia 22314                       )
(703) 299-2120                                   )
                                                 )
        and                                      )
                                                 )
KAY V. ARMISTEAD                                 )
2400 West Avenue, Room 100                       )
Newport News, Virginia 23607                     )
(757) 247--0784                                  )
                                                 )
        and                                      )
                                                 )
FERNANDO GALINDO                                 )
2400 West Avenue                                 )
Newport News, Virginia 23607                     )
(757) 222-7204                                   )
                                                 )
        and                                      )
                                                 )
CLAUDE M. HILTON                                 )
401 Courthouse Square                            )
Alexandria, Virginia 22314                       )
(703) 299-2112                                   )
                                                 )
        and                                      )
                                                 )
JAMES C. CACHERIS                                )
401 Courthouse Square                            )
Alexandria, Virginia 22314                       )
(703) 299-2110                                   )
                                                 )
        and                                      )

2

IVAN D. DAVIS                           )
401 Courthouse Square                   )
Alexandria, Virginia 22314              )
(703) 299-2119                          )
                                        )
            and                         )
                                        )
TONY WEST                               )
601 'D' Street, N.W.                     )
Washington, D.C. 20004                  )
(202) 307-6699                          )
                                        )
            and                         )
                                        )
GREGORY PEARSON                         )
601 'D' Street, N.W.                     )
Washington, D.C. 20004                  )
(202) 307-6699                          )
                                        )
            and                         )
                                        )
JONATHAN 1. KATZ                        )
601 'D' Street, N.W.                     )
Washington, D.C. 20004                  )
(202) 307-6699                          )
                                        )
            and                         )
                                        )
TIFFANI PRAILOW                         )
2100 Jamieson Avenue                    )
Alexandria, Virginia 22314              )
(703) 299-3700                          )
                                        )
            and                         )
                                        )
JANE DOE NO. 14.JULY.11                 )
401 Courthouse Square                   )
Alexandria, Virginia 22314              )
(703) 299-2100                          )
                                        )
            and                         )

3

JENNIFER  HINKELL                        )
401 Courthouse Square                    )
Alexandria, Virginia  22314              )
(703) 299-2100                           )
                                         )
        and                              )
                                         )
NICOLA  HARRISON                         )
401 Courthouse Square                    )
Alexandria, Virginia  22314              )
(703) 299-2100                           )
                                         )
        and                              )
                                         )
CHRISTINA  TATE                          )
401 Courthouse Square                    )
Alexandria, Virginia  22314              )
(703) 299-2100                           )
                                         )
        and                              )
                                         )
NATHANIEL  CANFIELD                      )
401 Courthouse Square                    )
Alexandria, Virginia  22314              )
(703) 299-2100                           )
                                         )
        and                              )
                                         )
PAT  CAMPBELL                            )
401 Courthouse Square                    )
Alexandria, Virginia  22314              )
(703) 299-2100                           )
                                         )
        and                              )
                                         )
NEIL  H.  MACBRIDE                       )
2100 Jamieson Avenue                     )
Alexandria, Virginia  22314              )
(703) 299-3700                           )
                                         )
        and                              )

4

MONIKA L. MOORE ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
2100 Jamieson Avenue ⠀⠀⠀⠀⠀⠀⠀)
Alexandria, Virginia 22314 ⠀⠀⠀⠀)
(703) 299-3700 ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀and ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
GERARD MENE ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
2100 Jamieson Avenue ⠀⠀⠀⠀⠀⠀⠀)
Alexandria, Virginia 22314 ⠀⠀⠀⠀)
(703) 299-3700 ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀and ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
T. RAWLES JONES, JR. ⠀⠀⠀⠀⠀⠀)
401 Courthouse Square ⠀⠀⠀⠀⠀⠀⠀)
Alexandria, Virginia 22314 ⠀⠀⠀⠀)
(703) 299-2122 ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀and ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
JEFFREY SESSIONS ⠀⠀⠀⠀⠀⠀⠀⠀)
335 Russell Senate Office Building ⠀)
Washington, D.C. 20510-0104 ⠀⠀⠀)
(202) 224-4124 ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀and ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
JOHN D. BATES ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
333 Constitution Avenue, N.W., Rm. 4114 )
Washington, D.C. 20001 ⠀⠀⠀⠀⠀⠀)
(202) 354-3430 ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀and ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
RICHARD W. ROBERTS ⠀⠀⠀⠀⠀)
333 Constitution Avenue, N.W., Rm. 4435 )
Washington, D.C. 20001 ⠀⠀⠀⠀⠀⠀)
(202) 354-3400 ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀and ⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

COLLEEN  KOLLAR-KOTELLY )
333 Constitution Avenue, N.W., Rm. 6939A )
Washington, D.C. 20001 )
(202) 354-3340 )
)
    and )
)
ANGELA  D.  CAESAR )
333 Constitution Avenue, N.W., Rm. 1130 )
Washington, D.C.  20001 )
(202) 354-3050 )
)
    and )
)
JANE  DOE  NO.  333.01 )
333 Constitution Avenue, N.W., Rm. 1225 )
Washington, D.C.  20001 )
(202) 354-3000 )
)
    and )
)
RONALD  C.  MACHEN, JR. )
555 Fourth Street, N.W. )
Washington, D.C.  20530 )
(202) 514-7566 )
)
    and )
)
KEITH  V.  MORGAN )
555 Fourth Street, N.W. )
Washington, D.C.  20530 )
(202) 514-7566 )
)
    and )
)
MARK  JONES )
Lorton Reformatory )
Lorton, Virginia  22199 )
(703) 555-1212 )
)
    and )

LARRY  TAYLOR                                    )
Lorton Reformatory                              )
Lorton, Virginia  22199                         )
(703) 555-1212                                  )
                                                )
            and                                 )
                                                )
ERIC  H.  HOLDER, JR.                           )
10th and Constitution Avenue, Rm. 5111, N.W.    )
Washington, D.C.  20530                         )
(202) 514-2001                                  )
                                                )
            and                                 )
                                                )
JOHN DOE NO. 5.APR.10  a/k/a                    )
'SPEC. PROS. 950.5.APR.10                       )
950 Pennsylvania Ave/,  N.W.                    )
Washington, D.C.  20530                         )
(202) 514-2001                                  )
                                                )
            and                                 )
                                                )
JOHN DOE NO. 14.JUNE.10  a/k/a                  )
'SPEC. PROS. 950.14.JUNE.10                     )
950 Pennsylvania Ave/,  N.W.                    )
Washington, D.C.  20530                         )
(202) 514-2001                                  )
                                                )
            and                                 )
                                                )
JOHN  DOE  NO.  5.APR.10  a/k/a                 )
'SPEC. PROS. 555.5.APR.10                       )
555 Fourth Street, N.W.                         )
Washington, D.C.  20530                         )
(202) 514-7566                                  )
                                                )
            and                                 )
                                                )
JOHN  DOE  NO.  14.JUNE.10  a/k/a               )
'SPEC. PROS. 555.14.JUNE.10                     )
555 Fourth Street, N.W.                         )
Washington, D.C.  20530                         )
(202) 514-7566                                  )

7

and                                              )
                                                 )
BENJAMIN NIGHTHORSE CAMPBELL                     )
2099 Pennsylvania Avenue, Suite 100, N.W.        )
Washington, D.C. 20006                           )
(202) 457-5923                                   )
                                                 )
        and                                      )
                                                 )
KENNETH L. SALAZAR                               )
1849 'C' Street, N.W.                            )
Washington, D.C. 20240                           )
(202) 208-7351                                   )
                                                 )
        and                                      )
                                                 )
THOMAS L. STRICKLAND                             )
1849 'C' Street, N.W., Rm. 6144                  )
Washington, D.C. 20240                           )
(202) 208-6087                                   )
                                                 )
        and                                      )
                                                 )
JOHN ASHCROFT                                    )
10th and Constitution Avenue, Rm. 5111, N.W.     )
Washington, D.C. 20530                           )
(202) 514-2001                                   )
                                                 )
        and                                      )
                                                 )
JOHN SUTHERS                                     )
1525 Sherman Street, Seventh Floor              )
Denver, Colorado 80203                           )
(303) 866-3557                                   )
                                                 )
        and                                      )
                                                 )
AUGUST WILLIAM RITTER, JR.                       )
a/k/a BILL RITTER, JR.                           )
108 Johnson Hall                                 )
Ft. Collins, Colorado 80523-1036                )
(970) 492-4215                                   )
                                                 )

8

and                                                    )
                                                       )
GEORGE  MORIN                                          )
2375 East Arizona Avenue                               )
Denver, Colorado 80210                                 )
(303) 744-6119                                         )
                                                       )
        and                                            )
                                                       )
SHEETAL  JANTRE                                        )
6890 Tower Road                                        )
Denver, Colorado 80249                                 )
(303) 371-5300                                         )
                                                       )
        and                                            )
                                                       )
KELLY  COOPER                                          )
6890 Tower Road                                        )
Denver, Colorado   80249                               )
(303) 371-5300                                         )
                                                       )
        and                                            )
                                                       )
STATE  OF COLORADO                                     )
1525 Sherman Street, Seventh Floor                     )
Denver, Colorado  80203                                )
(303) 866-3557                                         )
                                                       )
        and                                            )
                                                       )
DAVID  FINE                                            )
CITY AND COUNTY OF DENVER                              )
1437 Bannock Street                                    )
Denver, Colorado  80202                                )
(720) 865-8600                                         )
                                                       )
        and                                            )
                                                       )
MARY  A.  MALATESTA                                    )
1331 Cherokee Street, Suite 302                        )
Denver, Colorado  80204                                )
(720) 913-6020                                         )

9

and          )
            )
RONALD  PEREA      )
1331 Cherokee Street, Suite 302   )
Denver, Colorado  80204    )
(720) 913-6020       )
            )
    and        )
            )
DENVER  DEPARTMENT  OF  SAFETY   )
1331 Cherokee Street, Suite 302   )
Denver, Colorado  80204    )
(720) 913-6020       )
            )
    and        )
            )
DENVER  POLICE  DEPARTMENT   )
1331 Cherokee Street     )
Denver, Colorado  80204    )
(720) 913-2000       )
            )
    and        )
            )
DENVER SHERIFF  DEPARTMENT   )
1331 Cherokee Street     )
Denver, Colorado  80204    )
(720) 913-2000       )
            )
    and        )
            )
DENVER  FIRE  DEPARTMENT    )
745 West Colfax Avenue     )
Denver, Colorado  80204    )
(720) 913-3473       )
            )
    and        )
            )
DENVER  HEALTH MEDICAL CENTER   )
777  Bannock Street      )
Denver, Colorado  80204    )
(303) 436-6000       )
            )
    and        )

10

DENVER PARAMEDICS )
660 Bannock Street )
Denver, Colorado 80204 )
(720) 913-2200 )
)
    and )
)
COLORADO DEPARTMENT )
OF PUBLIC SAFETY, COLORADO BUREAU )
OF INVESTIGATION )
690 Kipling Street, No. 3000 )
Denver, Colorado 80215 )
(303) 239-4300 )
)
    and )
)
JOHN DOE NO. 13.SEPT.10 )
1431 15th Street )
Denver, Colorado 80202 )
(303) 446-9500 )
)
    and )
)
RONALD C. SLOAN, DIRECTOR OF )
COLORADO BUREAU OF INVESTIGATION )
690 Kipling Street, No. 3000 )
Denver, Colorado 80215 )
(303) 239-4300 )
)
    and )
)
COLORADO DEPARTMENT OF REVENUE )
DIVISION OF MOTOR VEHICLES )
1881 Pierce Street )
Lakewood, Colorado 80214 )
(303) 205-5600 )
)
    and )
)
JOHN DOE NO. 13.SEPT.10 a/k/a PATAGONIA )
1431 15th Street )
Denver, Colorado 80202 )
(303) 446-9500 )

11

and                                                          )
                                                             )
ERIK  K.  SHINSEKI                                           )
810 Vermont Avenue, N.W.                                     )
Washington, D.C. 20420                                       )
(202) 273-6660                                               )
                                                             )
and                                                          )
                                                             )
JOHN  DOE  NO.  12.DEC.09.A                                  )
1331 Cherokee Street                                         )
Denver, Colorado  80204                                      )
(720) 913-2000                                               )
                                                             )
and                                                          )
                                                             )
JOHN  DOE  NO.  12.DEC.09.B                                  )
1331 Cherokee Street                                         )
Denver, Colorado  80204                                      )
(720) 913-2000                                               )
                                                             )
and                                                          )
                                                             )
JOHN  DOE  NO.  18.DEC.09                                    )
1331 Cherokee Street                                         )
Denver, Colorado  80204                                      )
(720) 913-2000                                               )
                                                             )
and                                                          )
                                                             )
JOHN  DOE  NO.  13.SEPT.10.A  a/k/a "ULRICH")
1331 Cherokee Street                                         )
Denver, Colorado  80204                                      )
(720) 913-2000                                               )
                                                             )
and                                                          )
                                                             )
CHARLEY  GARCIA                                              )
1331 Cherokee Street, Suite 302                              )
Denver, Colorado  80204                                      )
(720) 913-6020                                               )
                                                             )
and                                                          )

12

ROBERT DAVIS a/k/a BOB DAVIS )
2301 Lawrence Street )
Denver, CO 80205 )
(303) 294-0241 )
)
     and )
)
CARLA YOUNG )
2301 Lawrence Street )
Denver, CO 80205 )
(303) 294-0241 )
)
     and )
)
VIRGINIA HENTCHEL )
2301 Lawrence Street )
Denver, CO 80205 )
(303) 294-0241 )
)
     and )
)
MICHAEL MALLOY )
2301 Lawrence Street )
Denver, CO 80205 )
(303) 294-0241 )
)
     and )
)
JOHN DOE NO. 4.NOV.10 )
2877 Lawrence Street )
Denver, CO 80205 )
(303) 295-2165 )
)
     and )
)
JOHN DOE NO. 11.NOV.10 )
2301 Lawrence Street )
Denver, CO 80205 )
(303) 294-0241 )
)
     and )

JANE DOE NO. DEC.11.A a/k/a "VENEIGH"    )
3737 Quebec Street                       )
Denver, CO 80207                         )
(303) 388-6161                           )
                                         )
         and                             )
                                         )
JOHN DOE NO.  825.208                    )
825 So. Quebec Street, No. 208           )
Denver, Colorado  80247                  )
(303) 861-4667                           )
                                         )
         and                             )
                                         )
JOHN DOE NO.  1225.203                   )
1225 So. Bellaire Street, No. 203        )
Denver, Colorado  80246                  )
(303) 758-6131                           )
                                         )
         and                             )
                                         )
SANDRA LEVY                              )
1251 So. Bellaire Street                 )
Denver, Colorado  80246                  )
(303) 758-6131                           )
                                         )
         and                             )
                                         )
SHAWNA ALDRIDGE                          )
1251 So. Bellaire Street                 )
Denver, Colorado  80246                  )
(303) 758-6131                           )
                                         )
         and                             )
                                         )
NANCY BERRYHILL                          )
1500 Champa Street, Suite 200            )
Denver, CO 80202                         )
(800) 772-1213                           )
                                         )
         and                             )

KAY MALIN a/k/a K. MALIN        )
155 Van Gordon Street           )
Lakewood, CO 80228              )
(800) 827-1000                  )
                                )
        and                     )
                                )
DENISE S. KUPCHO                )
155 Van Gordon Street           )
Lakewood, CO 80228              )
(800) 827-1000                  )
                                )
        and                     )
                                )
PATRICK R. DONAHUE              )
475 L'Enfant Plaza, S.W.        )
Washington, D.C. 20260-2202     )
(800) 523-2014                  )
                                )
        and                     )
                                )
ANDREW S. ARMATAS               )
1437 Bannock Street, Rm. 108    )
Denver, CO 80202                )
(720) 337-0082                  )
                                )
        and                     )
                                )
ALPENHAUS APARTMENTS            )
4470 East Jewell Avenue         )
Denver, CO 80222                )
(303) 759-2860                  )
                                )
        and                     )
                                )
LEWIS T. BABCOCK                )
1929 Stout Street, C-246        )
Denver, CO 80294                )
(303) 844-2527                  )
                                )

15

ALEX MARTINEZ                          )
1331 Cherokee Street, Suite 302        )
Denver, Colorado 80204                 )
(720) 913-6020                         )
                                       )
        and                            )
                                       )
JOHN DOE NO. 26.JUNE.11                )
1130 Park Avenue West                  )
Denver, CO 80205                       )
(303) 294-0157                         )
                                       )
        and                            )
                                       )
ELAINE GARRISON-DANIELS                )
300 Spring Garden Street               )
Philadelphia, PA 19123-2992            )
(800) 772-1213                         )
                                       )
        and                            )
                                       )
MICHAEL J. ASTRUE                      )
300 Spring Garden Street               )
Philadelphia, PA 19123-2992            )
(800) 772-1213                         )
                                       )
        Defendants.                    )

## COMPLAINT AND JURY DEMAND

### Preliminary Statement

1.      This *Qui Tam* Complaint for damages and other relief is based upon a scheme

conducted by Defendants, and others, to defraud the United States Government and Plaintiff

Lachkovich ("Relator") of more than eighty billion dollars ($80,000,000,000.00) in the

performance and cost of government programs, plans, funds, and contracts. This Complaint is

situated in contract, tort, and law, civil and criminal.

16

2.     As records indicate, Defendants, and others, falsified documents; used and/or approved documents which contained false and unlawful entries and/or omissions thereon for false and unlawful compensation, property, and/or interest; fraudulently billed; were fraudulently paid; and otherwise, falsified costs and performance in order to get millions more than Defendants, and others, should have under associated Government programs, plans, funds, and contracts. The Defendants, and others, defrauded the Government by the following means: ( i ) by intercepting, seizing, falsifying, and using false and unlawful official documents of record in the judicial system, and elsewhere, to and/or on behalf of the United States; ( ii ) by obtaining funds, property, and/or interest, falsely and unlawfully, from and/or on behalf of the United States, directly or indirectly, in whole or in part, through the submission of billing, reimbursement, and financial statements and documents by Defendants, and others, to and/or on behalf of the United States, which contained false and unlawful information as to performance and costs incurred for individual persons and/or entities, falsely claimed as recipients of false and unlawful items, services, and payments under associated Government programs, plans, funds, and contracts; ( iii ) by members of the U.S. Secret Service, their agents, servants, heirs, successors, assigns, and/or co-conspirators, being engaged, fraudulently and unlawfully, in whole or in part, directly or indirectly, in a massive covert operation (" a code red" ), and advancing fraud, conspiracy, cover-up, misappropriation of funds and resources ( theft ), perjury, forgery, obstruction of justice, major fraud against the United States, and other covert and unlawful activities, to destroy herein Plaintiff Lachkovich for his repeated

17

discoveries and disclosures of violation of law, rule, or regulation to agents, servants, heirs, successors, and/or assigns of and on behalf of the United States, and for herein Plaintiff Lachkovich's exercise of his legal and civil rights for and on behalf of the United States, and resulting, among other things, in monster fraud, waste, abuse, misconduct, cover-up, conspiracy, and corruption, under the veil of a fraudulent illusory façade of benevolent purpose by the Defendants and others.

3.     The price of freedom is not free, as the historical and legendary chronicles of America reveal the countless selfless acts and sacrifices endured and made by American patriots, whether in uniform or not.  Each American has an unalienable right and duty to serve and to protect the law of the land and fellow Americans from enemy, both foreign and domestic. When a person, as here  by named Defendants and associated others, subscribing to act in connection with a Government uniform or identity or authority, ( "under color of law"), and knowingly and willfully, falsely, unlawfully, corruptly acts in connection with such authority and betrays the 'public trust' bestowed upon such person, then, the very foundation upon which the structure of America was built upon, becomes damaged by such selfish and deplorable acts of treason, which if not monitored, if not remedied, and if not corrected, like the saying, ". . . .if the foundation cracks, . . . the structure falls . . .",  and America will not fall nor be subject to homeland corruption . . . . not on my watch, so Help Me God.

4.     Comes now, Mr. Lachkovich, not armed with fixed bayonets and bullets, but rather, armed with truth, courage, commitment, and the "teeth" of the False Claims Act enacted by Congress, before this Court and  brings this civil action under *Qui Tam* provisions of the False Claims Act on  behalf of himself and behalf of the United States of America, and

18

seeks relief (a ) for removal of the "trash" from the judicial, legislative, and executive offices at the federal, state, and local levels, associated with Government plans, programs, funds, and contracts, and for the imposition of punishment, penalties, fines, damages ( punitive and compensatory), and as appropriate; ( b ) that a collaborative effort be engaged by the Executive, Judicial, and Legislative Branches of Government, as appropriate, at the federal, state, and local levels, to address and to fix the associated Government plans, programs, funds, and contracts, as appropriate, including without limitations, the judiciary and the judicial system, public safety officials and system, social welfare officials and system, at the local, state and federal levels, by implementing measures to mitigate and/or to ensure effective and efficient safeguards against any such current and future **judicial fraud, judicial misconduct, official fraud, official misconduct, obstruction of justice, obstruction of Congress,** and such other and further related improprieties; and ( c ) such other and further relief deemed appropriate and just under the circumstances. May God Bless America.

## Jurisdiction and Venue

5.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1345 and 31 U.S.C. § 3732(a).

6.      Jurisdiction and venue is properly situated in this Court under 28 U.S.C. §§ 1367 and 1359 in that parties involved, pursuant to the Relator's complaints, disclosure memoranda, and related documents submitted, were falsely, unlawfully, and/or collusively made or enjoined by assignment or otherwise, in his personal, business, official and judicial papers and

19

proceedings, including, without limitation, the federal civil actions under *Qui Tam*

provisions of the False Claims Act (FCA) commenced by Plaintiff Lachkovich ("Relator")

listed on the attached FCA Civil Action Case Log - Summary, and incorporated by reference

as **Exhibit Nos. PH.01 and PH.02 attached hereto.**

      7.      Jurisdiction of this Court is further invoked pursuant to 28 U.S.C. §1331, §1343,

§1357, and 42 U.S.C. § 1983.

      8.      Jurisdiction and venue are also properly laid in this Court under 28 U.S.C.

§ 1391(b), (c ), and (e) in that, (1) substantial acts and/or omissions by Defendants, and others,

were committed and/or consummated in the District of Columbia, Washington, D.C., in the

State of Pennsylvania a/k/a the Commonwealth of Pennsylvania; **[ See Exh. Nos. PH.58 and**

**PH.128-PH.133 attached hereto ]** (2) the Defendants, and others, availed themselves of the

privilege of conducting business matters in the principal place of business of the United States

Government in the District of Columbia, Washington, D.C., in the State of Pennsylvania a/k/a

the Commonwealth of Pennsylvania; and (3) the Defendants, and others, knew and/or should

have known that they accordingly, would be and are subject to the jurisdiction of this Court.

**Attached are Exh. Nos. PH.01 to PH.133**


## Parties


      9.      At pertinent times to this Complaint, Plaintiff, Thomas E. Lachkovich,

("Lachkovich"), the Relator, was and is a domiciliary of the state of Colorado, and a citizen of

the United States. His USA citizenship is grounded upon his natural birthplace in Erie,

Pennsylvania. His Social Security number and registered benefits are situated in Philadelphia,

Pennsylvania. He is a disabled Vietnam-Era veteran with a service-connected disability resulting from injury while on active duty in the U.S. Marine Corps. He has been subject to, among other concerns, repeated joblessness and homelessness since his FHA house matter at 6555 East Colorado Drive, Denver, CO; since his association and involvement with the U.S. Bureau of Land Management; since his association and involvement with Defendants Campbell, Reno, and numerous others; he has been 'on the streets', and slept, depending where space was available, at the Samaritan House shelter, 2301 Lawrence Street, Denver, Colorado 80205; at the St. Francis Center, 2323 Curtis Street, Denver, CO 80205; at the Denver Rescue Mission, 1130 Park Avenue West, Denver, CO 80205; at the Salvation Army Crossroads Shelter, 1901 West 29th Street, Denver, 80216; or in City of Denver parks. He currently has U.S. Postal Service and Colorado DMV driver license address: 1225 So. Bellaire St.,#103, Denver, Colorado 80246; with telephone number, 720-364-6527, and E-mail account address: tkov@live.com.

      10.     None of the allegations of fraud set forth in this Complaint is based upon public disclosure of such allegations or transactions in a criminal, civil, or administrative hearing; in a congressional, administrative, or General Accounting Office ( GAO ) report, hearing, audit, or investigation; or in the news media. Plaintiff Lachkovich is the original source within the meaning of 31 U.S.C. § 3730 (e)(4)(B), who has direct and independent knowledge of the information on which the allegations of fraud set forth in this Complaint are based. Plaintiff Lachkovich has given the Government notice of the allegations of fraud prior to the filing of this instant FCA civil action.

      11.     At pertinent times to this Complaint, Defendant, George W. Bush, ( "Bush"), was and is an individual person, and was the President of the United States. His last known

21

address was listed as 1600 Pennsylvania Avenue, N.W., Washington, D.C. 20500, and is known

to reside, at times, at his rural ranch premises located in Crawford, Texas 76638. Defendant Bush

knew and/or should have known, among other concerns, that covert activities and false

payments, in whole or in part, directly or indirectly, were in place against herein Plaintiff United

States and against herein Plaintiff Lachkovich. Defendant Bush is being sued in his official and

individual capacities. **See Exh. Nos. PH.01, PH.02, PH.58 thru PH.68 attached hereto.**

      12.    At pertinent times to this Complaint, Defendant, Mark Sullivan, ("Sullivan"), was

and is an individual person, an Agent and Director of the United States Secret Service, with

address listed as  245 Murray Drive, Bldg. 410, Washington, D.C. 20223.  Defendant

Sullivan knew and/or should have known, among other concerns, that covert activities

and false and unlawful payments, papers and proceedings, in whole or in part, directly or

indirectly, were in place against herein Plaintiff United States and against herein Plaintiff

Lachkovich. Defendant Sullivan is being sued in his official and individual capacities.

      13.    At pertinent times to this Complaint, Defendant, Richard Cheney, a/k/a  Dick

Cheney, ("Cheney"), was and is an individual person,  was the President of the U.S. Senate and

Vice President of the United States. His last known address was listed as 1600 Pennsylvania

Avenue, N.W., Washington, D.C. 20500.  Defendant Cheney knew and/or should have known,

among other concerns, that covert activities and false payments, in whole or in part, directly or

indirectly, were in place against herein Plaintiff United States and against herein Plaintiff

Lachkovich.  Defendant Cheney, among other concerns, failed to make an appearance in a

proper and lawful manner and capacity. Defendant Cheney is being sued in his official and

individual capacities. **See Exh. Nos. PH.104 thru PH.108 attached hereto.**

14.    At pertinent times to this Complaint, Defendant, Benjamin Nighthorse Campbell, ("Campbell"),  was and is an individual person and was a United States Senator for the state of Colorado, with offices in Colorado and Washington, D.C.   Based upon information and belief, Defendant Campbell is listed as a Sr. Policy Advisor in the areas of Indian Law, Congressional Investigations, and Federal Practice, with Holland and Knight, L.L.P., 2099 Pennsylvania Avenue, N.W., Suite 100, Washington, D.C., 20006, and resides in Ignacio, Colorado, near Durango, in southern Colorado, since his  departure from the United States Senate in 2005.  Defendant Campbell knew and/or should have known, among other concerns, that covert activities and false payments, in whole or in part, directly or indirectly, were in place against herein Plaintiff United States and against herein Plaintiff Lachkovich. Defendant Campbell is being sued in his official and individual capacities. **See attached Exh. Nos. PH.01 and PH.02.**

15.    At pertinent times to this Complaint, Defendant, Gerald Bruce Lee, ("Lee"), was and is an individual person and an attorney. At pertinent times to this Complaint, Defendant Lee was and is a U.S. District Judge, in and for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia  22314.  Defendant Lee  knew and/or should have known that he was the presiding  U.S. District Judge in the matter of FCA civil action No. 1:11-cv-00741 (GBL/TRJ), *United States of America   ex rel.   Thomas E. Lachkovich   vs.   George W. Bush, et al*., commenced by herein Plaintiff Lachkovich on July 14, 2011, in U.S. District Court, in and for the Eastern District of Virginia, Alexandria Division, Alexandria, Virginia.   Defendant Lee, among other concerns, failed to make an appearance in a proper and lawful manner and capacity; violated the substantive and procedural

23

protocols and strictures of the False Claims Act and of the Judiciary; violated the legal and civil rights of herein Plaintiff Lachkovich; violated the legal and sovereign rights and obligations of the United States, and, among other egregious acts and/or omissions, prepared and transmitted papers and proceedings that were and are groundless, vexatious, and frivolous; interposed to obstruct justice, to increase the cost of litigation, to propound malicious prosecution, perpetrate fraud, judicial misconduct, and betrayal of public trust under color of law.  Defendant Lee is being sued in his official and individual capacities. **See Exh. Nos. PH.09 thru PH.12; PH.22 thru PH.45 attached hereto.**

16.    At pertinent times to this Complaint, Defendant, T. Rawles Jones, Jr., ("Rawles"), was and is an individual person and an attorney. At pertinent times to this Complaint, Defendant Rawles knew and/or should have know that he was the presiding U.S. Magistrate Judge, in and for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia  22314 in the matter of FCA civil action No. 1:11-cv-00385 (CMH/TRJ), *United States of America  ex rel.  Thomas E. Lachkovich    vs.    George  W.  Bush, et al*., commenced by herein Plaintiff Lachkovich on April 12, 2011, in U.S. District Court, in and for the Eastern District of Virginia, Alexandria Division, Alexandria, Virginia.   Defendant Rawles knew and/or should have known that he was a named defendant in the matter of FCA Civil Action No. 1:11-cv-00741(GBL/TRJ), *United States of America  ex rel.  Thomas E. Lachkovich    vs.    George Bush, et al*., commenced by herein Plaintiff Lachkovich on July 14, 2011, in U.S. District Court, in and for the Eastern District of Virginia, Alexandria Division, Alexandria, Virginia. Defendant Rawles is being sued in his official and individual capacities. **See Exh. Nos.PH.25; PH.46 thru PH.52 attached hereto.**

24

17.     At pertinent times to this Complaint, Defendant, Jane Doe No. 14.July.11, ( "Jane Doe No. 14.July.11"), was and is an individual person and was the attending Clerk of Court in and for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314 in the matter of FCA civil action No. 1:11-cv-00741 (GBL/TRJ), *United States of America  ex rel.  Thomas E. Lachkovich  vs.  George W. Bush, et al*., commenced by herein Plaintiff Lachkovich on July 14, 2011, in U.S. District Court, in and for the Eastern District of Virginia, Alexandria Division, Alexandria, Virginia. Defendant Jane Doe No. 14.July.11 violated the substantive and procedural protocols of the Judiciary and of the False Claims Act, promulgated a hostile, offensive, harassing, and intimidating environment at the time of filing the FCA civil action No. 11-cv-00741(GBL/TRJ) on July 14, 2011, among other concerns, and is being sued in her official and individual capacities. **See Exh. Nos. PH.22 thru PH.25 attached hereto.**

18.     At pertinent times to this Complaint, Defendant, Fernando Galindo, ("Galindo"), was and is an individual person and an attorney.  At pertinent times to this Complaint, Defendant Galindo  was and is the Clerk of the Court, in and for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314. Defendant Galindo knew and/or should have known that he  was the presiding Clerk of the Court in the matter of FCA civil action No. 1:1-cv-01226 (JCC/IDD), *United States of America  ex rel.  Thomas E. Lachkovich  vs.  George W. Bush, et al*.,  commenced by herein Plaintiff Lachkovich on October 29, 2010, in U.S. District Court, in and for the Eastern District of Virginia, Alexandria Division, Alexandria, Virginia, in the matter of FCA civil action No. 1:11-cv-00385(CMH/TRJ), *United States of America  ex rel.  Thomas E. Lachkovich  vs.*

*George W. Bush, et al.*,   commenced on April 12, 2011 by herein Plaintiff Lachkovich, and in

the matter of FCA civil action No. 1:11-cv-00741(GBL/TRJ), *United States of America   ex*

*rel.   Thomas E. Lachkovich   vs.   George W. Bush, et al.*,   commenced by herein Plaintiff

Lachkovich on July 14, 2011, in U.S. District Court, in and for the Eastern District of

Virginia, Alexandria Division, Alexandria, Virginia. Defendant Galindo among other concerns,

failed to make an appearance in a proper and lawful manner and capacity; violated the

substantive and procedural protocols and strictures of the False Claims Act and of the Judiciary;

violated the legal and civil rights of herein Plaintiff Lachkovich; violated the legal and sovereign

rights and obligations of the United States, and, among other egregious acts and/or omissions,

prepared, transmitted and officially certified papers and proceedings that were and are

groundless, vexatious, and frivolous; interposed to obstruct justice, to increase the cost of

litigation, to propound malicious prosecution, perpetrate fraud, judicial misconduct, and betrayal

of public trust under color of law.  Defendant Galindo is being sued in his official and individual

capacities. **See Exh. Nos.PH.08 thru PH.12 attached hereto.**

      19.    At pertinent times to this Complaint, Defendant, Tony West,  ("West"),  was and

is the purported name of an individual person and an attorney. At pertinent times to this

Complaint, Defendant West purported to be Assistant Attorney General, Civil Division, U.S.

Department of Justice, with office address, 601 'D' Street, N.W., Washington, D.C.  20004,

(202) 307-6699, in the matter of FCA Civil Action No. 1:11-cv-00741(GBL/TRJ), ),  *United*

*States of America   ex rel.   Thomas E. Lachkovich   vs.   George W. Bush, et al.*, commenced

on July 14, 2011 by herein Plaintiff Lachkovich.  Defendant West knew and/or should have

known that he  was the presiding U.S. Assistant Attorney General in the matter of FCA Civil

Action No. 1:11-cv-00741(GBL/TRJ).   Among other concerns, it was disclosed online to herein

Plaintiff Lachkovich that Defendant West did not exist and  was not registered with the District

of Columbia Bar. Herein Plaintiff Lachkovich did not receive conformed documents of record

from the District of Columbia Bar in reply to his online e-mail and  U.S. P.S.  Priority  Mail

communications ascertaining the attorney status of Defendant West.  Plaintiff Lachkovich

received a voicemail telephone message on his cellphone indicating the telephone number on

Caller ID being that of the District of Columbia Bar.  Defendant West failed to make an

appearance in a proper and lawful manner and capacity; violated the substantive and

procedural protocols and strictures of the False Claims Act and of the Judiciary; violated the

legal and civil rights of herein Plaintiff Lachkovich; violated the legal and sovereign rights and

obligations of the United States, and, among other egregious acts and/or omissions, prepared,

transmitted and officially certified papers and proceedings that were and are groundless,

vexatious, and frivolous; interposed to obstruct justice, to increase the cost of litigation, to

propound malicious prosecution, perpetrate fraud, judicial misconduct, and betrayal of public

trust under color of law.  **See Exh. Nos. PH.01, PH.02, PH.09 thru PH.12, PH.22 thru PH.45**

**attached hereto.**   Defendant West is being sued in his official and individual capacities.

      20.    At pertinent times to this Complaint, Defendant, Gregory Pearson,  ("Pearson"),

was and is the purported name of an individual person and  an attorney. At pertinent times

to this Complaint, Defendant Pearson purported to be a United States Attorney, with

office address, 601 'D' Street, N.W., Washington, D.C.  20004, (202) 307-6699, in the matter of

FCA Civil Action No. 1:11-cv-00741(GBL/TRJ), ),  *United States of America   ex rel.   Thomas*

*E. Lachkovich     vs.     George  W.  Bush, et al*., commenced on July 14, 2011 by herein Plaintiff

27

Lachkovich. Defendant Pearson knew and/or should have known that he  was the presiding U.S.

Attorney in the matter of FCA Civil Action No. 1:11-cv-00741(GBL/TRJ).  Among other

concerns, it was disclosed online to herein Plaintiff Lachkovich that Defendant Pearson did not

exist and  was not registered with the District of Columbia Bar;  Defendant Pearson failed to

make an appearance in a proper and lawful manner and capacity; violated the substantive and

procedural protocols and strictures of the False Claims Act and of the Judiciary; violated the

legal and civil rights of herein Plaintiff Lachkovich; violated the legal and sovereign

rights and obligations of the United States, and, among other egregious acts and/or omissions,

prepared, transmitted and officially certified papers and proceedings that were and are

groundless, vexatious, and frivolous; interposed to obstruct justice, to increase the cost of

litigation, to propound malicious prosecution, perpetrate fraud, judicial misconduct, and betrayal

of public trust under color of law.  Defendant Pearson is being sued in his official and individual

capacities.  **See Exh. Nos. PH.09 thru PH.12; PH.22 thru PH.45 attached hereto.**

     21.     At pertinent times to this Complaint, Defendant, Jonathan I. Katz,  ("Katz"),

was and is the name of an individual person and purported to be an attorney. At pertinent times

to this Complaint, Defendant Katz purported to be a United States Attorney, with office

address, 601 'D' Street, N.W., Washington, D.C.  20004, (202) 307-6699, in the matter of

FCA Civil Action No. 1:11-cv-00741(GBL/TRJ), ),  *United States of America  ex rel.  Thomas*

*E. Lachkovich   vs.   George  W.  Bush, et al*., commenced on July 14, 2011 by herein Plaintiff

Lachkovich.  Defendant Katz knew and/or should have known that he  was the presiding U.S.

Attorney in the matter of FCA Civil Action No. 1:11-cv-00741(GBL/TRJ).  Among other

concerns, it was disclosed online to herein Plaintiff Lachkovich that Defendant Katz did not

exist and was not registered with the District of Columbia Bar; Defendant Katz failed to

make an appearance in a proper and lawful manner and capacity; violated the substantive and

procedural protocols and strictures of the False Claims Act and of the Judiciary; violated the

legal and civil rights of herein Plaintiff Lachkovich; violated the legal and sovereign

rights and obligations of the United States, and, among other egregious acts and/or omissions,

prepared, transmitted and officially certified papers and proceedings that were and are

groundless, vexatious, and frivolous; interposed to obstruct justice, to increase the cost of

litigation, to propound malicious prosecution, perpetrate fraud, judicial misconduct, and betrayal

of public trust under color of law. Defendant Katz is being sued in his official and individual

capacities. **See Exh. Nos. PH.09 thru PH.12;  PH.22 thru PH.45 attached hereto.**

      22.     At pertinent times to this Complaint, Defendant, Tiffani Prailow, ("Prailow"),

purports to be the name of an individual person.  At pertinent times to this Complaint, Defendant

Prailow purported to be the Lead Legal Assistant in the office of the United States Attorney in

and for the Eastern District of Virginia, with address listed as, United States Attorney, 2100

Jamieson Avenue, Alexandria, Virginia  22314, and telephone number (703) 299-3700.  At

pertinent times to this Complaint,  Defendant Prailow knew and/or should have known that,

among other concerns, that the U.S. Attorney, for the Eastern District of Alexandria, Alexandria,

Virginia,  was served with legal documents pertaining to FCA Civil Action No. 1:11-cv-00741

(GBL/TRJ), *United States of America  ex rel.  Thomas E. Lachkovich    vs.    George W. Bush,*

*et al.*, commenced by herein Plaintiff Lachkovich on July 14, 2011 in U.S. District Court, in and

for the Eastern District of Virginia, Alexandria Division, Alexandria, Virginia. Defendant

Prailow, among other concerns, failed to make an appearance in a proper and lawful manner and

capacity; violated the substantive and procedural protocols and strictures of the False Claims Act
and of the Judiciary; violated the legal and civil rights of herein Plaintiff Lachkovich; violated
the legal and sovereign rights and obligations of the United States, and, among other egregious
acts and/or omissions, prepared and transmitted papers and proceedings that were and are
groundless, vexatious, and frivolous; interposed to obstruct justice, to increase the cost of
litigation, to propound malicious prosecution, perpetrate fraud, judicial misconduct, and betrayal
of public trust under color of law.  Defendant Prailow is being sued in her official and individual
capacities. **See Exh. Nos. PH.09 thru PH.12; PH.22 thru PH.45 attached hereto.**

23.     At pertinent times to this Complaint, Defendant, Claude M. Hilton, ("Claude"),
was and is an individual person and an attorney. At pertinent times to this Complaint, Defendant
Claude was and is a U.S. District Judge, in and for the Eastern District of Virginia, Alexandria
Division, 401 Courthouse Square, Alexandria, Virginia  22314.  Defendant Claude  knew
and/or should have known that he was the designated U.S. District Judge in the matter of FCA
civil action No. 1:11-cv-00385 (CMH/TRJ), *United States of America   ex rel.   Thomas E.*
*Lachkovich   vs.   George W. Bush, et al*., commenced by herein Plaintiff Lachkovich on
April 12, 2011, in U.S. District Court, in and for the Eastern District of Virginia, Alexandria
Division, Alexandria, Virginia.  Defendant Claude, among other concerns, failed to make an
appearance in a proper and lawful manner and capacity; violated the substantive and procedural
protocols and strictures of the False Claims Act and of the Judiciary; violated the legal and civil
rights of herein Plaintiff Lachkovich; violated the legal and sovereign rights and obligations of
the United States, and, among other egregious acts and/or omissions, prepared and transmitted
papers and proceedings that were and are groundless, vexatious, and frivolous; interposed to

30

obstruct justice, to increase the cost of litigation, to propound malicious prosecution, perpetrate fraud, judicial misconduct, and betrayal of public trust under color of law.  Defendant Claude is being sued in his official and individual capacities. **See attached Exh. Nos. PH.46 thru PH.52.**

24.    At pertinent times to this Complaint, Defendant, Theresa  C.  Buchanan, ("Buchanan"), was and is an individual person and an attorney. At pertinent times to this Complaint, Defendant Buchanan was and is a U.S. Magistrate Judge, in and for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia  22314. Defendant Buchanan  knew and/or should have known that she was the designated U.S. Magistrate Judge in the matter of FCA civil action No. 1:11-cv-00741 (GBL/TCB), *United States of America  ex rel.  Thomas E. Lachkovich   vs.   George  W.  Bush, et al*., commenced by herein Plaintiff Lachkovich on July 14, 2011, in U.S. District Court, in and for the Eastern District of Virginia, Alexandria Division, Alexandria, Virginia.   Defendant Buchanan, among other concerns, failed to make an appearance in a proper and lawful manner and capacity; violated the substantive and procedural protocols and strictures of the False Claims Act and of the Judiciary; violated the legal and civil rights of herein Plaintiff Lachkovich; violated the legal and sovereign rights and obligations of the United States, and, among other egregious acts and/or omissions, prepared and transmitted papers and proceedings that were and are groundless, vexatious, and frivolous; interposed to obstruct justice, to increase the cost of litigation, to propound malicious prosecution, perpetrate fraud, judicial misconduct, and betrayal of public trust under color of law.  Defendant Buchanan is being sued in her official and individual capacities. **See attached Exh. Nos. PH.01 thru PH.12, PH.22 thru PH.45.**

25.    At pertinent times to this Complaint, Defendant, John D. Bates ("Bates"), was

31

and is an individual person and an attorney. At pertinent times to this Complaint, Defendant

Bates was and is a U.S. District Judge, in and for the District of Columbia, 333 Constitution

Avenue, N.W., Washington, D.C. 20001. Defendant Bates was the presiding U.S. District Judge

in the matter of FCA civil action No. 10-cv-00548 (JDB), *United States of America   ex rel.*

*Thomas E. Lachkovich   vs.   George W. Bush, et al*., commenced by herein Plaintiff

Lachkovich on April 5, 2010, in U.S. District Court, in and for the District of Columbia,

Washington, D.C. Defendant Bates was the presiding U.S. District Judge in the matter of FCA

civil action No. 10–cv–00990, *United States of America   ex rel.   Thomas E. Lachkovich*

*vs.   George W. Bush, et al*., commenced by herein Plaintiff Lachkovich on June 14, 2010, in

U.S. District Court, in and for the District of Columbia, Washington, D.C. Defendant Bates,

among other concerns, failed to make an appearance in a proper and lawful manner and capacity;

violated the substantive and procedural protocols and strictures of the False Claims Act and of

the Judiciary; violated the legal and civil rights of herein Plaintiff Lachkovich; violated the legal

and sovereign rights and obligations of the United States, and, among, other egregious acts

and/or omissions, prepared and transmitted false and unlawful papers and proceedings that were

and are groundless, vexatious, and frivolous; interposed to obstruct justice, to increase the cost of

litigation, to propound malicious prosecution, perpetrate fraud, judicial misconduct, and betrayal

of public trust under color of law. **See Exh. Nos PH.01, PH.02, PH.113 thru PH.119 attached**

**hereto.** Defendant Bates is being sued in his official and individual capacities.

     26.     At pertinent times to this Complaint, Defendant, Eric H. Holder, Jr., ("Holder"),

was and is an individual person and an attorney. At pertinent times to this Complaint, Defendant

Holder was and is the United States Attorney General in and for the District of Columbia, with

address listed as, 10th and Constitution Avenue, Room 5111, N.W., Washington, D.C. 20530.
At pertinent times to this Complaint, Defendant Holder knew and/or should have known that,
among other concerns, that he was served with legal documents pertaining to FCA civil actions
commenced by herein Plaintiff Lachkovich; and that he was and is a named Defendant in FCA
civil actions commenced by herein Plaintiff Lachkovich. Defendant Holder, among other
concerns, failed to make an appearance in a proper and lawful manner and capacity; violated the
substantive and procedural protocols and strictures of the False Claims Act and of the Judiciary;
violated the legal and civil rights of herein Plaintiff Lachkovich; violated the legal and sovereign
rights and obligations of the United States, and, among, other egregious acts and/or omissions,
prepared and transmitted false and unlawful papers and proceedings that were and are
groundless, vexatious, and frivolous; interposed to obstruct justice, to increase the cost of
litigation, to propound malicious prosecution, perpetrate fraud, judicial misconduct, and betrayal
of public trust under color of law. Defendant Holder is being sued in his official and individual
capacities. **See Exh. Nos. PH.01, PH.02, PH.126 and PH.127 attached hereto.**

  27. At pertinent times to this Complaint, Defendant, Kay V. Armistead,
("Armistead"), was and is an individual person and an attending clerk of the Court. At pertinent
times to this Complaint, Defendant Armistead was the attending Clerk of the Court, in and for
the United States District Court , in and for the Eastern District of Virginia, 2400 West Avenue,
Newport News, Virginia. Defendant Armistead, among other concerns, failed to allow herein
Plaintiff Lachkovich to commence a new, separate and distinct FCA civil action on February 6,
2012. At pertinent times to this Complaint, Defendant Armistead knew and/or should have
known that, among other concerns, that false and unlawful court papers and proceedings

33

pertaining to FCA actions commenced by herein Plaintiff Lachkovich were prepared, administered and adjudicated by others in a false and unlawful manner and capacity. **See Exh. Nos. PH.01 thru PH.12, PH.22 thru PH.45 attached hereto.** Defendant Armistead is being sued in her official and individual capacities.

28.      At pertinent times to this Complaint, Defendant, Thomas L. Strickland, ("Strickland"), was and is an individual person and an attorney, at pertinent times to this Complaint, the United States Attorney for the District of Colorado in Denver, Colorado, when herein Plaintiff Lachkovich commenced FCA civil actions in Denver U.S. District Court and elsewhere. At pertinent times to this Complaint, Defendant Strickland was engaged as Chief of Staff and Assistant Secretary for the Department of the Interior (DOI), 1849 'C' Street, N.W., Washington, D.C. 20240 from 2009 to 2011. Defendant Strickland abruptly announced his DOI resignation on January 10, 2011 effective in February, 2011. **See Exhibit Nos. PH.01, PH.02, PH.83, PH.84 attached hereto.** Prior to DOI, he was chief legal officer for and on behalf of UnitedHealth Group, 9900 Bren Road East, Minnetonka, Minnesota 55343; heretofore, he was a partner with Hogan and Hartson, L.L.P., now Hogan Lovells USA LLP, 1200 - 17th Street, Suite 1500, Denver, Colorado 80202. Defendant Strickland knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s). Defendant Strickland, among other concerns, conspired to defraud the United States and herein Plaintiff Lachkovich; failed to make an appearance in a proper and lawful manner and capacity; violated and/or caused to be violated, in whole or in part, directly or indirectly, the substantive and procedural protocols and strictures of the False Claims Act and of the Judiciary; violated the legal and civil rights of herein Plaintiff Lachkovich; violated the legal and sovereign rights and obligations of

34

the United States, and, among, other egregious acts and/or omissions, prepared and transmitted and/or caused, in whole or in part, directly or indirectly, to be prepared and transmitted, false and unlawful papers and proceedings that were and are groundless, vexatious, and frivolous; interposed to obstruct justice, to increase the cost of litigation, to propound malicious prosecution, perpetrate fraud, judicial misconduct, and betrayal of public trust under color of law; attempted and/or caused, in whole or in part, directly or indirectly, to propound papers and proceedings such that "to be persuaded to be believable" in form and/or substance under the fraudulent illusory façade of benevolent purpose. Defendant Strickland is being sued in his official and individual capacities.

29.    At pertinent times to this Complaint, Defendant, Kenneth L. Salazar, ("Salazar"), was and is an individual person and an attorney. Defendant Salazar is engaged as Secretary, U. S. Department of the Interior (DOI), 1849 'C' Street, N.W., Washington, D.C. 20240. Prior to DOI, he was a United States Senator for the state of Colorado; heretofore, he was the Colorado Attorney General, in Denver, Colorado. Defendant Salazar was the Colorado Attorney General during the pending legal matters of June 14, 2004 and the FCA Case No. 04-B-0330(PAC) filed on February 24, 2004, in U.S. District Court, in Denver, Colorado. Defendant Salazar is being sued in his official and individual capacities. **See Exh. Nos. PH.01, PH.02, PH.70, and PH.82 attached hereto.**

30.    At pertinent times to this Complaint, Defendant, John Suthers, ("Suthers"), was and is an individual person and an attorney. Defendant Suthers was the United States Attorney, for the District of Colorado. Defendant Suthers is a practicing attorney and the Colorado Attorney General, 1525 Sherman Street, 7th floor, Denver, Colorado 80203.

35

Defendant Suthers knew and/or should have known that herein Plaintiff Lachkovich commenced

FCA civil actions and other legal matters.  Defendant Suthers was the Colorado U.S. Attorney

during the pending legal matters associated herein Plaintiff Lachkovich on June 14, 2004 and

FCA Case No. 04-B-0330(PAC), filed on February 24, 2004 in Denver U.S. District Court.

Defendant Suthers, among other concerns, failed to make an appearance in a proper and lawful

manner and capacity. **See Exh. Nos. PH.01 and PH.02 attached hereto.** Defendant Suthers is

being sued in his official and individual capacities.

31.     At pertinent times to this Complaint, Defendant, John Ashcroft, ("Ashcroft"),

was and is an individual person and an attorney.  Defendant Ashcroft, at pertinent times to this

Complaint, was the U.S. Attorney General, with last known address as being: 10th and

Constitution Avenue, N.W., Room 5111, Washington, D.C.  20530. Defendant Ashcroft knew

and/or should have known that herein Plaintiff Lachkovich commenced FCA civil actions.

Defendant Ashcroft, among other concerns, failed to make an appearance in a proper and lawful

manner and capacity. Defendant Ashcroft, along with Defendant Campbell, abruptly and

suspiciously departed from their respective government positions after herein Plaintiff

Lachkovich filed his FCA Civil Action No. 04-B-0330(PAC), on February 24, 2004 in U.S.

District Court, in Denver, Colorado. **See Exh. Nos. PH.01 and PH.02 attached hereto.**

Defendant Ashcroft is being sued in his official and individual capacities.

32.     At pertinent times to this Complaint, Defendant, Janet Reno, ("Reno"),

was and is an individual person and an attorney.  Defendant Reno, at pertinent times to this

Complaint, was the U.S. Attorney General, with last known address as being: 10th and

Constitution Avenue, N.W., Room 5111, Washington, D.C.  20530. Defendant Reno knew

36

and/or should have known that herein Plaintiff Lachkovich commenced FCA civil actions in

U.S. District Court. Defendant Reno, among other concerns, failed to make an appearance in a

proper and lawful manner and capacity. **See Exh. Nos. PH.01 and PH.02 attached hereto.**

Defendant Reno is being sued in her official and individual capacities.

33.      At pertinent times to this Complaint, Defendant, August William Ritter, Jr.,

( "Ritter" ), was and is an individual person and an attorney. Defendant Ritter was the Denver

District Attorney, in and for the City and County of Denver, Denver, State of Colorado, during

the pending legal matters of February 24, 2004 and of June 14, 2004.   Defendant Ritter, among

other concerns, conspired and failed to make an appearance in a proper and lawful manner and

capacity. Defendant Ritter was also a managing partner with Hogan and Hartson, L.L.P., now

Hogan  Lovells USA LLP, 1200 – 17th Street, Suite 1500, Denver, Colorado 80202. At pertinent

times to this Complaint, Defendant Ritter was the Governor of the State of Colorado from 2007

to 2011, with address: 136 State Capitol, Denver, Colorado 80203. Defendant Ritter abruptly

decided not to seek another political term  and effective February, 2011.   Defendant Ritter was

engaged as the Director of the Center for the New Energy Economy and as a Senior Scholar

within the School of Global Environmental Sustainability at Colorado State University in Ft.

Collins, Colorado. **See Exh. Nos. PH.01, PH.02, PH.82 attached hereto.** Defendant Ritter is

being sued in his official and individual capacities.

34.      At pertinent times to this Complaint, Defendant, Larry Taylor, ("Taylor-Lorton"),

purports to be an individual person and a U.S. Attorney at the Lorton Reformatory Facility. At

pertinent times to this Complaint, Defendant Taylor-Lorton purports to be a United States

Attorney, with address listed as, DC-239-072,  Lorton Reformatory, Central Facility, P.O. Box

37

25, Lorton, Virginia 22199, which is a correctional facility (prison).  At pertinent times to this

Complaint, Defendant Taylor-Lorton knew and/or should have known that, among other

concerns, that he was served with legal documents pertaining to FCA Civil Action No. 10-cv-

0990(JDB), commenced by herein Plaintiff Lachkovich in U.S. District Court, District of

Columbia.  Defendant Taylor-Lorton, among other concerns, failed to make an appearance in a

proper and lawful manner and capacity; violated the substantive and procedural protocols and

strictures of the False Claims Act and of the Judiciary; violated the legal and civil rights of

herein Plaintiff Lachkovich; violated the legal and sovereign rights and obligations of the United

States, and, among other egregious acts and/or omissions, prepared and transmitted papers and

proceedings that were and are groundless, vexatious, and frivolous; interposed to obstruct justice,

to increase the cost of litigation, to propound malicious prosecution, perpetrate fraud, judicial

misconduct, and betrayal of public trust under color of law. **See Exh. Nos. PH.01, PH.02,**

**PH.113 to PH.119 attached.** Defendant Taylor-Lorton is being sued officially and individually.

35.   At pertinent times to this Complaint, Defendant, Mark Jones, ("Jones-Lorton"),

purports to be an individual person and a U.S. Attorney at the Lorton Reformatory Facility. At

pertinent times to this Complaint, Defendant Jones-Lorton purports to be a United States

Attorney, with address listed as, DC-224-201, Lorton Reformatory, Occoquan Facilities, P.O.

Box  85, Lorton, Virginia 22199, which is a correctional facility (prison).  At  pertinent times to

this Complaint, Defendant Jones-Lorton knew and/or should have known that, among other

concerns, that he was served with legal documents pertaining to FCA Civil Action No. 10-cv-

0990(JDB),  commenced by herein Plaintiff Lachkovich in U.S. District Court, District of

Columbia.  Defendant Jones-Lorton, among other concerns,  failed to make an appearance in a

proper and lawful manner and capacity; violated the substantive and procedural protocols and

strictures of the False Claims Act and of the Judiciary; violated the legal and civil rights of

herein Plaintiff Lachkovich;  violated the legal and sovereign rights and obligations of the United

States, and, among other egregious acts and/or omissions, prepared and transmitted papers and

proceedings that were and are groundless, vexatious, and frivolous; interposed to obstruct justice,

to increase the cost of litigation, to propound malicious prosecution, perpetrate fraud, judicial

misconduct, and betrayal of public trust under color of law. **See Exh. Nos. PH.01, PH.02,**

**PH.113 to PH.119 attached.** Defendant Jones-Lorton is being sued officially and individually.

36.     At pertinent times to this Complaint, Defendant, Lewis  T. Babcock, ("Babcock"),

was and is an individual person and an attorney. At pertinent times to this Complaint, Defendant

Babcock was and is a United States District Judge, in and for the District of Colorado, in Denver,

Colorado.  Defendant Babcock was the presiding  judge in FCA civil action No. 04-B-

0330(PAC),  *United States of America   ex_rel. Thomas E. Lachkovich   v.  Americana*

*Condominium Association, Inc., et al*., commenced by herein Plaintiff Lachkovich on

February 24, 2004, in Denver U.S. District court and in which herein Defendant John Suthers,

was the presiding Colorado U.S. Attorney, who was served legal documents in the matter.

Among other concerns, Defendant Babcock violated and/or caused to be violated, among other

concerns, the substantive and procedural protocols and strictures in the matter of the False

Claims Act (FCA) Case No. 04-B-0330(PAC), February 24, 2004,  and of the Judiciary. **See**

**Exh. Nos. PH.01 and PH.02 attached hereto.** Defendant Babcock is being sued in his official

and individual capacities.

39

### United States Programs, Plans, Funds and Contracts
### False Claims Act  -  Title  31, U.S. Code

37.     The False Claims Act (FCA) is precisely prescribed in Title 31,  Sections 3729 through 3733, United States Code.  It is a law enacted by Congress for the purpose of disclosing fraud and wrongdoing against the United States Government.

38.     The main thrust of the False Claims Act is that persons with knowledge of fraud or  information of wrongdoing against the Government to come forward.

39.     The strictures of the False Claims Act are set forth and are self-explanatory.  A private person, known or called a 'Relator', may come forward by commencing  a  civil action under *Qui Tam* provisions of the False Claims Act in the appropriate United States District Court. The private person initiates a civil action ( complaint ) for and on behalf of himself and of the United States Government.

40.     The complaint and case file are 'under seal' by statutory authority of the FCA for an initial 60-day period.

41.     The complaint, together with written disclosure ( commonly referred to as a Plaintiff's Disclosure Memorandum ) of substantially all material evidence and information the person possesses, are served, pursuant to Rule 4, Fed.R.Civ.P., upon the United States Attorney General and upon the United States Attorney in the District where the civil action is filed.

42.     Upon effectuating service of process upon  the United States, the Attorney General has 60 days to file with the Court and the Relator  a response. During the initial 60-day period, the Attorney General is mandated under the FCA to conduct a false claims law investigation.

43.     The United States Attorney General is the lead prosecutor in conducting a false claims law investigation consistent with the substantive and procedural protocols under the FCA enacted by Congress, to investigate and to prosecute, as appropriate, both civil and criminal matters.  Section 3733(a)(1) of the FCA states in pertinent part,

> " . . . . whenever the Attorney General has reason to believe
> that any person may be in  possession,  custody,  or  control
> of any documentary material  or  information  relevant  to  a
> false claims law  investigation,  the  Attorney  General  may,
> before commencing a civil  proceeding  under  section  3730
> or other false claims law,  issue  in writing  and  cause  to  be
> served upon such person,  a  civil  investigative demand . . . .
> The Attorney  General may not delegate the authority to issue
> civil investigative demands under this subsection . . ."

44.     A false claims law investigation is conducted by a designated False Claims Law Investigator relative to four key and essential elements of the FCA, (1) suspected parties involved, (2) the programs being defrauded, (3) the nature and operation of the fraud, and (4) the nature of the evidence establishing the fraud.

45.     Once the United States has conducted its own investigation, the Attorney General makes a determination, based upon the complaint and the material evidence and information, whether to intervene and to take full control to prosecute the action, as appropriate, or not to intervene.

46.     If the United States declines to intervene to prosecute the FCA civil action, then

the Relator, as a matter of civil and legal right to the action, prosecutes the FCA civil action, with

the United States as a real party in interest.

47.     As records indicate, **[ see Exh. Nos. PH.01, PH.02  attached hereto ]** the

requisite strictures, both substantively and procedurally, of the FCA, the Judiciary, the Judicial

System, of the Executive, Judicial, and Legislative branches of government, at the local, state,

and federal levels, were willfully, wrongfully, egregiously violated by herein Defendants and

associated others.

### False Claims and Payments

### *False Claims Act (FCA) Complaint  -  'Claim'*

48.     Numerous civil actions were  commenced by  herein Plaintiff Lachkovich under

*Qui Tam* provisions of the False Claims Act,  pursuant to 31 U.S.C.  §  3730(b)(1) and (2),

since December, 2000.  **[ see Exh. Nos.  PH.01, PH.02 attached hereto ]**

49.     As records indicate, service of process was effectuated upon the United States

Attorney General and upon the United States Attorney in the District where the FCA action was

commenced by causing to be delivered a copy of the complaint and his disclosure memorandum.

Also, as records indicate, the substantive and procedural protocols of the FCA and the Judiciary,

and the legal and sovereign rights of the United States and the legal and civil rights of herein

Plaintiff Lachkovich were willfully, wantonly, and egregiously destroyed by Defendants and

associated others.

50.     The 'disclosure memorandum' is a statutory companion component with the

complaint in an FCA civil action and with that as precisely prescribed in 31 U.S.C. § 3730(b)(2), which collectively, disclosed to the United States, who is a real party in interest, among other concerns, (a) the suspected parties involved, (b) the programs being defrauded, (c) the nature and extent of the fraud, and (d) the nature of the evidence establishing the fraud.

51.     Under the FCA, and as a matter of law and operation of law, to consummate an actionable judicial document, record, or statement, by and on behalf of the United States in a proper and lawful manner and capacity, it requires the acts, as appropriate, of at least five (5) key and essential principal, interrelated parties associated with the judiciary and judicial system:

( a )     the United States Attorney General; his/her name and endorsement;

( b )     the United States Attorney, in and for the District in which the FCA action is commenced; his/her name and endorsement;

( c )     the District Judge of the Court, in and for the District in which the FCA action is commenced; his/her name and endorsement;

( d )     the Clerk of the Court, in and for the District in which the FCA action is commenced; his/her name, endorsement, Court seal;

( e )     Service of Process: either ( 1 ) courier such as U.S. Postal Service, FedEx, Nexus-Lexis, etc.; or (2) independent contractor Process Server.

52.     As records disclosed by herein Plaintiff Lachkovich since December, 2000, judicial and official papers and proceedings were and are false and unlawful **by being prepared and presented in a false and unlawful manner and capacity by each of the above-referenced five key and essential principal, interrelated parties [ ¶ 51 (a) through ( e ) above ]  in connection with the judiciary and judicial system.**

43

53.    The willful, wanton, egregious, outrageous, extreme acts and/or omissions, by

the Defendants and others, include, without limitation, false claims, ID theft, ID fraud, mail theft,

mail fraud, judicial theft, judicial fraud, bank theft, bank fraud, computer theft, computer fraud,

wire fraud, perjury, forgery, obstruction of justice, official fraud, judicial misconduct, official

misconduct, betrayal of public trust under color of law, and treason.

54.    An FCA civil action, as in Case No. 01-SC-00031, commenced on December

15,  2000, in Denver U.S. District Court, in Denver, Colorado, and the current FCA

civil action, are in and of themselves, individually,  a "claim", and which has embodied in each

of the FCA civil actions, multiple subsets of multiple claims, multiple subsets of multiple crimes,

among other concerns; collectively and in essence,  an FCA civil action is a demand for payment

or request for payment or approval of money or property; and, an FCA civil action is consistent

with the purpose and meaning of a 'claim' defined under the FCA, pursuant to 31 U.S.C. § 3729

(c), which states in pertinent part:

> " . . . . . includes any request or demand, whether under
>
> Contract or otherwise, for money or property which is made
>
> to a contractor, grantee, or other recipient if the United States
>
> Government provides any  portion of the money or property
>
> which is requested or demanded, or if the Government will
>
> reimburse such contractor, grantee, or other recipient for any
>
> portion of the money or property which is requested or demanded . . . ."

44

In essence, federal Case No. 01-SC-00031, would be and is considered and is synonymous with 'Claim No. 01-SC-0031'; federal Case No. 01-M-00381 would be and is considered and is synonymous with 'Claim No. 01-M-00381'; federal Case No. 01-CV-02574 would be and is considered and is synonymous with 'Claim No. '01-CV-02574'; federal Case No. 11-cv-00385 would be and is considered and is synonymous with 'Claim No. 11-cv-00385'; federal Case No. 11-cv-00741 would be and is considered and is synonymous with Claim No. 11-cv-00741'; federal case No. 06.FEB.2012 would be and is considered and synonymous with 'Claim No. 06.FEB.2012', and the such.

### False  Claims and Crimes

*False Claims Act (FCA) Civil Action  -  Judicial  Papers and Proceedings*
*U.S. District Court*
*District of Colorado, Denver, Colorado*
*District of Columbia, Washington, D.C.*
*Eastern District of Virginia, Alexandria, Newport News,  Virginia*
*December, 2000  to February, 2012*

55.     Prior to this instant FCA civil action, herein Plaintiff Lachkovich commenced and/or engaged in numerous  legal actions, papers and proceedings,  including that under *Qui Tam* provisions of the False Claims Act (FCA) in U.S. District Court, in the District of Colorado, in Denver, Colorado, and in the District of Columbia, in Washington, D.C., and in the Eastern District of Virginia, in Alexandria and Newport News, Virginia from December, 2000 through February, 2012. **See Exh. Nos. PH.01 and PH.02   attached hereto.**

56.     In the course of proceedings or the lack thereof, the substantive and procedural protocols of the judiciary, of the FCA , of other law, rule, or regulation, were egregiously and willfully violated.

45

57.     Further false claims and crimes have been committed and accrued.

58.     Herein Plaintiff Lachkovich repeatedly made discovery and disclosure of violations of law, rule, regulations.

59.     Herein Plaintiff Lachkovich was and is subject to retaliation and to hostile, offensive, harassing, discriminatory and threatening treatment and/or impact for his repeated exercise of his legal and civil rights, privileges, protections, and immunities secured by the Constitution and laws of the state of Colorado and of the United States, including that under the FCA.

### False Claims Act (FCA) Civil Action - Congressional Papers and Proceedings
### United States Congress
### U.S. House of Representatives, U.S. Senate

60.     Prior to this instant FCA civil action, herein Plaintiff Lachkovich initiated the commencement of Congressional proceedings in the U.S. House of Representatives and in the U.S. Senate. **See Exh. Nos. PH.01 and PH.02 attached hereto.**

61.     In the course of proceedings or the lack thereof, the substantive and procedural protocols of the FCA, of Congress, and other law, rule, or regulation were egregiously and willfully violated.

62.     Further false claims and crimes have been committed. and accrued.

63.     Herein Plaintiff Lachkovich repeatedly made discovery and disclosure of violations of law, rule, regulations.

64.     Herein Plaintiff Lachkovich was and is subject to retaliation and to hostile, offensive, harassing, discriminatory, and threatening treatment and/or impact for his repeated

46

exercise of his legal and civil rights, privileges, protections, and immunities secured by the

Constitution and laws of the state of Colorado and of the United States, including that under the

FCA.

*Judicial Action - Congressional Action*
*Separate and Distinct Powers, Authorities, and Proceedings*
*25th-Tier Framework of False Claims and Crimes*

65.     The United States Government consists of the Executive, Judicial, and

Legislative branches, each with separate and distinct powers, authorities, and proceedings.

66.     Basically, the Legislative Branch enacts the laws. The Judicial Branch interprets

and applies the law. And the Executive Branch enforces the law.

67.     As a means of 'checks and balances', the Judicial Branch, or the courts, are

subject to Congressional actions, as appropriate. The U.S. Congress has oversight powers,

authorities, and proceedings, as appropriate.

68.     Prior to this instant FCA civil action, herein Plaintiff Lachkovich commenced

and/or engaged in numerous  legal actions, including fifteen (15) civil actions under *Qui Tam*

provisions of the False Claims Act (FCA) in U.S. District Court, in the District of Colorado, in

Denver, Colorado and in the District of Columbia, in Washington, D.C., from December, 2000

through June, 2010; in the Eastern District of Virginia, in Alexandria and Newport News,

Virginia from October, 2010 to February, 2012.

69.     Prior to this instant FCA civil action, herein Plaintiff Lachkovich initiated the

commencement of legal proceedings in the U.S. House of  Representatives and in the U.S.

Senate by effectuating service of process/notice upon certain Congressional members. **See Exh.**

**Nos. PH.01 and PH.02 attached hereto.**

47

70.      This instant FCA civil action is the twenty-fifth ( 25th ) tiered layer of false

claims and crimes by Defendants, in whole or in part, directly or indirectly, and by associated

others, known and unknown.

*FCA Civil Action Attempted To Be Filed on February 6, 2012*
*U.S. District Court, Eastern District of Virginia, Newport News Division*
*2400 West Avenue, Room 100*
*Newport News, Virginia 23607*

71.      Recognizing that further false and unlawful claims and crimes have been

committed and accrued in Case No. 1:11-cv-00741, which was filed on July 14, 2011 by herein

plaintiff Lachkovich in U.S. District Court, Alexandria, Virginia, plaintiff Lachkovich

traveled over Super Bowl weekend, February 4 -7, 2012, from Denver, Colorado to DCA

national airport and stayed at a hotel in Arlington, Virginia.

72.      On Monday, February 6, 2012, plaintiff Lachkovich rented a car and drove

from Arlington, Virginia to Newport News, Virginia. Upon obtaining the correct address and

directions, plaintiff Lachkovich arrived and parked nearby the U.S. Courthouse, 2400 West

Avenue, in downtown Newport News, Virginia.

73.      That Monday afternoon, about 2:10 pm, after going through the security

checkpoint inside the U.S. Courthouse, plaintiff Lachkovich walked to a nearby counter to

retrieve the legal documents to be filed from his briefcase. He walked to the Clerk of Court

(Civil) counter, placed his legal documents on the counter and waited. There were no other

customers ( clients ) at the civil Clerk Office counter.

74.      Shortly, an attending Clerk of the Court approached the counter and proceeded to

ask the nature of his business. Plaintiff Lachkovich informed the attending clerk that he was

48

filing a new civil action. He submitted the JS-44 Form civil sheet, an original Complaint with the required cover sheet under LCvR 5(B), containing 111 pages and its attached Exhibit Nos. FB.01 through FB.93, a second copy set of the Complaint and its attached exhibits, together with his cash payment in hand. See attached Exh. Nos. PH.03 thru PH.06.

75.     The attending Clerk flipped through the original Complaint, observed the jury demand and signature page(s) in the Complaint, looked at the JS-44 Form civil sheet, took the documents (minus the Complaint copy set) and departed from the counter. Shortly afterwards, the same attending Clerk asked plaintiff Lachkovich if he had filed in this Court before, to which he replied that he had not. She then asked plaintiff Lachkovich if he had filed in this District before, to which he replied that he had in Alexandria, Virginia.

76.     The attending Clerk then departed out of sight with the original Complaint and the JS-44 Form documents. A substantial, inordinate, prolonged period of time elapsed as plaintiff Lachkovich stood at the clerk's office counter and the attending clerk had gone to another location out of plaintiff Lachkovich's sight in the rear of the room.

77.     Eventually, the attending Clerk re-appeared from the back ( rear ) area of the Clerk's Office and sat at an office desk work station that was located at the front or nearest the Clerk's main front counter. The name plate displayed on the work station outside front panel was, "Kay V. Armistead", ( see Exh. No. PH.07 attached hereto ). She used a computer and some papers were printed at that location. She appeared to be looking at some papers at the desk. Then, she approached the Clerk's counter, where plaintiff Lachkovich had been standing for a long time. She returned the original Complaint and the JS-44 Form civil sheet to plaintiff Lachkovich and informed him that he must submit a "Motion For Leave to File Pursuant to

49

Court Order" as she handed him a three-page Order, dated September 14, 2011, by U.S. District

Judge Gerald Bruce Lee ( see Exh. Nos. PH.10 thru PH.12  attached hereto). She also

placed a bright red raspberry-colored sticky post-it tab ( see Exh. No. PH.09  attached hereto )

containing a hand-printed numerical notation ("24" ) on Exhibit No. FB.24 of herein plaintiff

Lachkovich's original Complaint document. That protracted "Order"  ( Exh. No. FB.24 ) was

subject matter material and relevant to the new  FCA civil action to be filed that day by plaintiff

Lachkovich.

       78.    Plaintiff Lachkovich, being tired from the 3-hour rental car drive,  being upset of

standing at the Clerk's counter for over thirty ( 30 ) minutes of 'nothing', 'silence',  told the

attending Clerk of the Court, in a firm raised tone of  voice, that his civil action was and is a

separate and distinct action; that the protracted "Order" was false and unlawful; that he was

suing the named judge  ( Gerald Bruce Lee );  that the fundamental procedure was to file, seal,

and serve.  She replied that she was sorry and that she could not accept my Complaint for filing.

       79.    After plaintiff Lachkovich gathered his legal documents and re-packed them

in his briefcase, he replied aloud angrily as he departed the Clerk's office, **" . . . .. you haven't**

**heard the end of me in this ! . . .";**  being about 2:50 pm, plaintiff Lachkovich exited the

U.S. Courthouse main entry, walked to his commercial rental car and drove from Newport News,

Virginia and arrived at the hotel about 6:45 pm that evening in Arlington, Virginia.  Upon

arriving at the hotel, plaintiff  Lachkovich used the hotel guest Business Office Center  computer

and obtained judicial misconduct complaint proceedings information.  Among other concerns,

almost an hour had elapsed at the Clerk's Office for something that should have taken only about

ten minutes, if that.

50

80.    The next day, Tuesday, February 7, 2012, plaintiff Lachkovich flew from
DCA national airport and returned to his residence in Denver, Colorado. Recognizing that further
false claims and offenses have been committed and accrued, plaintiff Lachkovich conducted
his legal research and preparation relative to remedy and redress by submitting:

(a)  his "Complaint of Judicial Misconduct or Disability", dated May 1, 2012, to the Clerk,

U.S. Court of Appeals, Judicial Council of the Fourth Circuit, Richmond, Virginia;

[ See attached Exh. Nos  PH.08, PH.13 to PH.21 ];

(b)  his "Complaint of Judicial Misconduct or Disability", dated May 1, 2012, to the Office of

General Counsel, Administrative Office of the U. S. Courts, One Columbus Circle, N.E.,

Washington, D.C.;

[ See attached Exh. Nos. PH.08, PH.13 to PH.21 ];

(c)  this instant FCA civil action with its attached Exh. Nos. PH.01 to PH.133 in court of

competent jurisdiction.

> *Case No. 1:11-cv-00741(GBL/TRJ)*
> *Filed July 14 2011*
> *U.S. District Court, Eastern District of Virginia*
> *Alexandria Division*
> *Alexandria, Virginia  22314*

81.    On Thursday, July 14, 2011, about 11:35 am, herein plaintiff Lachkovich
filed his original FCA civil action documents with the Clerk of the Court, U.S. District Court,
Eastern District of Virginia, 401 Courthouse Square, in Alexandria, Virginia, recognizing that
further false and unlawful claims and crimes have been committed and accrued in Case No. 1:11-
cv-00385(CMH/TRJ), filed on April 12, 2011 by herein plaintiff Lachkovich in U.S. District, in
Alexandria, Virginia.

51

82.     In the course of proceedings or the lack thereof in Civil Action No. 1:11-cv-00741(GBL/TCB), *United States of America  ex rel.   Thomas E. Lachkovich   vs.   George  W. Bush, et al.*, the substantive and procedural strictures of the False Claims Act and of the Judiciary system have been egregiously violated.  [ See attached Exh. Nos. PH.22 to PH.45 ].

83.     Acts and/or omissions in the matter(s) by the Defendants, and associated others, are propounded in a false and unlawful manner and capacity.

### Points and Authorities:  False Claims and Crimes

84.     Defendant Armistead:

(1)     What the attending Clerk did or didn't do is wrong. Among other concerns, she acted for and/or on behalf of Defendant Lee, as if he was physically present at the Clerk's Office that afternoon, Monday, February 6, 2012.  Even though she is not a Judge nor Magistrate Judge, she acted for and/or on behalf of a Judge or Magistrate Judge, by subrogation, by assignment, or otherwise, incorporated into the language if the protracted three-page Order by Defendant Lee.  As a matter of law and operation of law, Defendant Armistead, is subject to this Court's jurisdiction for investigation and prosecution, as appropriate. Authorization, Identification and Authentication are in issue before the Court, among other concerns.

(2)     She researched on the computer, printed some papers, and then delineated with particularity from those papers in her hand, which was a three-page

52

Order, dated September 14, 2011, by Defendant Lee, [ see attached Exh.

Nos. PH.10 to PH.12 ],  that there was a "Restraining Order" barring

plaintiff Lachkovich's  filing of legal papers without requesting the

Court's permission to file.  The 'courts are always open' is the proclaimed

right of U.S. citizens, including plaintiff Lachkovich.  It was wrong

for her to ask interrogatories to plaintiff Lachkovich, i.e, if he had

previously filed in this Court,  if he had previously filed in this District.

By her actions, addressing plaintiff Lachkovich as "you", was a pre-text

script and not normal. To ask those two questions are immaterial and

irrelevant because: (a)  Plaintiff  Lachkovich could have been a Process

Server or other person, filing legal documents for and/or on behalf of a

plaintiff Lachkovich; (b) by presentation of the standard  JS-44 Form,

Civil Sheet, "Para. VIII – Related Cases" was not declared by plaintiff

Lachkovich; (c) the Complaint presented was a new FCA civil action,

separate and distinct, as a matter of right of cause of action. [ See attached

Exh. Nos. PH.03 to PH.06 ].  But, she made  particular demeaning eye-

contact with plaintiff Lachkovich and addressed him as "you", which is

inappropriate, among other concerns. She never asked plaintiff

Lachkovich for his identification, but yet, conducted business affairs at the

Clerk's counter "as if she knew of me".

(3)      The prescribed instructions for commencing a civil action by the Courts

are basically straight forward. Plaintiff Lachkovich prepared and

53

submitted his  original Complaint, with names, addresses, and telephone

numbers, the JS-44 Form, and Cover Sheet for "Under Seal" material

authority [ LCvR 5(B), 31 USC 3730(b)(2) ]. She should have simply

docketed the new case under seal, which should have taken only about 10

minutes, if that. But, instead, she took the original FCA Complaint and

JS-44 Form and departed from the Clerk's Counter to the rear of the room,

out of sight of plaintiff Lachkovich, who was in the Clerk's Office nearly

an hour, for something should have taken only about 10 minutes, if that. It

is the contention of the plaintiff Lachkovich that she may have wrongfully

made a complete copy set of the original Complaint documents

[ Complaint, 111 pp; Exhibits, 93 pp ] that were intended to be filed by

herein plaintiff  Lachkovich, when she disappeared out of sight to the rear

of the Clerk's  Office room for a lengthy period of time.  What defendant

Armistead did or didn't do on February 6, 2012 is not prescribed protocol

on the court's website nor elsewhere.

(4)    The protracted three-page Order by Defendant Lee, dated September 14,

2011, has an electronic typed header notation, which discloses, among

other things, that Defendant Buchanan was party to the Order. [ See

attached Exh. Nos. PH.03 to PH.06 ].  A  U.S.  Magistrate Judge has no

jurisdiction nor authority in a dispositive matter of the United States.

Further, there was no Mutual Consent for Appearance by a U.S.

Magistrate Judge duly executed by the parties in the matter, i.e., the U.S.

Attorney General, the U.S. Attorney for the District of Alexandria, and plaintiff Lachkovich. The protracted three-page Order that was mailed to plaintiff Lachkovich, [ see attached Exh. Nos. PH.43 to PH.45 ], does not contain, among other concerns, the electronic typed header notation; also, it doesn't contain the date-stamp "FILED" seal by the Clerk of the Court; and it does not contain the "Under Seal" notation. With the exception of the electronic typed header notation, the same is true for the three-page Order that defendant Armistead gave plaintiff Lachkovich on Monday, February 6, 2012.

(5)     By  plaintiff Lachkovich's presentation for filing a new FCA civil action, he was suing defendant Lee, among others, and thereby, defendant Armistead was barred from not accepting and filing the new FCA civil action.  She violated, among other concerns, plaintiff Lachkovich's legal and civil rights, but also, she violated the legal and sovereign rights of the Untied States, and subject to appropriate investigation and prosecution, including obstruction of justice, tampering, intimidating, harassing of witness, aiding and abetting fraud, conspiracy, and cover up, and such.

(6)     In exchange for submitting Time and Attendance records and vouchers for the payment of her Clerk compensation, benefits, and expenses, defendant Armistead, among others,  made and/or caused to be made violations of the False Claims Act and violation of other law, rule, or regulation.

55

85.     Defendant Lee:

(1)     What the Defendant Lee did or didn't do is wrong. Among other
        concerns, he acted for and/or on behalf of the United States, without the
        disposition of the U.S. Attorneys ( the U.S. Attorney General and the U.S.
        Attorney for the Alexandria Division ) and without that of plaintiff
        Lachkovich, in a proper and lawful manner and capacity. Among
        other concerns, he violated the substantive and procedural strictures of the
        False Claims Act and of the Judiciary system.

(2)     Plaintiff Lachkovich sought to verify the names and status with the
        D.C. Bar relative to defendants Tony West, Assistant Attorney General;
        Gregory Pearson; and Jonathan I. Katz. Plaintiff Lachkovich sent e-mail
        and hard copy to the D.C. Bar, but received no conformed document of
        record reply. Plaintiff Lachkovich visited the D.C. Bar website for the
        above-named attorneys, but no record was found.

(3)     Among other concerns, Defendant Lee's protracted three-page Order,
        dated September 14, 2011, is false and unlawful in the following, but not
        limited respects: (a) he failed to exercise his ministerial duties and
        obligations as a judge and as precisely prescribed by the requisite
        strictures of the False Claims Act; (b) the Order is not actionable for the
        reasons set forth in Paragraphs (1) and (2) above; (c ) he addresses only
        the plaintiff's Complaint, but, disregards the fact that plaintiff Lachkovich
        served his FCA Complaint and his Disclosure Memorandum,

56

promulgating  prima facie evidentiary material for a false claims law

investigation; i.e., the false claims under the AFDC ( Assistance to

Families and Dependent Children program ), commonly known as "child

support", are rampant and runaway false claims exceeding  $400 million.

The Disclosure Memorandum is a statutory companion component of the

FCA Complaint substantive and procedural requirements, for which

plaintiff  Lachkovich did have served accordingly in compliance with 31

U.S.C. §  3730(b)(2); (d) the three-page Order is not date-stamp "FILED"

by the Clerk of the Court; (e)  the address declaration for document

mailing and forwarding is inappropriate and concealed; (f) the "under

seal" notation for the case file record is not placed on the Order; (g)  his

Order recites information that, only certain intimate knowledge obtained,

would surface and is subject to suspect; (h)   defendant Lee has no

authority to override, to enjoin and to restrain the commencement of legal

papers and proceedings that Congress has enacted, including that as

precisely prescribed under the False Claims Act, thereby violating the

legal and Constitutional rights of due process and 'the courts are always

open',  among other concerns; (i)  defendant Lee failed to meet and to

exercise due diligence in the performance of his ministerial duties and

obligations as the presiding judge in the FCA civil action and subject to

appropriate investigation and prosecution, as appropriate.

86.    Defendant Buchanan:

    (1)    What the defendant Buchanan did or didn't do is wrong. Among other concerns, she acted for and/or on behalf of the United States, without the disposition of the U.S. Attorneys ( the U.S. Attorney  General <u>and</u> the U.S. Attorney for the Alexandria Division ) and without that of plaintiff Lachkovich, in a proper and lawful manner and capacity.  Among other concerns, she violated the substantive and procedural strictures of the False Claims Act and of the Judiciary system.

    (2)    She is a named U.S. Magistrate Judge in the matter and has no authority nor jurisdiction in a dispositive matter of the United States; further, there was no "Mutual Consent for Appearance by U.S. Magistrate Judge for All Purposes" duly executed by the parties in the matter, i.e., plaintiff Lachkovich and the United States ( the U.S. Attorney General and the U.S Attorney for the District of Alexandria ).

    (3)    Paragraphs 84 through 85 are respectively realleged and incorporated by referenced herein.

87.    Defendants Rawles, Claude, Hilton, Cacheris, Ivan, and Galindo:

    (1)    Paragraphs 84 through 86 are respectively realleged and incorporated by reference herein. What the Defendants  did or didn't do, respectively, is wrong  legally, judicially, and ethically.

    (2)    False claims, offenses and judicial misconduct are piled higher and deeper.

*"Pennsylvania" Conspiracy*
*"Al Qaeda" Conspiracy - National Security*
*Capitol Fraud, Conspiracy, Cover-up - Prima Facie Evidentiary Material*

88.     On December 17, 2001, herein Plaintiff Lachkovich commenced FCA civil

action, Case No. 01-CV-2574, *United States of America ex rel.   Thomas E. Lachkovich    vs.*

*United Parcel Service, et al.*, in U.S. District Court, District of Columbia, in Washington, D.C.

In the 2001 – 2002 time period, Mr. Tom Ridge, then the Governor of Pennsylvania,

was appointed by herein Defendant Bush to be  Secretary of the newly-enacted Department of

Homeland Security, in the course of the fallout of the September 11, 2001 tragedy  and

investigation of suspected Al Qaeda connections.  Mr. Tom Ridge was a senior classmate (1961-

65) of herein Plaintiff Lachkovich at a private elite Catholic boys prep high school, Cathedral

Preparatory School,  in Erie,  Pennsylvania, the birthplace (home) of herein Plaintiff Lachkovich.

89.     In the course of a relatively short period of time, Mr. Tom Ridge resigned as

Secretary of Homeland Security. In a subsequent book publication, it is indicated that while he

was the Secretary, he was pressured by certain people, including herein Defendants Ashcroft and

Bush, to increase the 'alert' warning level for national security to "code red", despite his (Ridge)

reservations, and in consideration of defendants' facetious political agenda for the 2004 election.

90.     As records indicate, Defendant Sullivan was appointed in May, 2006 as Director

of the U.S. Secret Service. In June, 2006, Defendant Sullivan was Deputy Director in charge of

Presidential Protection Division.  In 2002, Defendant Sullivan was Deputy Special Agent in

Charge of Vice Presidential Protection Division.

91.     At pertinent times to this Complaint, Defendant Cheney was President of the

59

United States Senate and Vice President of the United States with listed contact address as: 1600

Pennsylvania Avenue, Washington, D.C. 20500. As records indicate, Defendant Cheney was

served legal documents pertaining to herein Plaintiff Lachkovich's FCA civil action, Case No.

08-CV-00066, filed January 11, 2008, and Plaintiff Lachkovich's request for commencement of

Congressional proceedings, as appropriate. **See attached Exh. Nos. PH.61, PH.69, PH.78 to**

**PH.80, PH.103 to PH.108.**

92.     Herein Defendant Campbell was the U.S. Senator for Colorado until 2005 and

was and is listed as a practicing advisor with Knight and Holland, LLP, 2099 Pennsylvania

Avenue, Washington, D.C. He abruptly announced his departure from the U.S. Senate shortly

after herein Plaintiff Lachkovich filed his FCA Civil Action No. 04-B-0330(PAC) in Denver

U.S. District Court.

93.     On February 14, 2009, in the afternoon, two U.S. Secret Service Police vehicles

were parked at the north curb of 'M' Street, in front of Philly Pizza & Grill restaurant,

1204 – 34th Street, N.W., in Georgetown, as herein Plaintiff Lachkovich walked by on the north

sidewalk of 'M' Street in front of the Philly Pizza & Grill restaurant. The Philly CheeseSteak

sandwich contains 'Philly', which is short for Philadelphia, which is situated in Pennsylvania,

which is herein Plaintiff Lachkovich's birth (home) state of record. On February 17, 2009, herein

Plaintiff Lachkovich commenced an FCA civil action in U.S. District Court, in Washington,

D.C.

94.     On Monday, June 15, 2009, herein Plaintiff Lachkovich filed an FCA civil action,

Case No. 09-CV-01090, in U.S. District Court, in Washington, D.C. Two days later, on

Wednesday, June 17, 2009, it was disclosed that Defendant Bush addressed a group of people

at a luncheon in Erie, Pennsylvania, and among other disclosures, that he made a public and prepared statement in pertinent part, [ See Exh. No. PH.58 attached hereto ]

" . . there are people in Gitmo who will kill Americans at the drop of a hat . . ."

As records indicate, Erie, Pennsylvania is the birthplace hometown of herein Plaintiff Lachkovich and loved ones.

95.     On the morning of Friday, September 18, 2009, about 5:30 a.m., herein Plaintiff Lachkovich was given a threat by Def. John Doe No. 18.SEPT.09 a/k/a "CUBA.1", at the breakfast table that, among other concerns, he and his loved ones would be killed in connection with Al Qaeda operatives. Plaintiff Lachkovich filed and reviewed an administrative complaint that day at the Samaritan House shelter with Def. Malloy.

96.     On September 21, 2009, herein Plaintiff Lachkovich commenced an FCA civil action, Case No. 09-CV-01780, in U.S. District Court in Washington, D.C., and effectuated service of process upon the United States Attorney General, upon the U.S. Attorney for the District of Columbia, and upon Colorado U.S. Senator Defendant Mike Bennet for the commencement of Congressional proceedings. Among other concerns, there was no appearance by the United States in a proper and lawful manner and capacity.

97.     On November 9, 2009, herein Plaintiff Lachkovich commenced an FCA civil action, Case No. 09-CV-02103, in U.S. District Court in Washington, D.C., and effectuated service of process upon the U.S. Attorney General and upon the U.S. Attorney for the District of Columbia. Among other concerns, there was no appearance by the United States in a proper and lawful manner and capacity.

61

98.     The week of Feb. 21, 2010, it was disclosed that  herein Defendants Bush and

Cheney conferred that week, when Plaintiff Lachkovich purchased online his airline ticket for a

D.C. trip on April 3, 2010.  On Monday, March 22, 2010, it was disclosed that Defendant Bush,

among others,  was in the Caribbean area, the island of Haiti. **See attached Exh. Nos. PH.59.**

Such disclosures, among other concerns,  point to and support that the mere appearance

of impropriety, as here,  propounds probable cause for legal action.

99.     On Monday, April 5, 2010, Plaintiff Lachkovich  commenced  FCA civil action

Case No. 10-CV-00548,   *United States of America  ex rel.  Thomas E. Lachkovich  vs.  George*

*W. Bush,  et al.,* in U.S. District Court, in the District of Columbia, in Washington, D.C., and

effectuated service of process upon the U.S. Attorney General and upon the U.S. Attorney for

the District of Columbia.

100.    The first week of June, 2010, herein Defendant Cheney was reported to have had

medical treatment in Washington, D.C. and herein Defendant Bush contacted him.

101.    On June 14, 2010, Plaintiff Lachkovich  commenced  FCA civil action

Case No. 10-CV-00990,   *United States of America  ex rel.  Thomas E. Lachkovich  vs.  George*

*W. Bush,  et al.,* in U.S. District Court, in the District of Columbia, in Washington, D.C., and

effectuated service of process upon the U.S. Attorney General and upon the U.S. Attorney for

the District of Columbia.

102.    On September 2, 2010, herein Plaintiff Lachkovich purchased his airline roundtrip

ticket ( Denver to Washington, D.C. )  with a travel agent at the American Automobile

Association (AAA) office in Denver, Colorado for the period October 28 to November 2, 2010.

103.    The week of October 4, 2010, herein Defendants Bush and Cheney were together

62

attending an annual insurance leadership convention in Colorado Springs, which is about an hour drive from Denver, where herein Plaintiff Lachkovich resides. **See attached Exh. No. PH.61.** On October 29, 2010, herein Plaintiff Lachkovich filed FCA Civil Action No. 10-cv-01226(JCC/IDD) in U.S. District Court, Eastern District of Virginia, in Alexandria, Virginia.

104.    Defendant Bush, on Friday, February 25, 2011, by and through his agents, servants, and such, abruptly cancelled his Denver appearance scheduled for Saturday, February 26. The news press release by Defendant Bush spokesman, David Sherzer, was reportedly by telephone specifically directed to Tom Muston, of Denver CBS Channel 4, which was the primary Internet website he used for news, weather, and sports info from his home computer. **See attached Exh. Nos. PH.62 to PH.64.**    These sudden Defendant Bush disclosures came to light just after herein Plaintiff Lachkovich had purchased online his airline ticket on Wednesday, February 23 for his Denver-Dulles trip on April 12 to April 14, and after herein Plaintiff Lachkovich made a personal visit at the downtown Denver office of Colorado U.S. Senator Mark Udall on February 23, 2011, and after herein Plaintiff Lachkovich  sent facsimile confirmations on Friday morning, February 25, to three U.S. Senators.

105.    On April 12, 2011, herein Plaintiff Lachkovich filed his FCA civil action, Case No. 11-cv-00385, *United States of America  ex rel.  Thomas E. Lachkovich  vs.  George W. Bush, Mark Sullivan, Dick Cheney, et al.*,  in U.S. District Court, in and for the Eastern District of Virginia, in Alexandria, Virginia.

106.    On July 14, 2011, herein Plaintiff Lachkovich filed his FCA civil action, Case No. 11-cv-00741, *United States of America  ex rel.  Thomas E. Lachkovich  vs.  George W. Bush, Mark Sullivan, Dick Cheney, et al.*,  in U.S. District Court, in and for the Eastern District

of Virginia, in Alexandria, Virginia.

107.    On September 30, 2011, herein Plaintiff Lachkovich received in the U.S.P.S. mail documents pertaining the FCA actions referenced above in paragraphs 105 and 106 above. **See attached Exh. Nos. PH.22 to PH.50**

108.    On or about October 20, 2011, Defendant Bush made a visit to Denver, Colorado under the guise of speaking and meeting with certain individuals, including newly-elected Denver Mayor Michael Hancock, in the course of a Get Smart Schools conference to promote initiatives for teacher leadership and education for private charter schools. **See attached Exh Nos. PH.65 to PH.67.** At some point, Defendant Bush was reported to have stated, in pertinent part,

> " . . . . there are times you're dealt a hand that you don't want to play
> . . . . . . . .for one reason or another . . . ."

109.    On or about December 16, 2011, Defendant Cheney made a  visit to Denver, Colorado under the guise of participating at a charitable event. **See attached Exh. No. PH.69.**

110.    In the course of papers and proceedings, or the lack thereof in a proper and lawful manner and capacity, herein Plaintiff Lachkovich commenced his legal research and writing in preparation of subsequent FCA civil action(s) and his personal matters. His legal research and writing included the use of the Internet on his personal computer and public, commercial computers, which were subject to surveillance by Defendants and others.

111.    The Defendants, and others, conducted a massive "negativity" and  an "attack" campaign against herein Plaintiff Lachkovich and the United States.  Among other things, 24/7

64

surveillance, covert activities, and other measures were and are implemented, on herein Plaintiff

Lachkovich and the United States. Such activities were authorized, in whole or in part, directly

or indirectly, by herein Defendant Bush by and/or with herein Defendant Sullivan and his Secret

Service resources, by and/or with herein Defendant Campbell, and by herein Defendant Cheney,

and others.

112.    Prior to and since then, herein Plaintiff Lachkovich has and continues to

encounter threats, injuries, and damages, under color of law and otherwise, including that,

among other concerns, he and his loved ones would killed and/or injured in his/their person

and/or property in connection with Al Qaeda operatives and others. Plaintiff Lachkovich

solicited life and health insurance quotes and prepared a Living Trust, which in the event of his

sudden death and/or incapacitation will trigger via Advanced Directives appropriate legal action,

among other concerns.

113.    Such acts and/or omissions, among other concerns, may be construed as and, in

force and effect, are 'veiled threats'. But, a threat is a threat. Period.

114.    Defendants Bush, Cheney, Sullivan, Campbell, Ashcroft, Suthers, Strickland,

Salazar, Ritter, Babcock, Armatas, Carey, "Cuba.1", Kollar, Roberts, Bates, Cacheris, Moore,

Macbride, Jones-Lorton, Taylor-Lorton, Claude, Lee, among others, conspired and/or

acted as a conspiracy in fact, among other concerns,

     ( a )    to thwart the papers and proceedings of herein Plaintiff Lachkovich, including,

             without limitation, papers and proceedings in connection with FCA civil actions

             commenced by herein Plaintiff Lachkovich in U.S. District Court, and

     ( b )    to thwart the papers and proceedings of herein Plaintiff Lachkovich, including

without limitation, papers and proceedings in connection with Plaintiff

Lachkovich's Statement and Petition to Commence Congressional Proceedings,

and

( c )   to invoke covert activities against herein Plaintiff Lachkovich, his loved ones,

against the United States and others.

115.   There was forethought, deliberation, and decision by herein Defendants Bush,

Cheney, Sullivan, Ashcroft, Suthers, Strickland, Campbell, Ritter,  Carey, Salazar, Babcock,

Armatas, "Cuba.1", Kollar, Roberts, Bates,  Jones-Lorton, Taylor-Lorton,  McBride, Cacheris,

Moore, Claude, Lee and others.

116.   Herein Defendants Bush, Cheney, Sullivan, Ashcroft, Carey, Salazar, Strickland,

Suthers, Campbell,  Ritter,  "Cuba.1", Caheris, Moore, Macbride, Armatas, Claude, Lee, and

others, have intimate, meaningful and strategic connections, alliances and resources for access to

threaten and engage the use of Al  Qaeda operatives, and others, to accomplish their personal,

political covert agenda against Plaintiff Lachkovich, the American people, and the United States

Government.

117.   Such acts and/or omissions clearly point to material and relevant concerns,

among other things,  associated with "Pennsylvania Conspiracy  - Al Qaeda Conspiracy  -

National Security",  and point to ongoing, unresolved CAPITOL  fraud, conspiracy, cover-up,

covert operations, corruption, and compromising national security.

*ID Theft, ID Fraud, Computer Theft, Bank Fraud, Wire Fraud, Theft*
*Mail Theft, Mail Fraud, Aggravated Vehicular Assault, Assault,*
*Hostile, Offensive, Harassing ,Intimidating,  Threatening Environment*
*Electronic Signals, Alarms, Flashing Lights*

118.    On  March 9, 2010, herein Plaintiff Lachkovich filed an E-Charge claim at his

bank, Wells Fargo Bank, in downtown Denver. There was a $99.95 electronic charge posted

March 1st on his checking account. That fraudulent E-Charge was subsequently reversed and

credited to his account.  Records indicate, that Plaintiff Lachkovich has been subject to a pattern

or practice by others, to promulgate numerous other false and unlawful electronic E-charges on

his bank accounts, promulgating, among other concerns, new accounts, new bank cards, new

checks, and associated costs, loss and damages.

119.    In the course over the years of commencing his legal, official proceedings, in the

State of Nevada, in the State of California ( AFDC child support matter ), in Denver, Colorado

( FHA house matter, Class Action matter against Americana Condominium Association, Inc. ),

including his FCA civil actions in U.S. District Court, in Denver, Colorado, in Washington,

D.C., in Alexandria, Virginia, and elsewhere,  Plaintiff Lachkovich has been subject to, hostile,

offensive, harassing, intimidating, threatening environment, among other concerns, numerous

and fraudulent BOGUS telephone rings and hang-ups, with many different numbers; numerous

and fraudulent E-mails on the computer; mail theft and fraud; numerous alarms and flashing

lights.

120.    Upon making an appointment at a previous estate planning seminar conducted by

Defendant Hughes, on April 14, 2010, herein Plaintiff Lachkovich had an initial consultation

with herein Defendant Richard  D. Hughes pertaining to legal assistance relative to estate

67

planning documents, more specifically, a Living Trust. Plaintiff Lachkovich submitted, as

requested, a six-page questionnaire for his review. Among other disclosures in the questionnaire,

Plaintiff Lachkovich disclosed that he had pending legal proceedings that would recognize, at a

minimum, in excess of $400 million in proceeds [ AFDC false claims alone ] for him from the

pending litigation. Plaintiff Lachkovich was escorted into an office, sat in a chair and waited in

the empty room. While Plaintiff Lachkovich sat in a chair in his office, Defendant Hughes

entered the office with another male person, abruptly opened a small table cabinet door next to

Plaintiff Lachkovich and hit the chair of Plaintiff Lachkovich with the cabinet door forcefully to

get a book. Defendant Hughes reached into the small wood cabinet after opening it, and handed a

book to the other male person and said, " . . .ya . . . . read the whole statute . . . ." as the other

male person departed the office. At no time did Defendant Hughes apologize for "hitting" hard

the chair of herein Plaintiff Lachkovich. In the course of the consultation, Plaintiff Lachkovich

disclosed, among other things, that he has filed a civil action under the False Claims Act as a

party plaintiff in Washington, D.C., which is subject to 'under seal' proceedings. He also

disclosed that he desired to prepare Living Trust documents because (a) it is the right thing to

do, and (b) in the occurrence of his untimely death and/or incapacitation in the course of his

ongoing, unresolved litigation, and his pending inventions, patents, and copyrights, that advance

directives of specific performance be in place in the Living Trust to continue his affairs to

fruition accordingly, for he has been and continues to receive threats of injury and/or death to

him and to his loved ones. Among other concerns, Defendant Hughes was hostile, offensive,

harassing, negative, abrasive, and discouraging to herein Plaintiff Lachkovich, who walked out

of the office abruptly and angry after about a very brief 15-minute consultation, if that.

68

121.    On April 15, 2010, Plaintiff Lachkovich's home personal computer was subject to sabotage by some unknown virus, malware, and spyware, that "locked up" his use of the computer. After conferring with his Internet Provider (IP) and various computer service shops, and downloading an anti-virus software program, his computer became functional again, but not the same as before the sabotage. Cost estimates are over $200 damages incurred.

122.    On April 19, 2010, an E-Charge of $32.55 was mysteriously posted on Plaintiff Lachkovich's bank account. He filed an E-Charge claim at his bank, and again, the fraudulent E-Charge was subsequently reversed and credited to his account. He contacted the Denver Police Department and filed an ID Theft report.

123.    On May 7, 2010, herein Plaintiff Lachkovich filed an ID Theft Report with herein Defendant Denver Police Department pertaining to, among other concerns, fraudulent electronic and financial charges and statements on my Wells Fargo Bank account.

124.    On December 29, 2010, there was a "double posting" in the amount of $190.00 on his Wells Fargo bank account, which, among other concerns, made Plaintiff Lachkovich's account 'over-drawn' status wrongfully, but also, necessitated the borrowing of money not only to cure the over-drawn status, but also, to pay for his taxi fare at the time, in addition to the moving expenses and associated costs incurred at the time in connection with the false and unlawful 'double posting' of the money order amount, $190.00,

125.    Among other concerns, having  false and unlawful electronic charges posted on his bank account, having his wages wrongfully and unlawfully subject to garnishment, having his wages and compensation not timely paid, having his Workers' Compensation wrongfully and unlawfully paid, the misappropriation of funds, constitutes, among other concerns, a

69

pattern or practice, and has the impact and same force and effect as someone brandishing a

weapon and stealing - THEFT.   As records indicate, Plaintiff Lachkovich has been subject to a

pattern or practice of false and unlawful entries and/or omissions, not only to bank accounts, to

E-mail accounts, to telephone accounts, but also, to official, medical, personal, and legal papers

and proceedings.

*U. S. Secret Service*
*Title 6, U.S. Code  -  U.S. Department of Homeland Security*
*Title 31, U.S. Code  -  U.S. Treasury Department*

126.    The Secret Service is presently an agency in the newly-enacted Homeland

Security Department and previously, was an agency of the U.S. Treasury Department, which is

part of the Executive Branch of the U.S. Government.

127.    The Secret Service was established as a law enforcement agency in 1865 and was

originally mandated to investigate counterfeiting of the U.S. currency.  The Secret Service is also

mandated to provide presidential protection, including that for The White House and the

President of the United States.

128.    The Secret Service is supposed to investigate and to safeguard the payment and

financial systems of the United States through enforcement of appropriate statutes to preserve the

integrity of the United States interests. Since 1984, utilizing advanced technologies, the Secret

Service's investigative responsibilities have expanded to include the investigation of crimes that

involve financial institution fraud, computer and telecommunications fraud, false identification

fraud documents, access device fraud, advance fee fraud, electronic funds transfers and money

70

laundering as it relates to United States interests.

129. To serve this purpose, the provisions of Title 31 and Title 6, United States Code, as amended, together with the underlying principles and values embodied in the U.S. Constitution and the laws of the United States, establish the fundamental framework of the Secret Service.

130. Associated members of the Secret Service, their heirs, successors, servants, and/or assigns, are engaged from time to time by appointment, by contract, or otherwise. It is incumbent of each associated member of the Secret Service to perform the ministerial duties and obligations respectively in a proper and lawful manner and capacity. In exchange for exercising their respective ministerial duties and obligations so entrusted upon them by the American people, associated members of the Secret Service receive, among other things, compensation, authority, secret access, and intangible, but priceless, public trust.

131. As records indicate, associated members of the Secret Service, their heirs, successors, servants, and/or assigns, along with other associated members of the Executive, Judicial, and Legislative branches of Government, utilized, among other things, the advanced technologies, its powers, its accessibilities and resources to perpetrate identification theft, mail theft, computer theft, wire theft, bank theft, and the such, to commit identification fraud, wire fraud, computer fraud, mail fraud, and the such against herein Plaintiff Lachkovich, the United States Government, and the American people, whose interests they were supposed to serve and to protect.

132. As records indicate, associated members of the Secret Service, their servants, heirs, successors, and/or assigns, along with other associated members of the Executive, Judicial,

and Legislative branches of Government have failed to perform their respective ministerial duties
and obligations in a proper and lawful manner and capacity. Such deplorable and egregious acts
and/or omissions not only constitute fraud, conspiracy, cover-up, perjury, betrayal of public
trust, and treason, but also, strike at the very foundation of principles and values upon which
America was built upon, fought and defended for, and so gallantly and unselfishly endured,
sacrificed, and died for.

133.    Associated members of Defendant Sullivan, his heirs, servants, successors,
and/or assigns, among others, were subject to, among other things, provisions under
the Constitution and laws of the United States. As records indicate, members associated
with herein Defendant Sullivan failed to perform the ministerial duties and obligations in a
proper and lawful manner and capacity. Herein Plaintiff Lachkovich and the United States were
and are the targets of wrongful and unlawful acts and/or omissions and of covert operations by
herein Defendant Sullivan and his co-conspirators. "Attack predators" were dispatched
upon herein Plaintiff Lachkovich, for whom a "code red" was targeted, by implementing and
fraudulent funding a monster search and destroy mission against Plaintiff Lachkovich, against
the American people, and against the United States Government.

### Public Trust  -  Power  and  Position
### Under Color of Law
### Betrayal  -  Treason

134.    It is incumbent to place trust in public servants and those, who under contract or
otherwise, administer and deliver goods, services, benefits, and entitlements under associated
government programs, plans, funds, and contracts, whether at the local, state, or federal levels of

72

government.

135.     As records indicate, herein Plaintiff Lachkovich, the United States, and the
American people have been subject to monster betrayal of public trust at the hands of certain
people of power, position and trust, including betrayal by herein Defendants Bush, Cheney,
Sullivan, Cacheris, MacBride, Moore, Bates, Lee, Ritter, Carey, Babcock, and many others.


### FIRST  CLAIM FOR RELIEF:  *BUSH  False Claims and Crimes*

136.     Paragraphs 1 through 135 above are  realleged and incorporated by reference
herein.

137.     At pertinent times to this Complaint, Defendant Bush, among others, owed and
had a ministerial duty and obligation to serve and defend the laws of the United States, including
the False Claim Act ( FCA), in a proper and lawful manner and capacity.

138.     Defendant Bush, among others, knew that herein  Plaintiff Lachkovich
prepared and commenced legal actions ( papers and proceedings), including FCA civil actions.

139.     Defendant Bush, among others, failed to meet and to exercise his ministerial
duties and obligations in connection with the laws and customs of his office and of the United
States, including that pertaining to  FCA civil action(s).

140.     Defendant Bush, among others, conspired and engaged  and/or caused to be
engaged,  massive costly and damaging covert activities  against the United States and against
herein Plaintiff Lachkovich in connection with Plaintiff Lachkovich's commencement of his
papers and proceedings and FCA civil actions.

73

141.   Defendant Bush,  among others, violated and/or caused to be violated, laws, rules, and regulations, including violations of the FCA, which have been committed and accrued.

142.   Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Bush's negligent acts and/or omissions.

143.   Defendant Bush betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

144.   As a result, Plaintiff Lachkovich and the United States have  been damaged.

### SECOND CLAIM FOR RELIEF:  *SULLIVAN False Claims and Crimes*

145.   Paragraphs 1 through 144 above are  realleged and incorporated by reference herein.

146.   At pertinent times to this Complaint, Defendant Sullivan, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

147.   Defendant Sullivan, among others, knew that herein Plaintiff Lachkovich prepared and commenced legal actions, including FCA civil actions.

148.   Defendant Sullivan, among others, failed to meet and to exercise his ministerial duties and obligations in connection with legal actions, including FCA civil actions.

149.   Defendant Sullivan, among others, conspired and engaged and/or caused to be engaged, massive costly and damaging covert activities  against the United States and against herein Plaintiff Lachkovich in connection with Plaintiff Lachkovich's commencement of his papers and proceedings and FCA civil actions.

74

150.    Defendant Sullivan, among others, violated and/or caused to be violated, laws, rules, and regulations, including violations of the FCA, which have been committed and accrued.

151.    Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Sullivan's negligent acts and/or omissions.

152.    Defendant Sullivan betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

153.    As a result, Plaintiff Lachkovich and the United States have been damaged.


### THIRD CLAIM FOR RELIEF: *CHENEY False Claims and Crimes*

154.    Paragraphs 1 through 153 above are realleged and incorporated by reference herein.

155.    At pertinent times to this Complaint, Defendant Cheney, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

156.    Defendant Cheney, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s).

157.    Defendant Cheney, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United States, including  FCA civil action(s).

158.    Defendant Cheney, among others, knew and/or should have known that the United States failed to make an appearance in a proper and lawful manner and capacity in FCA

75

civil action(s) commenced by herein Plaintiff Lachkovich.

159.   Defendant Cheney, among others, conspired and engaged in massive costly and damaging covert activities  against the United States and against herein Plaintiff Lachkovich in connection with Plaintiff Lachkovich's commencement of his papers and proceedings and FCA civil actions.

160.   Defendant Cheney,  among others, violated and/or caused to be violated, laws, rules, and regulations, including violations of the FCA, which have been committed and accrued.

161.   Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Cheney's negligent acts and/or omissions.

162.   Defendant Cheney betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

163.   As a result, Plaintiff Lachkovich and the United States have been damaged.

### FOURTH CLAIM FOR RELIEF: *CAMPBELL  False Claims and Crimes*

164.   Paragraphs 1 through 163 above are  realleged and incorporated by reference herein.

165.   At pertinent times to this Complaint, Defendant Campbell, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

166.   Defendant Campbell, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s).

167.   Defendant Campbell, among others, failed to meet and to exercise his ministerial

76

duties and obligations in connection with the laws of his office and of the United States, including  FCA civil action(s).

168.    Defendant Campbell, among others, conspired and engaged in massive costly and damaging covert activities  against the United States and against herein Plaintiff Lachkovich in connection with Plaintiff Lachkovich's commencement of his papers and proceedings and FCA civil actions.

169.    Defendant Campbell, among others, knew that the United States failed  to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

170.    Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Campbell's negligent acts and/or omissions.

171.    Defendant Campbell betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

172.    As a result, Plaintiff Lachkovich and the United States have been damaged.

## FIFTH CLAIM FOR RELIEF: *HOLDER  False Claims and Crimes*

173.    Paragraphs 1 through 172 above are  realleged and incorporated by reference herein.

174.    At pertinent times to this Complaint, Defendant Holder, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

175.    Defendant Holder, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s).

176. Defendant Holder, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United States, including FCA civil action(s).

177. Defendant Holder, among others, knew that the United States failed to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

178. Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Holder's negligent acts and/or omissions.

179. Defendant Holder betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

180. As a result, Plaintiff Lachkovich and the United States have been damaged.


### SIXTH CLAIM FOR RELIEF: *TAYLOR-LORTON False Claims and Crimes*

181. Paragraphs 1 through 180 above are realleged and incorporated by reference herein.

182. At pertinent times to this Complaint, Defendant Taylor-Lorton, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

183. Defendant Taylor-Lorton, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s).

184. Defendant Taylor-Lorton, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United

78

States, including  FCA civil action(s).

185.    Defendant Taylor-Lorton, among others, knew that the United States failed  to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

186.    Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Taylor-Lorton's negligent acts and/or omissions.

187.    Defendant Taylor-Lorton  betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

188.    As a result, Plaintiff Lachkovich and the United States have been damaged.

### SEVENTH CLAIM FOR RELIEF: *JONES-LORTON  False Claims and Crimes*

189.    Paragraphs 1 through 188 above are  realleged and incorporated by reference herein.

190.    At pertinent times to this Complaint, Defendant Jones-Lorton, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

191.    Defendant Jones-Lorton, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s).

192.    Defendant Jones-Lorton, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United States, including  FCA civil action(s).

193.    Defendant Jones-Lorton, among others, knew that the United States failed  to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

79

194.    Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Jones-Lorton's negligent acts and/or omissions.

195.    Defendant Jones-Lorton betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

196.    As a result, Plaintiff Lachkovich and the United States have been damaged.

### EIGHTH CLAIM FOR RELIEF:  *BATES  False Claims and Crimes*

197.    Paragraphs 1 through 196 above are realleged and  incorporated by reference herein.

198.    At pertinent times to this Complaint, Defendant Bates, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

199.    Defendant Bates, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s).

200.    Defendant Bates, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United States, including  FCA civil action(s).

201.    Defendant Bates, among others, knew that the United States failed  to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

202.    Defendant Bates, among other concerns, conspired and violated the legal and sovereign rights of the United States pertaining to the FCA civil action(s) of herein Plaintiff Lachkovich.

80

203.    Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Bates' negligent acts and/or omissions.

204.    Defendant Bates betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

205.    As a result, Plaintiff Lachkovich and the United States have been damaged.


**NINTH CLAIM FOR RELIEF:  *LEE False Claims and Crimes***

206.    Paragraphs 1 through 205 above are realleged and  incorporated by reference herein.

207.    At pertinent times to this Complaint, Defendant Lee, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

208.    Defendant Lee, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s).

209.    Defendant Lee, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United States, including  FCA civil action(s).

210.    Defendant Lee, among others, knew that the United States failed  to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

211.    Defendant Lee, among other concerns, conspired and violated the legal and sovereign rights of the United States pertaining to the FCA civil action(s) of herein Plaintiff

81

Lachkovich.

212.    Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Lee's negligent acts and/or omissions.

213.    Defendant Lee betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

214.    As a result, Plaintiff Lachkovich and the United States have been damaged.

### TENTH CLAIM FOR RELIEF: *STRICKLAND False Claims and Crimes*

215.    Paragraphs 1 through 214 above are realleged and  incorporated by reference herein.

216.    At pertinent times to this Complaint, Defendant Strickland, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

217.    Defendant Strickland, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s).

218.    Defendant Strickland, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United States, including herein Plaintiff Lachkovich's  FCA civil action(s).

219.    Defendant Strickland, among others, knew that the United States failed  to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

220.    Defendant Strickland, among others, conspired and engaged in massive costly and damaging covert activities  against the United States and against herein Plaintiff Lachkovich in

82

connection with Plaintiff Lachkovich's commencement of his papers and proceedings and FCA civil actions.

221.    Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Strickland's negligent acts and/or omissions.

222.    Defendant Strickland betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

223.    As a result, Plaintiff Lachkovich and the United States have been damaged.

**ELEVENTH CLAIM FOR RELIEF:** *SALAZAR False Claims and Crimes*

224.    Paragraphs 1 through 223 above are realleged and   incorporated by reference herein.

225.    At pertinent times to this Complaint, Defendant Salazar, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

226.    Defendant Salazar, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s) and papers and proceedings.

227.    Defendant Salazar, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United States, including  FCA civil action(s).

228.    Defendant Salazar, among others, knew that the United States failed  to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

229.    Defendant Salazar, among others, conspired and engaged in massive costly and

damaging covert activities against the United States and against herein Plaintiff Lachkovich in connection with Plaintiff Lachkovich's commencement of his papers and proceedings and FCA civil actions.

230. Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Salazar's negligent acts and/or omissions.

231. Defendant Salazar betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

232. As a result, Plaintiff Lachkovich and the United States have been damaged.

### TWELFTH CLAIM FOR RELIEF: *SUTHERS False Claims and Crimes*

233. Paragraphs 1 through 232 above are realleged and incorporated by reference herein.

234. At pertinent times to this Complaint, Defendant Suthers, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

235. Defendant Suthers, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s), papers and proceedings.

236. Defendant Suthers, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United States, including FCA civil action(s).

237. Defendant Suthers, among others, knew that the United States failed to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

238. Defendant Suthers, among others, conspired and engaged in massive costly and damaging covert activities against the United States and against herein Plaintiff Lachkovich in connection with Plaintiff Lachkovich's commencement of his papers and proceedings and FCA civil actions.

239. Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Suthers' negligent acts and/or omissions.

240. Defendant Suthers betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

241. As a result, Plaintiff Lachkovich and the United States have been damaged.

### THIRTEENTH CLAIM FOR RELIEF: *ASHCROFT False Claims and Crimes*

242. Paragraphs 1 through 241 above are realleged and incorporated by reference herein.

243. At pertinent times to this Complaint, Defendant Ashcroft, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

244. Defendant Ashcroft, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s), papers and proceedings.

245. Defendant Ashcroft, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United States, including  FCA civil action(s).

246. Defendant Ashcroft, among others, knew that the United States failed  to make

85

an appearance in a proper and lawful manner and capacity in FCA civil action(s).

247.    Defendant Ashcroft, among others, conspired and engaged in massive costly and damaging covert activities  against the United States and against herein Plaintiff Lachkovich in connection with Plaintiff Lachkovich's commencement of his papers and proceedings and FCA civil actions.

248.    Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Ashcroft's negligent acts and/or omissions.

249.    Defendant Ashcroft betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

250.    As a result, Plaintiff Lachkovich and the United States have been damaged.

## FOURTEENTH CLAIM FOR RELIEF: *MACBRIDE  False Claims and Crimes*

251.    Paragraphs 1 through 250 above are realleged and incorporated by reference herein.

252.    At pertinent times to this Complaint, Defendant MacBride, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

253.    Defendant MacBride, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s), papers and proceedings.

254.    Defendant MacBride, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United States, including  FCA civil action(s).

86

255.    Defendant MacBride, among others, knew that the United States failed to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

256.    Defendant MacBride, among others, conspired and engaged in massive costly and damaging covert activities against the United States and against herein Plaintiff Lachkovich in connection with Plaintiff Lachkovich's commencement of his papers and proceedings and FCA civil actions.

257.    Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant MacBride's negligent acts and/or omissions.

258.    Defendant MacBride betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

259.    As a result, Plaintiff Lachkovich and the United States have been damaged.

### FIFTEENTH CLAIM FOR RELIEF: *CACHERIS False Claims and Crimes*

260.    Paragraphs 1 through 259 above are realleged and incorporated by reference herein.

261.    At pertinent times to this Complaint, Defendant Cacheris, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

262.    Defendant Cacheris, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s), papers and proceedings.

263.    Defendant Cacheris, among others, failed to meet and to exercise his ministerial duties and obligations in connection with the laws of his office and of the United States,

including FCA civil action(s).

264. Defendant Cacheris, among others, knew that the United States failed to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

265. Defendant Cacheris, among others, conspired and engaged in massive costly and damaging covert activities against the United States and against herein Plaintiff Lachkovich in connection with Plaintiff Lachkovich's commencement of his papers and proceedings and FCA civil actions.

266. Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Cacheris' negligent acts and/or omissions.

267. Defendant Cacheris betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

268. As a result, Plaintiff Lachkovich and the United States have been damaged.

## SIXTEENTH CLAIM FOR RELIEF: *ARMISTEAD False Claims and Crimes*

269. Paragraphs 1 through 268 above are realleged and incorporated by reference herein.

270. At pertinent times to this Complaint, Defendant Armistead, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

271. Defendant Armistead, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s), papers and proceedings.

272. Defendant Armistead, among others, failed to meet and to exercise his ministerial

88

duties and obligations in connection with the laws of his office and of the United States, including FCA civil action(s).

273.    Defendant Armistead, among others, knew that the United States failed to make an appearance in a proper and lawful manner and capacity in FCA civil action(s).

274.    Defendant Armistead, among others, conspired and engaged in massive costly and damaging covert activities against the United States and against herein Plaintiff Lachkovich in connection with Plaintiff Lachkovich's commencement of his papers and proceedings and FCA civil actions, including that on February 6, 2012 in Newport News, Virginia.

275.    Violations of the FCA and other laws, rules, and regulations have been further committed and accrued as a result of Defendant Armistead's negligent acts and/or omissions.

276.    Defendant Armistead betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

277.    As a result, Plaintiff Lachkovich and the United States have been damaged.

### SEVENTEENTH CLAIM FOR RELIEF: *SESSIONS False Claims and Crimes*

278.    Paragraphs 1 through 277 above are realleged and incorporated by reference herein.

279.    At pertinent times to this Complaint, Defendant Sessions, among others, owed and had a ministerial duty and obligation to serve and defend the laws of the United States, including the False Claim Act ( FCA), in a proper and lawful manner and capacity.

280.    Defendant Sessions, among others, knew and/or should have known that herein Plaintiff Lachkovich commenced FCA civil action(s), papers and proceedings.

281. Defendant Sessions violated and/or caused to be violated the FCA and other laws, rules, and regulations, for which violations have been further committed and accrued as a result of Defendant Sessions' negligent acts and/or omissions.

282. Defendant Sessions betrayed the American people, betrayed herein Plaintiff Lachkovich, and betrayed the United States.

283. As a result, the United States and herein Plaintiff Lachkovich have been damaged.

### COUNT J-25-1: Fraudulent Cost Charging and False Claims Under *BUSH* Certificates

284. The Plaintiff realleges paragraphs 1 through 283 above and incorporates them by reference herein.

285. At pertinent times to this Complaint, the term, "certificate", as referenced herein, was and is any material writing, document, record, or statement, originated, approved, or used by Defendants, and others, in whole or in part, directly or indirectly, in connection with an associated Government program, plan, fund, or contract, either a public or private plan, fund, program, or contract, affecting commerce, domestic or foreign, under which, judicial and/or official items, services, or payments were and are made to any individual person, or on behalf of any individual person, and includes any individual person or entity, such as herein Defendant Bush, and associated others, who provided and/or allowed, or caused to be provided and/or allowed, judicial and/or official items, services, or payments, for which compensation, property, and/or interest were and are made under associated Government programs, plans, funds, or contracts.

90

286.    At pertinent times to this Complaint, Defendant Bush was an individual person and the President of the United States, situated in the District of Columbia, Washington, D.C., in connection with proceedings commenced by herein Plaintiff Lachkovich, including that under *Qui Tam* provisions of the False Claims Act (FCA) in U.S. District Court.

287.    At pertinent times to this Complaint, herein Defendant Bush acted and/or failed to act, under color of law in his individual, professional, and official capacities, as to performance and cost charging, in connection with the exercise and delivery of judicial and/or official items, services, or payments, under associated Government programs, plans, funds, or contracts, in a proper and lawful manner and capacity.

288.    Defendant Bush prepared and submitted periodic 'Time and Attendance Reports and/or Expense Vouchers', or such similar billing and/or payment documents, commonly referred to as 'time sheets' and 'expense reports', accounting for his time, services and expenses rendered and for payment to him, in exchange for him to serve and to protect the interests of the United States, to serve and to protect the interests of the people, to serve and to protect the Constitution and laws of the United States, including the False Claims Act, he swore upon oath to do, accordingly, as President of the United States.

289.    The False Claims Act (FCA) is the "baby" of the United States Attorney General to investigate and to prosecute with due diligence.

290.    The False Claims Act imputes culpability and liability, whether intentional or not.

291.     Intent to defraud is not an essential element for cause of action under the False Claims Act, although the intent to defraud may exist and does exist.

292.    Defendant Bush knew or should have known, in addition to that as provided

91

under 31 U.S.C. § 3730(b)(2), that FCA actions were commenced through internal
communications, records, or statements of case ledger that the United States was a
named party-plaintiff in an FCA action, via E-mail, or otherwise.

293.   As records indicate, agents of the United States  failed to make an appearance
in a proper and lawful manner and capacity in accordance with the substantive and procedural
strictures of the False Claims Act in U.S. District Court and in the U.S. Congress.

294.   As records indicate, Defendant Bush repeatedly falsified essential entries or
repeatedly failed to make essential entries, and/or caused to be made or used repeated falsified
essential entries or repeated failure to make essential entries,  on official and/or judicial
statements, records, or certificates, those records, statements, or certificates include, without
limitation, false and unlawful civil docket records;  judicial/official pleadings, papers and
writings; orders; mailings; communications, verbal, manual, and electronic;  the false and
unlawful entries and/or omissions thereon, in connection with administering and transacting the
business and practice of law, for and on behalf of the United States Government.

295.   At pertinent times to this Complaint, herein Bush falsified, concealed, or
covered up by scheme, trick, or device, material facts; made materially false, fictitious,
fraudulent, or unlawful statements or representations; made or used and/or caused to be made or
used materially and judicially false and unlawful writings, papers and documents containing
materially false, fictitious, fraudulent, or unlawful statements, entries or omissions, in connection
with the exercise and delivery of, or payment for, or approval for benefits, items, services, or
payments, under associated Government programs, plans, funds, or contracts,  in connection with
the matter of FCA civil action(s) commenced by herein Plaintiff Lachkovich in  U.S. District

92

Court.

296.    At pertinent times to this Complaint, the Plaintiff(s) have been falsely claimed recipients of falsely and unlawfully claimed judicial and/or official items, services, or payments by Defendants, and others, for false and unlawful compensation, property, and/or interest.

297.    At pertinent times to this Complaint, the Plaintiff(s) have been subject to false and unlawful performance and cost charging and false claims under false and unlawful herein Defendant Bush certificates.

298.    Defendant Bush would and did originate, approve, use, and submit, and/or caused to be used, approved, and submitted, billing invoices and financial statements, in connection with providing judicial and/or official items, services, and payments under associated government programs, plans, funds, or contracts, for compensation, property, and/or interest.

299.    Defendant Bush would and did originate, use, approve, and submit, and/or caused to be used, approved, and submitted, false and unlawful billing invoices and financial statements and certificates, by the commission of multiple, false and unlawful acts and/or omissions and Federal offenses, including, without limitation:

( a )    originating, using, approving, and submitting, and/or causing to be used, approved, submitted, false and unlawful judicial and/or official records, statements, and certificates to and on behalf of the United States;

( b )    altering, concealing, falsifying judicial and/or official records, statements, and certificates;

( c )    obtaining, using, approving, and submitting judicial and/or official records,

93

statements, and certificates, which contain false and unlawful entries and/or which fail to contain pertinent essential entries, in connection with, among other things, findings of fact and application of law in a proper and lawful manner and capacity;

( d )    engaging in a pattern or practice of false and unlawful exercise of professional and official duties, obligations, responsibilities, and authority;

( e )    engaging in a pattern or practice of violating statutory, regulatory, and contractual requirements, policy, standards of the United States and of professional, official, and ethical conduct;

( f )    engaging in a pattern or practice of fraud and concealment of material facts, records, statements, and certificates;

( g )    obtaining funds, property, and/or interest, falsely and unlawfully, from and/or on behalf of the United States, through the submission of billing, reimbursement, and financial statements and certificates, to and/or on behalf of the United States, which contain false and unlawful entries and omissions as to performance and costs incurred for judicial and/or official items, services, and payments, under associated government programs, plans, funds, and contracts;

( h )    obtaining, using, approving, withholding, and/or depriving compensation, property, interest, entitlements, rights, privileges, immunities, protections, under false and unlawful pretenses, representations, and promises, by and through Defendant Bush, his agents, servants, heirs, successors, assigns, and/or co-conspirators, known and unknown, in the State and District of Colorado, in the District of Columbia, and elsewhere, under contract or otherwise, under associated government programs, plans, funds, and contracts;

94

( i )    by acting individually and as a conspiracy, to conspire, and with others, known

and unknown, in the State and District of Colorado, the District of Columbia, and elsewhere, to

defraud herein Plaintiffs Lachkovich and the United States;

( j )    by the transmission of communications, manual and electronic, which contained

false and  unlawful records, statements, certificates, the false and unlawful entries and/or

omissions thereon;

in violation of, among other concerns, Titles 18, 28, and 31, United States Code; in violation of

official and professional standards, requirements, and laws of the United States, the Code of

Professional Conduct, and in violation of other state and federal regulations, standards, policy,

and statutes.

300.    Defendant Bush  engaged  in  a  pattern  or  practice  of  false  and  unlawful

professional and business practice of law in the State and District of Colorado, the District of

Columbia, and elsewhere, for and on behalf of the United States, for false and unlawful

compensation, property, and/or interest, under associated government programs, plans, funds, or

contracts. Such activity and conduct, among  other things, are in direct violation of 18 U.S.C.  §

1001 ( false statements ),18 U.S.C.  § 1018   ( false official certificates and writings ),  18  U.S.C.

§  1621 ( perjury ),    18 U.S.C.  § 2197  ( misuse of federal certificate, license, or document ),

18 U.S.C. §  1341  ( mail fraud ),  18 U.S.C.  §  1343  ( wire fraud ),  18  U.S.C.  § 1956

( laundering of monetary instruments ),  18  U.S.C.  § 1506   (obstruction of justice  - theft or

alteration of record or process ),  18  U.S.C.  §  1505 ( obstruction of justice – proceedings ),  18

U.S.C. § 1031  ( major fraud against the United States ),  28  U.S.C.  §  1965 ( racketeer

influenced and corrupt organization act – RICO ), the Colorado Consumer Protection Act, the

95

Code of Professional Conduct, among other state and federal statutory and regulatory requirements and laws, civil and criminal.

301.   At pertinent times to this Complaint, Defendant Bush used accounting and resource management systems, manual and electronic, for the purpose of administering and transacting the business and practice of law, for and on behalf of the United States, in connection with providing judicial and/or official items, services, payments, records, billing and financial statements, certificates, and related documents, under Defendant Bush certificates, in connection with the matter of FCA action(s) and Congressional actions commenced by herein Plaintiff Lachkovich.

302.   As records indicate, the false and unlawful judicial and/or official papers, records, statements, and documents, or lack thereof, by and on behalf of the United States, in connection with FCA civil action(s) commenced by herein Plaintiff Lachkovich in U.S. District Court, were and are, among other concerns, incoherent and non-cohesive in law and in fact under the substantive and procedural strictures of the False Claims Act ( FCA ); are groundless, frivolous, and vexatious; are interposed for ulterior purposes, to include, without limitation, to increase the cost of litigation, to perpetrate fraud upon the court, to obstruct justice, to intimidate, to harass, to retaliate against herein Plaintiff Lachkovich and the United States.

303.   Further, as records indicate, among other concerns, Defendant Bush has egregiously violated the civil and legal rights and sovereign rights of the United States, the legal and civil rights of herein Plaintiff Lachkovich, as related to matters involving herein Plaintiff Lachkovich and associated Government programs, plans, funds, and/or contracts, including, without limitation, the false and unlawful adjudication and appearances in matters in connection

96

with FCA civil action(s) commenced by herein Plaintiff Lachkovich U.S. District Court.

304.    Defendant Bush, in whole or in part, directly or indirectly, failed and/or caused to be failed, the exercise of the substantive and procedural requirements of the False Claims Act enacted by Congress.

305.    As records indicate, Defendant Bush committed and accrued and/or caused to be committed and accrued, violations of the False Claims Act, among other concerns.

306.    Defendant Bush is not above the law and not above Congress. Defendant Bush failed to serve and to protect the Constitution and laws of the United States, Colorado, and Virginia.

307.    As a result, among other concerns, as records indicate, there exists a runaway departure of the ethical, judicial, legal, and legislative principles and practices of law, further violations of the False Claims Act have been committed and accrued, the federal judiciary and the judicial system have been made a mockery, the federal legislature and the legislative process have been made a mockery, crimes have been committed and accrued, the United States has been damaged for years, and Plaintiff Lachkovich has been displaced and "held hostage" in his person, property, and profession and suffered damages and injuries for years.

## The Charge

308.    Defendant Bush knowingly presented or caused to be presented to an officer or employee of the United States Government, or on behalf of the United States Government, in connection with his acts and/or omissions, directly or indirectly, in whole or in part, for payment or approval, false or unlawful claims, those claims being those 'time sheets', 'expense

97

reports', and such similar billing or payment documents, accounting for his time, services, and expenses, in connection with his acts and/or omissions, directly or indirectly, in whole or in part, in the matter of FCA civil action(s) commenced by herein Plaintiff Lachkovich in U.S. District Court, under false and unlawful herein Defendant Bush certificates; each instance in violation of 31 U.S.C. § 3729(a)(1).

309.    As a result, the United States has been damaged.


**COUNT J-25-2:    False and Unlawful Statements and Records
Under *BUSH* Certificates**


310.    The Plaintiff realleges paragraphs 1 through 309 above and incorporates them by reference herein.

311.    Defendant Bush knowingly made, used, or caused to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the United States Government, or on behalf of the United States Government, in connection with his acts and/or omissions, directly or indirectly, in whole or in part, those false and unlawful records and statements being those false and unlawful records and statements on behalf of and by the United States, including, without limitation, false and unlawful judicial and/or official civil docket records, orders, papers, and documents, the entries and/or omissions thereon and resulting therefrom, in connection with FCA civil action(s) commenced by Plaintiff Lachkovich in U.S. District Court, under false and unlawful Defendant Bush certificates; each instances in violation of   31 U.S.C. § 3729(a)(2).

312.    As a result, the United States has been damaged.

98

**COUNT J-25-3:     Fraudulent Cost Charging and False Claims**
**Under  *BUSH*  Certificates**

313.     The Plaintiff realleges paragraphs 1 through 312 above and incorporates them by reference herein.

314.     At pertinent times to this Complaint, Defendant Bush  was the President of  the United States,  situated in the District of Columbia, in Washington, D.C.,  in connection with the matter of FCA civil actions and congressional actions commenced  by  Plaintiff  Lachkovich under  *Qui Tam* provisions of the False Claims Act (FCA)  in U.S. District Court.

315.     The servants and agents of the United States were  statutorily required to appear in a proper and lawful manner and capacity. As records indicate, Defendants and associated others, in whole or in part, directly or indirectly,  failed to make an appearance in a proper and lawful manner and capacity  for and on behalf of the United States in connection with FCA civil actions and Congressional proceedings commenced by herein Plaintiff Lachkovich.

316.     At pertinent times to this Complaint, Defendant Bush  acted and/or failed to act, under color of law in his individual, professional, and official capacities, as to performance and cost charging, in connection with the exercise and delivery of judicial and/or official items, services, or payments, under associated Government programs, plans, funds, or contracts, in a proper and lawful manner and capacity.

317.     The False Claims Act  (FCA) is the "baby" of the United States Attorney General to investigate and to prosecute with due diligence.

318.     The False Claims Act imputes culpability and liability, whether intentional or not.

319.     Intent to defraud is not an essential element for cause of action under the False

99

Claims Act, although the intent to defraud may exist and does exist.

320.    Defendant Bush knew or should have known, in addition to that as provided under 31 U.S.C. § 3730(b)(2), that FCA actions and Congressional actions were commenced by herein Plaintiff Lachkovich through internal communications, records, or statements of case ledger that the United States was a named party-plaintiff in an FCA action, via E-mail, or otherwise.

321.    As records indicate, servants and agents for and on behalf of the United States failed to make an appearance in a proper and lawful manner and capacity in accordance with the substantive and procedural strictures of the False Claims Act and Congressional actions in connection with the matter of FCA civil actions and Congressional proceedings commenced by herein Plaintiff Lachkovich.

322.    As records indicate, Defendant Bush repeatedly falsified essential entries or repeatedly failed to make essential entries, and/or caused to be made or used repeated falsified essential entries or the repeated failure to make essential entries, on official and/or judicial statements, records, or certificates, those records, statements, or certificates include, without limitation, false and unlawful civil docket records; judicial/official pleadings, papers and writings; orders; mailings; communications, verbal, manual, and electronic; the false and unlawful entries and/or omissions thereon, in connection with administering and transacting the business and practice of law, for and on behalf of the United States Government.

323.    At pertinent times to this Complaint, Defendant Bush falsified, concealed, or covered up by scheme, trick, or device, material facts; made materially false, fictitious, fraudulent, or unlawful statements or representations; made or used and/or caused to be made or

100

used materially and judicially false and unlawful writings, papers and documents containing materially false, fictitious, fraudulent, or unlawful statements, entries or omissions, in connection with the exercise and delivery of, or payment for, or approval for benefits, items, services, or payments, under associated Government programs, plans, funds, or contracts, in connection with the matter of FCA civil actions and Congressional actions commenced by herein Plaintiff Lachkovich .

324.    At pertinent times to this Complaint, the Plaintiff(s) have been falsely claimed recipients of falsely and unlawfully claimed judicial and/or official items, services, or payments by Defendants, and others, for false and unlawful compensation, property, and/or interest.

325.    At pertinent times to this Complaint, the Plaintiff(s) have been subject to false and unlawful performance and cost charging and false claims under false and unlawful herein Defendant Bush certificates.

326.    Defendant Bush would and did originate, approve, use, and submit, and/or caused to be used, approved, and submitted, billing invoices and financial statements, in connection with providing judicial and/or official items, services, and payments under associated government programs, plans, funds, or contracts, for compensation, property, and/or interest.

327.    Defendant Bush would and did originate, use, approve, and submit, and/or caused to be used, approved, and submitted, false and unlawful billing invoices and financial statements and certificates, by the commission of multiple, false and unlawful acts and/or omissions and Federal offenses, including, without limitation:

( a )    originating, using, approving, and submitting, and/or causing to be used,

101

approved, submitted, false and unlawful judicial and/or official records, statements, and certificates to and on behalf of the United States;

( b )    altering, concealing, falsifying judicial and/or official records, statements, and certificates;

( c )    obtaining, using, approving, and submitting judicial and/or official records, statements, and certificates, which contain false and unlawful entries and/or which fail to contain pertinent essential entries, in connection with, among other things, findings of fact and application of law in a proper and lawful manner and capacity;

( d )    engaging in a pattern or practice of false and unlawful exercise of professional and official duties, obligations, responsibilities, and authority;

( e )    engaging in a pattern or practice of violating statutory, regulatory, and contractual requirements, policy, standards of the United States and of professional, official, and ethical conduct;

( f )    engaging in a pattern or practice of fraud and concealment of material facts, records, statements, and certificates;

( g )    obtaining funds, property, and/or interest, falsely and unlawfully, from and/or on behalf of the United States, through the submission of billing, reimbursement, and financial statements and certificates, to and/or on behalf of the United States, which contain false and unlawful entries and omissions as to performance and costs incurred for judicial and/or official items, services, and payments, under associated government programs, plans, funds, and contracts;

( h )    obtaining, using, approving, withholding, and/or depriving compensation,

property, interest, entitlements, rights, privileges, immunities, protections, under false and

unlawful pretenses, representations, and promises, by and through Defendant Bush, his

agents, servants, heirs, successors, assigns, and/or co-conspirators, known and unknown, in the

State and District of Colorado, and elsewhere, under contract or otherwise, under associated

government programs, plans, funds, and contracts;

( i )    by acting individually and as a conspiracy, to conspire, and with others, known

and unknown, in the State and District of Colorado in the District of Columbia, in the Eastern

District of Virginia, and elsewhere, to defraud herein Plaintiffs Lachkovich and the United

States;

( j )    by the transmission of communications, manual and electronic, which contain

false and  unlawful records, statements, certificates, the false and unlawful entries and/or

omissions thereon;

in violation of, among other concerns, Titles 18, 28, and 31, United States Code; in violation of

official and professional standards, requirements, and laws of the United States, the Code of

Professional Conduct, and in violation of other state and federal regulations, standards, policy,

and statutes.

328.    Defendant Bush  engaged in a pattern or practice of false and unlawful

professional and business practice of law enforcement in the State and District of Colorado,

District of Columbia, and elsewhere, for and on behalf of the United States, for false and

unlawful compensation, property, and/or interest, under associated government programs, plans,

funds, or contracts. Such activity and conduct, among  other things, are in direct violation of 18

U.S.C.  § 1001 ( false statements ),18 U.S.C.  § 1018   ( false official certificates and writings ),

18 U.S.C. § 1621 ( perjury ); 18 U.S.C. § 2197 (misuse of federal certificate, license, or document), 18 U.S.C. § 1341 ( mail fraud ), 18 U.S.C. § 1343 ( wire fraud ), 18 U.S.C. § 1956 ( laundering of monetary instruments ), 18 U.S.C. § 1506 (obstruction of justice - theft or alteration of record or process ), 18 U.S.C. § 1505 ( obstruction of justice – proceedings ), 18 U.S.C. § 1031 ( major fraud against the United States ), 28 U.S.C. § 1965 ( racketeer influenced and corrupt organization act – RICO ), the Colorado Consumer Protection Act, the Code of Professional Conduct, among other state and federal statutory and regulatory requirements and laws, civil and criminal.

329.    At pertinent times to this Complaint, Defendant Bush used accounting and resource management systems, manual and electronic, for the purpose of administering and transacting the business and practice of law, for and on behalf of the United States, in connection with providing judicial and/or official items, services, payments, records, billing and financial statements, certificates, and related documents, under Defendant Bush certificates, in the matter of FCA actions and Congressional actions commenced by herein Plaintiff Lachkovich.

330.    As records indicate, the false and unlawful judicial and/or official papers, records, statements, and documents, or lack thereof, by and on behalf of the United States, in connection with FCA civil actions and Congressional proceedings, were and are, among other concerns, incoherent and non-cohesive in law and in fact under the substantive and procedural strictures of the False Claims Act ( FCA ); are groundless, frivolous, and vexatious; are interposed for ulterior purposes, to include, without limitation, to increase the cost of litigation, to perpetrate fraud upon the court, to obstruct justice, to intimidate, to harass, to retaliate against herein Plaintiff Lachkovich and the United States.

331.    Further, as records indicate, among other concerns, Defendant Bush
has egregiously violated the civil and legal rights and sovereign rights of the United States, the
legal and civil rights of herein Plaintiff Lachkovich, as related to matters involving herein
Plaintiff Lachkovich and associated Government programs, plans, funds, and/or contracts,
including, without limitation, the false and unlawful adjudication and appearances in matters
involving the False Claims Act  civil actions and Congressional proceedings.

332.    The False Claims Act is an Act of Congress. It is a law enacted by Congress.
Congress is chosen by "the people" and Congress is for "the people".

333.    Defendant  Bush  failed or caused to fail,  in whole or in part, directly or
indirectly, the exercise of the substantive and procedural requirements of the False Claims Act
enacted by Congress in a proper and lawful manner and capacity.

334.    As records indicate, Defendant Bush  committed and accrued violations of the
False Claims Act, among other concerns, both civil and criminal.

335.    Defendant Bush  is not above the law and not above Congress.  Defendant
Bush failed to serve and to protect the Constitution and laws of the United States he swore he
would do.

336.    As a result, among other concerns, as records indicate, there exists a runaway
departure of the ethical, judicial, legal, and legislative principles and practices of law, further
violations of the False Claims Act have been committed and accrued, the federal judiciary and
the judicial system have been made a mockery, the federal legislature and the legislative system
have been made a mockery, crimes have been committed and accrued,  the United States
has been damaged for years, and Plaintiff Lachkovich has been displaced and "held hostage"

against his will in his person, property, and profession and suffered damages for years.

## The Charge

337.     The Plaintiff realleges paragraphs 1 through 336 above and incorporates them by reference herein.

338.     Defendant Bush  knowingly presented or caused to be presented to an officer or employee of the United States Government, or on behalf of the United States Government, in connection with his acts and/or omissions, directly or indirectly, in whole or in part,  false  or fraudulent claims for  payment or approval, those false and unlawful claims being  in connection with FCA civil actions and Congressional proceedings, commenced by Plaintiff Lachkovich under false and unlawful herein Defendant Bush certificates;  each instance in violation of 31  U.S.C. § 3729(a)(1).

339.     As a result, the United States has been damaged.

## COUNT J-25-4:     False and Unlawful  Records and Statements Under *BUSH* Certificates

340.     The Plaintiff realleges paragraph 1 through 339 above and incorporates them by reference herein.

341.     Defendant Bush knowingly made, used, or caused to be made or used, a false record or statement to get a false  or fraudulent claim paid or approved by the United States Government, or on behalf of the United States Government, those  false and unlawful records or statements being those false and unlawful records and statements by and on behalf of the United

States in connection with FCA civil actions and Congressional actions commenced by herein

Plaintiff Lachkovich, under herein Defendant Bush certificates; each instance in violation of

31 U.S.C. § 3729(a)(2).

342.    As a result, the United States has been damaged.

### COUNT J-25-5:    Conspiracy Involving *BUSH* Certificates

343.    The Plaintiff realleges paragraphs 1 through 342 above and incorporates them by
reference herein.

344.    Beginning on an unknown date prior to and since December 15, 2000, and

continuing until the date of this Complaint, Defendant Bush, acting individually and as a

conspiracy, conspired, and with others, known and unknown, in the State and District of

Colorado, in the District of Columbia, in the Eastern District of Virginia, and elsewhere, to

submit or cause to be submitted to the United States Government, or on behalf of the United

States Government for payment or allowance, false claims under false and unlawful Defendant

Sullivan certificates, those claims being those false claims in connection with FCA civil actions

and Congressional proceedings commenced by Plaintiff Lachkovich; in violation of

31 U.S.C. § 3729(a)(3).

345.    As a result, the United States has been damaged.

### COUNT J-25-6:    Concealment of False and Unlawful Records, Statements and Documents Under *BUSH* Certificates

346.    The Plaintiff realleges paragraphs 1 through 345 above and incorporates them by
reference herein.

107

347.    Defendant Bush  knowingly made, used, or caused to be made or used, a false record or statement to conceal, avoid, or decrease an obligation to pay or transmit money or property to the United States Government, or on behalf of the United States Government,  in connection with his acts and/or omissions, directly or indirectly, in whole or in part, those false and unlawful records and statements being those false and unlawful records and statements by and on behalf of the United States in connection with FCA civil actions and Congressional proceedings commenced by Plaintiff Lachkovich, under false and unlawful Defendant Bush certificates;  each instance  in violation of 31 U.S.C. § 3729(a)(7).

348.    As a result, the United States has been damaged.

### COUNT  J-25-7:    Intimidation, Harassment, Tampering, Retaliation Against  Witness, Victim, or Informant Under *BUSH*  Certificates

349.    The Plaintiff realleges paragraphs 1 through  348  above and incorporates them by reference herein.

350.    Defendant  Bush knowingly and intentionally used intimidation, harassment, threats to injure or to kill, or attempted to injure or to kill herein Plaintiff Lachkovich, and his loved ones, with the intent to prevent the attendance or testimony of such person in an official proceeding, or to prevent the production of a record, document, or other object in an official proceeding, or to prevent the communication by such person to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings;  or engaged in conduct that caused bodily injury to herein Plaintiff Lachkovich, and

damaged his tangible property or threatened or attempted to do so, with the intent to retaliate

against such person for the attendance of a witness or party at an official proceeding, or any

testimony given or any record, document, or other object produced  by a witness in an official

proceeding, or for any information relating to the commission or possible commission of a

Federal offense, to influence, delay, or prevent testimony of such person in an official

proceeding, or to cause or induce such person to withhold testimony or withhold a record,

document, or other object from an official proceeding, to alter, destroy, mutilate, or conceal an

object with the intent to impair the object's integrity or availability for use in an official

proceeding, or to evade legal process, or to be absent from an official proceeding, or to hinder,

delay, or prevent the communication to a law enforcement officer or judge of the United States

of information relating to the commission or possible commission of a Federal offense; or to

prevent and to conceal the furtherance of an action, including  investigation for, initiation of,

testimony for, or assistance in an action filed or to be filed under this section; in violation of 31

U.S.C. §  3730(h), 18 U.S.C. §§ 1512 and 1513.

351.    As a result, the United States has been damaged.

## RELIEF

WHEREFORE, as a result of the willful, wanton, tortuous, egregious, malicious, hostile,

negligent and fraudulent acts and/or omissions, by the Defendants and associated others,

constituting among other concerns, including, without limitations, malicious prosecution, abuse

of process, bad faith, obstruction of justice, obstruction of Congress, perjury, forgery,

defamation, identity theft, identity fraud, bank theft, bank fraud, computer theft, computer fraud,

mail theft, mail fraud, wire theft, wire fraud, judicial misconduct, official misconduct,

aggravated vehicular assault, assault, conspiracy to defraud, conspiracy to commit murder, the

Plaintiff, Thomas E. Lachkovich, acting on behalf of and in the name of the United States,,

hereby demands judgment be entered in favor of the United States and against the Defendants,

and others, as follows:

1. For treble damages incurred by the United States.

2. For civil penalties of ten thousand dollars ( $10,000.00) for each false claim

submitted to or approved by and/or on behalf of the United States, in the form of false and

unlawful judicial, official, transportation, welfare, occupational, veteran, housing, health

care, real estate, property, social security, and law enforcement billing, reimbursement,

financial statements, disability compensation payments, medical payments, judicial payments,

law enforcement, and legislative payments by the Defendants, of individual persons falsely and

unlawfully claimed as recipients of judicial, law enforcement, official, legislative, transportation,

welfare, social security, veteran, housing, real estate, property, and occupational benefits, items

and services, or payments, under false and unlawful under false and unlawful BUSH  certificates;

under false and unlawful SULLIVAN certificates; under false and unlawful CHENEY

certificates;  under false and unlawful LEE certificates; under false and unlawful BUCHANAN

certificates;  under false and unlawful ARMISTEAD certificates; under false and unlawful

CLAUDE certificates; under false and unlawful RAWLES certificates; under false and unlawful

CACHERIS certificates; under false and unlawful DAVIS certificates; under false and unlawful

MACBRIDE certificates; under false and unlawful MOORE certificates; under false and

unlawful SESSIONS certificates; under false and unlawful BATES certificates; under false and

110

unlawful JONES-LORTON certificates;  under false and unlawful TAYLOR-LORTON
certificates;  under false and unlawful CAMPBELL  certificates; under false and unlawful
HOLDER  certificates; under false and unlawful RILEY certificates;  under false and unlawful
PHILLIPS certificates; under false and unlawful EMMET certificates;  under false and unlawful
SALAZAR certificates; under false and unlawful STRICKLAND certificates; under false and
unlawful ASHCROFT certificates; under false and unlawful SUTHERS certificates; under false
and unlawful TAYLOR  certificates; under false and unlawful SHINSEKI  certificates; under
false and unlawful LAVINE certificates; under false and unlawful DICKERSON certificates;
under false and unlawful SEBELIUS certificates; under false and unlawful RITTER certificates;
under false and unlawful JANE  DOE NO. 333.01 certificates;  under false and unlawful
TAYLOR certificates;  under false and unlawful KOLLAR certificates; under false and unlawful
ROBERTS certificates; under false and unlawful RITTER certificates;  under false and unlawful
MACHEN certificates; under false and unlawful  STATE FARM certificates; under false and
unlawful SPEC. PROS.950.9.NOV.09  certificates;  under false and unlawful SPEC.
PROS.555.9.NOV.09  certificates;  under false and unlawful  SPEC.  PROS.950.5.APR.10
certificates; under false and unlawful SPEC.  PROS.555.5.APR.10  certificates; under false and
unlawful SPEC.  PROS.950.14.JUNE.10 certificates; under false and unlawful SPEC.
PROS.555.14.JUNE.10  certificates;

      3.      For civil penalties of ten thousand dollars ($10,000)  for each false record and
statement, in the form of false and unlawful official records and statements, false and unlawful
judicial records and statements, false and unlawful transportation, welfare, social security,
occupational, veteran, housing, real estate, property, health care, and law enforcement records

and statements; and false and unlawful entries and omissions thereon in such records, statements,

and certificates; made or used to get false claims paid or approved, under associated Government

plans, programs, funds, or contracts, under false and unlawful under false and unlawful BUSH

certificates; under false and unlawful SULLIVAN certificates; under false and unlawful

CHENEY certificates; under false and unlawful LEE certificates; under false and unlawful

BUCHANAN certificates; under false and unlawful ARMISTEAD certificates; under false and

unlawful CLAUDE certificates; under false and unlawful RAWLES certificates; under false and

unlawful CACHERIS certificates; under false and unlawful DAVIS certificates; under false and

unlawful MACBRIDE certificates; under false and unlawful MOORE certificates; under false

and unlawful SESSIONS certificates; under false and unlawful BATES certificates; under false

and unlawful JONES-LORTON certificates; under false and unlawful TAYLOR-LORTON

certificates; under false and unlawful CAMPBELL certificates; under false and unlawful

HOLDER certificates; under false and unlawful RILEY certificates; under false and unlawful

PHILLIPS certificates; under false and unlawful EMMET certificates; under false and unlawful

SALAZAR certificates; under false and unlawful STRICKLAND certificates; under false and

unlawful ASHCROFT certificates; under false and unlawful SUTHERS certificates; under false

and unlawful TAYLOR certificates; under false and unlawful SHINSEKI certificates; under

false and unlawful LAVINE certificates; under false and unlawful DICKERSON certificates;

under false and unlawful SEBELIUS certificates; under false and unlawful RITTER certificates;

under false and unlawful JANE DOE NO. 333.01 certificates; under false and unlawful

TAYLOR certificates; under false and unlawful KOLLAR certificates; under false and unlawful

ROBERTS certificates; under false and unlawful RITTER certificates; under false and unlawful

112

MACHEN certificates; under false and unlawful STATE FARM certificates; under false and unlawful SPEC. PROS.950.9.NOV.09 certificates; under false and unlawful SPEC. PROS.555.9.NOV.09 certificates; under false and unlawful SPEC. PROS.950.5.APR.10 certificates; under false and unlawful SPEC. PROS.555.5.APR.10 certificates; under false and unlawful SPEC. PROS.950.14.JUNE.10 certificates; under false and unlawful SPEC.PROS.555.14.JUNE.10 certificates;

4.      For all damages, relief, costs, and expenses of this civil action, including that of all FCA cases claims and all Congressional proceeding case claims, including that of this instant case.

5.      For an equitable and lawful adjustment and revocation of the false and unlawful certificates.

6.      For interest on: the above treble damages, from the date on which the damages were occurred; and on the above civil penalties, from the date on which this instant Complaint is serviced upon the Defendants;

7.      That the Defendants be ordered to exhibit for the permanent record and to submit to Mr. Lachkovich, any and all relevant judicial, official, congressional, transportation, housing, medical, veteran, occupational, welfare, real estate, property, law enforcement records, statements, and certificates, pertaining to the benefits, items, services, and payments rendered under associated Government plans, programs, funds, or contracts.

8.      That Defendants Bush, Sullivan, Cheney, Lee, Buchanan, Armistead, Claude, Rawles, Cacheris, Davis, MacBride, Moore, Sessions, Bennet, Leah, DeGette, Pelosi, Conyers, Holder, Bates, Jones-Lorton, Taylor-Lorton, Emmet, Riley, Salazar, Strickland, Ritter, Roberts,

113

Kollar, Gonzales, Mukasey, Eid, Ashcroft, Walton, Collyer, Reno,  Suthers, Campbell, Babcock,

Christian, Matsch, Weinshienk, Schlatter, Levin, Sweetbaum, Fisher, Kennedy, Lamberth,

Friedman,  Swihart, Harm, Breese, Marcucci,  Armatas, Redmond, Judge 'X',  Shaffer,

Wogaman, Carey, and Jane Doe No. 333.01, Tische, and others, their agents, servants, heirs,

successors, assigns, and co-conspirators, including those associated with the Secret Service and

U. S. Postal Service, be permanently discharged, incarcerated, enjoined and barred from

transacting in business and/or in the  practice of law, in providing official and legal and official

items and services under associated government programs, plans, funds, or contracts.

      9.     That Defendants, their agents, servants, heirs, successors,  assigns, and associated

others, cease and desist, and be permanently enjoined and barred from engaging in the business,

practices, and/or contacts, directly or indirectly, in whole or in part, with Mr. Lachkovich and his

family members.

      10.    That the Court file records be permanently sealed.

      11.    That this Court retain jurisdiction for Defendants to demonstrate full compliance

with order(s) of this Court;

      12.    For such other and further relief as the Court deems proper and just;

      13.    For such other and further relief, as appropriate, requested in all FCA case claims

and in all Congressional proceeding case claims.

      14.    That the Department of Veterans Affairs be ordered permanently to pay and to

exhibit all records for all medical treatment incurred from outside or independent healthcare

providers and practitioners in connection with herein Plaintiff Lachkovich as a result of false and

unlawful, inappropriate healthcare and benefits to Mr. Lachkovich.

114

15.     That all false and unlawful records and statements be purged, including, without limitation,  those false and unlawful records and statements by Department of Veterans Affairs, the Colorado Bureau of Investigation, Denver Police Department, Denver Sheriff Department , Colorado Department of Revenue, Division of Motor Vehicles, and that which may be shown to exist through discovery or investigation.

16.     That this Court order that stringent and accountable measures be implemented by the Judicial, Legislative, and Executive Branches of government to prevent the re-occurrence  of such egregious, willful, wanton acts and/or omissions to obstruct justice beyond the *decorum* of the court and the judicial system, and to wrongfully deny, destroy the civil and legal rights, privileges, immunities, protections and liberties of American citizens secured by the Constitution and laws of the United States.

In addition, the Plaintiff Thomas E. Lachkovich, acting on his own behalf, demands and seeks that an award be made in his favor as follows:

17.     For twenty-five percent ( 25% ) of the proceeds collected by the United States, including savings realized by any certificate adjustment, if the United States intervenes in and conducts this action; or for thirty percent ( 30% ) of such proceeds if the United States does not intervene;

18.     For an amount for reasonable expenses and costs necessarily incurred by Mr. Lachkovich in the prosecution in this action;

19.     For all reasonable expenses and costs incurred by Mr. Lachkovich in relation with these proceedings, plus all reasonable attorney's fees and costs and expenses therewith;

20.     For an amount commensurate and as provided pursuant to 31 U.S.C.  § 3730(h)

115

and to 18 U.S.C. § 1031(g)(1);

21.     For such other and further relief to which Mr. Lachkovich may show himself

justly entitled.

### Jury Demand

Plaintiff hereby demands that this matter be tried before a jury.

Dated this 2nd  day of  June     , 2012.

By:     _____
                    Thomas E. Lachkovich, Plaintiff
                    1225 So. Bellaire Street, No. 103
                    Denver, Colorado 80246-7713
                    Telephone: 720-364-6527
                    Email:  tkov@live.com

### Verification

I, Thomas E. Lachkovich, the undersigned, hereby state that I have read the foregoing
**"Complaint and Jury Demand"**, and that the facts contained therein are true and correct, based
upon my knowledge, information and belief.

STATE    OF    COLORADO )          _____
                                              ) ss.        Thomas E. Lachkovich
COUNTY OF  Denver          )

SUBSCRIBED and sworn to before me in the County of ___Denver___, State of
Colorado, this 2nd day of  June      , 2012, by Thomas E. Lachkovich.

WITNESS my hand and official seal.
My commission expires:              _____

[ S E A L ]                                    Brian Cocos
                                                   _____
BRIAN COCOS                           Notary  Public
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 08/28/2013

116

Case 2:12-cv-03187-SD Document 1 Filed 06/06/12 Page 118 of 250

| No. | Date Commenced | Court Location | Designated Judge/Official | Case No. | Case Caption | Notes Comments |
|-----|----------------|----------------|---------------------------|----------|--------------|----------------|
| 1 | Dec 15, 2000 | Denver, CO | O. Edward Schlatter | 01-SC-0031 | United States of America ex. rel. Thomas E. Lachkovich vs. United Parcel Service, Inc., et al. | 28 U.S.C. §1915 |
| 2 | March 2, 2001 | Denver, CO | Zita Weinshienk, Richard P. Matsch | 01-M-0381 | United States of America ex. rel. Thomas E. Lachkovich vs. United Parcel Service, Inc., et al. | |
| 3 | Dec 17, 2001 | Washington, D.C. | Royce C. Lamberth Henry H. Kennedy, Jr. | 01-CV-2574 | United States of America ex. rel. Thomas E. Lachkovich vs. United Parcel Service, Inc., et al. | |
| 4 | Feb 24, 2004 | Denver, CO | Lewis T. Babcock | 04-B-0330(PAC) | United States of America ex rel. Thomas E. Lachkovich vs. Americana Condominium Association, Inc., et al. | |
| 5 | June 8, 2007 | Washington, D.C. | Rosemary Collyer | 07-CV-1437 | United States of America ex rel. Thomas E. Lachkovich vs. John Ashcroft, et al. | |
| 6 | June 8, 2007 | Washington, D.C. | Diana DeGette [ U.S. House - Congress ] | 07-CV-1437 | United States of America ex rel. Thomas E. Lachkovich vs. John Ashcroft, et al. | 28 U.S.C. §1915 |
| 7 | Sept 17, 2007 | Washington, D.C. | Reggie B. Walton Royce C. Lamberth | 07-CV-1645(RCL) | United States of America ex rel. Thomas E. Lachkovich vs. John Ashcroft, et al. | |
| 8 | Sept 17, 2007 | Washington, D.C. | Nancy Pelosi John Conyers, Jr. [ U.S. House - Congress ] | 07-CV-1645(RCL) | United States of America ex rel. Thomas E. Lachkovich vs. John Ashcroft, et al. | |
| 9 | Jan 11, 2008 | Denver, CO | Wiley Y. Daniel Boyd N. Boland Philip A. Brimmer | 08-CV-00086(WYD-BNB) | United States of America ex rel. Thomas E. Lachkovich vs. John Ashcroft, et al. | |
| 10 | Jan 11, 2008 | Washington, D.C. | Patrick Leahy Richard (Dick) Cheney [ U.S. Senate - Congress ] | 08-CV-00066(WYD-BNB) | United States of America ex rel. Thomas E. Lachkovich vs. John Ashcroft, et al. | |
| 11 | Aug 15, 2008 | Washington, D.C. | Paul L. Friedman | 08-cv-1425(PLF) | United States of America ex rel. Thomas E. Lachkovich vs. Richard (Dick) Cheney, et al. | |
| 12 | Nov 7, 2008 | Washington, D.C. | Richard W. Roberts | 08-cv-1929(RWR) | United States of America ex rel. Thomas E. Lachkovich vs. Richard (Dick) Cheney, et al. | |
| 13 | Feb 17, 2009 | Washington, D.C. | unknown John Doe No. 333.17FEB09 | unknown 09FEB17 | United States of America ex rel. Thomas E. Lachkovich vs. Richard W. Roberts, et al | 28 U.S.C. §1915 |



Blumberg No. 5119

EXHIBIT
PH. 01

| Updated: 1 May 2012 | | FCA Civil Action Case Log - Summary Judicial and Congressional Proceedings | | | Page 2 of 2 |
|---|---|---|---|---|---|
| **No.** | **Date Commenced** | **Court Location** | **Designated Judge/Official** | **Case No.** | **Case Caption** | **Notes Comments** |

| No. | Date Commenced | Court Location | Designated Judge/Official | Case No. | Case Caption | Notes Comments |
|---|---|---|---|---|---|---|
| 14 | June 15, 2009 | Washington, D.C. | Emmett G. Sullivan | 09-cv-01090(EGS) | United States of America ex rel. Thomas E. Lachkovich vs. Mark Sullivan, et al | |
| 15 | Sept 21, 2009 | Washington, D.C. | Richard W. Roberts | 09-cv-01780 | United States of America ex rel. Thomas E. Lachkovich vs. George W. Bush, et al | |
| 16 | Sept 21, 2009 | Washington, D.C. | Michael F. Bennet [ U.S. Senate – Congress ] | 09-cv-01780 | United States of America ex rel. Thomas E. Lachkovich vs. George W. Bush, et al | |
| 17 | Nov 9, 2009 | Washington, D.C. | Colleen Kollar-Kotelly | 09-cv-02103 | United States of America ex rel. Thomas E. Lachkovich vs. George W. Bush, et al | |
| ?? | Feb 8, 2010 | Washington, D.C. | SNOWSTORM; courthouse closed; attempted to file FCA civil action | | | |
| 18 | April 5, 2010 | Washington, D.C. | Colleen Kollar-Kotelly John D. Bates | 10-cv-00548 | United States of America ex rel. Thomas E. Lachkovich vs. George W. Bush, et al | FCA Restraining Order; 13 Aug 2010 by Judge Bates |
| 19 | June 14, 2010 | Washington, D.C. | Richard W. Roberts John D. Bates | 10-cv-00990 | United States of America ex rel. Thomas E. Lachkovich vs. George W. Bush, et al | Larry Taylor Mark Jones Lorton Reformatory Occoquan Facilities Lorton, VA 22199 |
| 20 | Oct 29, 2010 | Alexandria, VA | James C. Cacheris Ivan D. Davis | 10-cv-01226 | United States of America ex rel. Thomas E. Lachkovich vs. George W. Bush, et al | |
| 21 | Oct 29, 2010 | Washington, D.C. | Jeff Sessions [ U.S. Senate – Congress ] | 10-cv-01226 | United States of America ex rel. Thomas E. Lachkovich vs. George W. Bush, et al | |
| 22 | April 12, 2011 | Alexandria, VA | Claude M. Hilton T. Rawles Jones, Jr. | 11-cv-385(CMH/TRJ) | United States of America ex rel. Thomas E. Lachkovich vs. George W. Bush, et al. | |
| 23 | July 14, 2011 | Alexandria, VA | Gerald Bruce Lee T. Rawles Jones, Jr. | 11-cv-741(GBL/TRJ) | United States of America ex rel. Thomas E. Lachkovich vs. George W. Bush, et al. | FCA Restraining Order; 14 Sept 2011 by Judge Lee |
| 24 | Feb 6, 2012 | Newport News, VA | Gerald Bruce Lee T. Rawles Jones, Jr. Theresa C. Buchanan Kay V. Armistead | 11-cv-741(GBL/TCB) | United States of America ex rel. Thomas E. Lachkovich vs. George W. Bush, et al. | FCA Restraining Order; 14 Sept 2011 by Judge Lee; Clerk @ Newport News, VA, U.S. Courthouse denied filing of new FCA civil action; |

Blumberg No. 5119

EXHIBIT
PH. 02

S 44  (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| **I. (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>THOMAS E. LACHKOVICH | GEORGE W. BUSH, RICHARD CHENEY a/k/a DICK CHENEY,<br>BENJAMIN NIGHTHORSE CAMPBELL, THOMAS L. STRICKLAND<br>JOHN SUTHERS, AUGUST WILLIAM RITTER, JR., ET AL. |
| **(b)** County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   MCLENNAN CO., TEXAS<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>THOMAS E. LACHKOVICH<br>1225 SO. BELLAIRE STREET, NO. 103<br>DENVER, COLORADO 80246;  720-364-6527 | Attorneys *(If Known)*<br>UNITED STATES ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, D.C. 20530; 202-514-2001 |

## II. BASIS OF JURISDICTION  *(Place an "X" in One Box Only)*

☒ 1  U.S. Government<br>Plaintiff

☐ 3  Federal Question<br>*(U.S. Government Not a Party)*

☐ 2  U.S. Government<br>Defendant

☐ 4  Diversity<br>*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*  and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>& Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>Student Loans<br>(Excl. Veterans)<br>☐ 153 Recovery of Overpayment<br>of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>Liability<br>☐ 320 Assault, Libel &<br>Slander<br>☐ 330 Federal Employers'<br>Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>Product Liability<br>☐ 360 Other Personal<br>Injury<br>☐ 362 Personal Injury -<br>Med. Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>Product Liability<br>☐ 367 Health Care/<br>Pharmaceutical<br>Personal Injury<br>Product Liability<br>☐ 368 Asbestos Personal<br>Injury Product<br>Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>Property Damage<br>☐ 385 Property Damage<br>Product Liability | ☐ 625 Drug Related Seizure<br>of Property 21 USC 881<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards<br>Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc.<br>Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>Exchange<br>☒ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>Act<br>☐ 896 Arbitration |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>Accommodations<br>☐ 445 Amer. w/Disabilities -<br>Employment<br>☐ 446 Amer. w/Disabilities -<br>Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate<br>Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>Conditions of<br>Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus -<br>Alien Detainee<br>(Prisoner Petition)<br>☐ 465 Other Immigration<br>Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>or Defendant)<br>☐ 871 IRS—Third Party<br>26 USC 7609 | ☐ 899 Administrative Procedure<br>Act/Review or Appeal of<br>Agency Decision<br>☐ 950 Constitutionality of<br>State Statutes |

## V. ORIGIN  *(Place an "X" in One Box Only)*

☒ 1 Original<br>Proceeding

☐ 2 Removed from<br>State Court

☐ 3 Remanded from<br>Appellate Court

☐ 4 Reinstated or<br>Reopened

☐ 5 Transferred from<br>another district<br>*(specify)*

☐ 6 Multidistrict<br>Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:<br>31 U.S.C. 3729-3733

Brief description of cause:<br>FALSE CLAIMS ACT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION<br>UNDER F.R.C.P. 23

DEMAND $<br>70,000,000,000.00

CHECK YES only if demanded in complaint:<br>JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   6 Feb 2012

SIGNATURE OF ~~ATTORNEY OF RECORD~~  PLAINTIFF<br>*Thomas E. Lachkovich*

EXHIBIT<br>PH. 03

**FOR OFFICE USE ONLY**

RECEIPT #   _____   AMOUNT   _____   APPLYING IFP   _____   JUDGE   _____   MAG. JUDGE   _____

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* THOMAS E. LACHKOVICH, <br><br> Plaintiff(s), <br><br> V. <br><br> GEORGE W. BUSH, ET AL., <br><br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. _____ <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT AND JURY DEMAND

Pursuant to the requirements of the False Claims Act, 31 U.S.C. § 3730(b)(2) and

LCvR 5(B), the above-captioned civil action is filed 'Under Seal' with the court.

Dated this _6th_ day of _February_____, 2012.

By: _____

Thomas E. Lachkovich, Plaintiff
1225 So. Bellaire Street, No. 103
Denver, Colorado 80246-7713
Telephone: 720-364-6527
E-mail: tkov@live.com

EXHIBIT
PH. 04

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. THOMAS E. LACHKOVICH, <br><br> United States Attorney General <br> United States Department of Justice <br> 10th and Constitution Avenue, N.W. , Rm. 5111 <br> Washington, D.C.  20530 <br> (202) 514-2001 <br><br> and <br><br> Thomas E. Lachkovich <br> 1225 So. Bellaire Street, No. 103 <br> Denver, Colorado 80246 <br> (720) 364-6527 <br><br> Plaintiff(s), <br><br> V. <br><br> GEORGE W. BUSH <br> Route 317, North Lone Star Parkway <br> Crawford, Texas   76638 <br> (254) 555-1212 <br><br> and <br><br> MARK SULLIVAN <br> 245 Murray Drive, Bldg. 410 <br> Washington, D.C. 20223 <br> (202) 406-8000 <br><br> and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Under Seal** <br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____ <br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

EXHIBIT
PH. 05

1

RICHARD  CHENEY a/k/a  DICK CHENEY )
1600 Pennsylvania Avenue, N.W. )
Washington, D.C. 20500 )
(202) 456-1414 )
 )
 and )
 )
GERALD  BRUCE  LEE )
401 Courthouse Square )
Alexandria, Virginia  22314 )
(703) 299-2117 )
 )
 and )
 )
T. RAWLES JONES, JR. )
401 Courthouse Square )
Alexandria, Virginia  22314 )
(703) 299-2122 )
 )
 and )
 )
CLAUDE  M.  HILTON )
401 Courthouse Square )
Alexandria, Virginia  22314 )
(703) 299-2112 )
 )
 and )
 )
JAMES  C.  CACHERIS )
401 Courthouse Square )
Alexandria, Virginia  22314 )
(703) 299-2110 )
 )
 and )
 )
IVAN  D.  DAVIS )
401 Courthouse Square )
Alexandria, Virginia  22314 )
(703) 299-2119 )
 )
 and )

2

EXHIBIT
PH.06



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**
**CLERK'S OFFICE**

UNITED STATES COURTHOUSE

2400 WEST AVENUE, ROOM 100
NEWPORT NEWS, VA 23607

http://www.vaed.uscourts.gov

TEL: (757) 247-0784
FAX: (757) 928 0137

Kay V. Armistead

EXHIBIT
PH. 07

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK
United States Courthouse
2400 West Avenue
Newport News, VA   23607

FERNANDO GALINDO
CLERK OF COURT

| Telephone: | Area Code 757 |
|---|---|
| Administrative | 222-7204 |
| Jury-Financial | 222-7200 |
| Criminal | 222-7202 |
| Civil | 222-7201 |

The Docketing Statement and Transcript Order forms are provided by the Fourth Circuit Court of Appeals located at 1100 East Main Street, Suite 501, Richmond, Virginia. If you have any questions regarding these forms, please contact their office in person, by telephone at (804) 916-2700 during normal business hours, or you may visit their website at http://www.ca4.uscourts.gov/

Direct links to the Fourth Circuit Court of Appeals forms:
Docketing Statement
Transcript Order Form

Below are the names and telephone numbers of the Official Court Reporters for the District Judges of this Court. To order a transcript during normal business hours contact the court reporter for the Judge who heard the case.

HONORABLE REBECCA BEACH SMITH
Gloria Smith (757) 222-7074

HONORABLE RAYMOND A. JACKSON
Sharon Borden (757) 222-7072

HONORABLE JEROME B. FRIEDMAN
Sue Ash (757) 222-7073

HONORABLE MARK S. DAVIS
Paul McManus (757) 222-7077

HONORABLE ROBERT G. DOUMAR
Heidi Jeffreys (757) 222-7075

HONORABLE HENRY COKE MORGAN
Jody Stewart (757) 222-7071

EXHIBIT
PH. 08
Blumberg No. 5119

---

Divisional Offices   •   Alexandria   •   Newport News   •   Norfolk   •   Richmond   •

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

*Rec'd. 2011
30 Sept TEL*

f America, *ex rel.*            )
hkovich, *et al.*,             )
                               )
        Plaintiffs,            )
                               )
                               )        CASE NO. 1:11-cv-741
                               )
                               )
sh, *et al.*,                  )
                               )
        Defendants.            )

## MEMORANDUM OPINION AND ORDER

MATTER is before the Court following Plaintiff Thomas E. Lachkovich's Show

pursuant to the Court's July 26, 2011 Order requiring Plaintiff to show cause as to

laint should not be dismissed as frivolous and why Plaintiff should not be enjoine

lings in this Court ("Show Cause Order") (Dkt. No. 5) and on Defendants' Motion

t. No. 7) and Motion for Injunction (Dkt. No. 12).   The Court grants Defendants'

issing Plaintiff's Complaint and enjoining Plaintiff from further filings in this

rth below because Plaintiff failed to appear for the Show Cause hearing, Plaintiff

rivolous, and Plaintiff has repeatedly filed frivolous Complaints in this Court.

l Rule of Civil Procedure 11(b)(2) ("Rule 11") provides for sanctions against a

frivolous lawsuits lacking cognizable legal contentions.   One of the aims of Rule

s to "deter repetition of the conduct or comparable conduct by others similarly

l. R. Civ. P. 11(c)(2).   A federal judge may take action against a litigant who

es on the ability of the Court to carry out its Article III functions.   28 U.S.C. §

).   *See Pavilonis v. King*, 626 F.2d 1075 (1st Cir. 1980); *In re Greene*, 682 F.2d



EXHIBIT
PH. 09

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

United States of America, *ex rel.*          )
Thomas E. Lachkovich, *et al.*,             )
                                             )
        Plaintiffs,          )
                                             )
                                             )     CASE NO. 1:11-cv-741
v.                                           )
                                             )
George W. Bush, *et al.*,                    )
                                             )
        Defendants.         )

## MEMORANDUM OPINION AND ORDER

THIS MATTER is before the Court following Plaintiff Thomas E. Lachkovich's Show

Cause hearing pursuant to the Court's July 26, 2011 Order requiring Plaintiff to show cause as to

why the Complaint should not be dismissed as frivolous and why Plaintiff should not be enjoined

from further filings in this Court ("Show Cause Order") (Dkt. No. 5) and on Defendants' Motion

to Dismiss (Dkt. No. 7) and Motion for Injunction (Dkt. No. 12).   The Court grants Defendants'

Motions, dismissing Plaintiff's Complaint and enjoining Plaintiff from further filings in this

Court as set forth below because Plaintiff failed to appear for the Show Cause hearing, Plaintiff's

Complaint is frivolous, and Plaintiff has repeatedly filed frivolous Complaints in this Court.

Federal Rule of Civil Procedure 11(b)(2) ("Rule 11") provides for sanctions against a

party that files frivolous lawsuits lacking cognizable legal contentions.   One of the aims of Rule

11 sanctions is to "deter repetition of the conduct or comparable conduct by others similarly

situated." Fed. R. Civ. P. 11(c)(2).   A federal judge may take action against a litigant who

unduly imposes on the ability of the Court to carry out its Article III functions. 28 U.S.C. §

1651(a) (2006). *See Pavilonis v. King*, 626 F.2d 1075 (1st Cir. 1980); *In re Greene*, 682 F.2d



EXHIBIT
PH. 10

443 (3d Cir. 1982); *see also Autry v. Woods*, No. 96-6112, 1996 WL 276315, at *1 (4th Cir. May 24, 1996).

Plaintiff has filed numerous complaints and frivolous filings in this Court, which have been dismissed as frivolous and have unnecessarily taxed Defendants' resources. When a complaint is dismissed, he will simply file a new complaint under a different case number before a different judge and, many times adding to the list of Defendants the judge that previously dismissed the suit. In addition, Plaintiff failed to comply with the Show Cau that directed him to appear to show cause why his Complaint should be dismissed and he be enjoined from future filings. Plaintiff's multiple Rule 11 violations, as just described, force this Court to enjoin Plaintiff from filing future matters in this Court to the extent that such filings would be inconsistent with this Order. Accordingly, it is hereby

ORDERED that Plaintiff Thomas E. Lachkovich's Complaint is DISMISSED with prejudice. It is further

ORDERED that Plaintiff Thomas E. Lachkovich be, and the same hereby is, ENJOINED from filing any new civil action in the Eastern District of Virginia and from filing any new motions, papers, or requests for relief in any civil actions currently pending in the Eastern District of Virginia without first seeking and obtaining leave to file in compliance with this Order. It is further

ORDERED that the Clerk shall not accept for filing any civil actions, including motions to proceed *in forma pauperis*, in the Eastern District of Virginia or any new motions, papers, or requests for relief in any civil actions currently pending in the Eastern District of Virginia, and if Plaintiff Thomas E. Lachkovich seeks to file any new civil actions, including motions to proceed *in forma pauperis*, in the Eastern District of Virginia or any new motions, papers, or requests for

EXHIBIT

PH. 11

relief in any civil actions currently pending in the Eastern District of Virginia, he shall

accompany the complaint, motion, paper, or request for relief he wishes to file with a "Mot

for Leave to File Pursuant to Court Order," which shall then be forwarded to the judge assig

to the case for a determination as to whether leave to file shall be granted.  It is further



ORDERED that any "Motion for Leave to File Pursuant to Court Order" shall be

accompanied by four attachments: (1) a copy of this Order; (2) a statement that the claims or

relief sought are not frivolous and are made in good faith; (3) a statement setting forth a valid

basis for the claims or relief sought; and (4) a statement that the claims or relief sought either

have or have not been raised before in other litigation, and if they have previously been raised,

the name of the case, the court in which it was filed, the case number, and the disposition of the

claims.  It is further

ORDERED that any "Motion for Leave to File Pursuant to Court Order" shall be referred

to a magistrate judge of this Court to determine and issue a report and recommendation as to

whether the complaint demonstrates a prima facie cause of action for relief under Federal Rule of

Civil Procedure 12(b)(6).  The report shall be provided to the District Judge for consideration

and issuance of an order either allowing or denying the filing.  It is further

ORDERED that failure to comply with this Order may be sufficient grounds for the Court

to deny any "Motion for Leave to File Pursuant to Court Order" filed by Plaintiff.

If Plaintiff, pro se, wishes to appeal this ruling, he must file, within thirty (30) days of the

date of this order, a Notice of Appeal with the Clerk of Court.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this /4th day of September, 2011.

Alexandria, Virginia
9/14/2011

EXHIBIT
PH. 12

_____ /s/ _____
Gerald Bruce Lee
United States District Judge

# UNITED STATES COURT OF APPEALS
## JUDICIAL COUNCIL OF THE FOURTH CIRCUIT

| | |
|---|---|
| THOMAS E. LACHKOVICH,<br><br>*Complainant,*<br><br>v.<br><br>GERALD BRUCE LEE; THERESA C. BUCHANAN; T. RAWLES JONES, JR.; CLAUDE M. HILTON; JAMES C. CACHERIS; IVAN D. DAVIS; KAY V. ARMISTEAD; FERNANDO GALINDO, et al.<br><br>*Respondents.* | <u>Under Seal</u><br><br>No. _____<br><br>**U. S .P. S. MAIL CERTIFICATION NO. 7002 0460 0002 8130 8517 WITH RETURN RECEIPT REQUESTED** |

## <u>COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY</u>

Pursuant to the Judicial Conduct and Disability Act of 1980, 28 U.S.C. §§ 351-364, and the Rules for Judicial-Conduct and Judicial-Disability Proceedings, 248 F.R.D. 674 (2008), Complainant, Thomas E. Lachkovich, complains against Respondents, Gerald Bruce Lee, Theresa C. Buchanan, T. Rawles Jones, Jr., Claude M. Hilton, James C. Cacheris, Ivan D. Davis, Kay V. Armistead, Fernando Galindo, and against associated others:

### Jurisdiction and Venue

1.      Jurisdiction and venue is properly laid in this Court pursuant to 28 U.S.C. § 351 in that substantial acts and/or omissions of the Respondents, among others, were committed, commuted, subrogated, and/or consummated and have further accrued in the Eastern District of Virginia, at Alexandria and at Newport News, Virginia.

2.      Jurisdiction and venue is properly situated in this Court in that parties involved, were falsely, unlawfully, and/or collusively made or enjoined by assignment or otherwise in official and judicial proceedings, including, without limitation, the federal civil actions under *Qui Tam* provisions of the False Claims Act (FCA) commenced or to be commenced by herein Complainant Lachkovich listed on the attached FCA Civil Action Case Log – Summary, and incorporated by reference as Exh. Nos. CA4 – 1 and CA4 – 2 attached hereto.



EXHIBIT
PH. 13

1



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

RICHMOND VA 23219

| | | |
|---|---|---|
| Postage | $ | $1.35 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $16.65 |

05/02/2012

Sent To  *Clerk, U.S. Court of Appeals*
Street, Apt. No. or PO Box No. *1100 E. Main Street, #501*
City, State, ZIP+4 *Richmond, VA 23219-3517*

PS Form 3800, January 2001          See Reverse for Instructions

7002 0460 0002 8130 8517

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Clerk, U.S. Court of Appeals*
*Judicial Council of Fourth Circuit*
*1100 East Main St., Suite 501*
*Richmond, VA*
*23219-3517*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Clerk Cousins    ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Clerk Cousins

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

MAY 07 2012

23219

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
*(Transfer from service label)*    7002 0460 0002 8130 8517

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



EXHIBIT
PH. 14

Blumberg No. 5119

English    Customer Service    USPS Mobile    Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

## Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70020460000281308517 | Priority Mail® | Delivered | May 07, 2012, 8 56 am | RICHMOND, VA 23219 | Expected Delivery By: May 4, 2012 Certified Mail™ Return Receipt |
| | | Notice Left (No Authorized Recipient Available) | May 07, 2012, 8 50 am | RICHMOND  VA 23218 | |
| | | Arrival at Unit | May 07, 2012, 8 25 am | RICHMOND, VA 23219 | |
| | | Dispatched to Sort Facility | May 02, 2012, 8 04 pm | DENVER, CO 80246 | |
| | | Acceptance | May 02, 2012, 12 27 pm | DENVER, CO 80246 | |

## Check on Another Item

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

EXHIBIT
PH. 15

# THOMAS E. LACHKOVICH

E-mail: tkov@live.com

1225 So. Bellaire Street, No. 103
Denver, Colorado 80246
720-364-6527

## LEGAL AND CONFIDENTIAL

**U.S.P.S. MAIL CERTIFICATION
7002 0460 0002 8130 8524 WITH
RETURN RECEIPT REQUESTED**

**May 1, 2012**

**ADMINISTRATIVE OFFICE OF THE U.S. COURTS
One Columbus Circle, N.E.
Washington, D.C. 20544**

**ATTN:**    **Office of General Counsel**

**SUBJECT:**    **Complaint of Judicial Misconduct
or Disability**

**REFERENCES: A.**    **KAY V. ARMISTEAD, Deputy Clerk**
     **B.**    **FERNANDO GALINDO, Clerk of
     Court**

**Transmitted herewith is copy of "Complaint of Judicial Misconduct or Disability" filed by the undersigned with the U.S. Court of Appeals, Judicial Council of the Fourth Circuit, in Richmond, Virginia. Among other concerns, it is the undersigned's position that, as a matter of law and operation of law, that Respondents Kay V. Armistead and Fernando Galindo are and should be subject to jurisdiction of the Judicial Council of the Fourth Circuit for investigation and prosecution, and as appropriate. For, their actions or inactions are material and relevant to the matter.**

Sincerely,

*Thomas E. Lachkovich*

**Thomas E. Lachkovich**

EXHIBIT
PH. 16
Blumberg No. 5119

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

WASHINGTON DC 20544

| | | | |
|---|---|---|---|
| Postage | $ | $2.70 | 0030 |
| Certified Fee | | $2.95 | |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.00 | 05/02/2012 |

Sent To *Office of General Counsel*
*Administrative Office of the U.S. Courts*
Street, Apt. No.; or PO Box No. *One Columbus Circle, N.E.*
City, State, ZIP+4 *Washington, D.C. 20544*

PS Form 3800, January 2001          See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Office of General Counsel*
*Administrative Office of the U.S. Courts*
*One Columbus Circle, N.E,*
*Washington, D.C. 20544*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *OGC*          ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

EXHIBIT
PH. 17



English          Customer Service          USPS Mobile                                                    Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

## Track & Confirm

GET EMAIL UPDATES          PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70020460000281308524 | First-Class Mail® | Delivered | May 07, 2012, 7:19 am | WASHINGTON, DC 20544 | **Expected Delivery By:** May 5, 2012 Certified Mail™ Return Receipt |
| | | Notice Left (No Authorized Recipient Available) | May 06, 2012, 1:36 pm | WASHINGTON, DC 20544 | |
| | | Arrival at Unit | May 06, 2012, 1:18 pm | WASHINGTON, DC 20018 | |
| | | Dispatched to Sort Facility | May 02, 2012, 6:04 pm | DENVER, CO 80246 | |
| | | Acceptance | May 02, 2012, 12:21 pm | DENVER, CO 80246 | |

### Check on Another Item

What's your label (or receipt) number?

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS. All Rights Reserved

EXHIBIT
PH. 1B

UNITED STATES POSTAL SERVICE

‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Rec'd:
9 May 2012
TRD

T. LACHKOVICH
1225 So. BELLAIRE ST., #103
DENVER, CO 80246-7713

---

UNITED STATES POSTAL SERVICE

‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Rec'd:
9 May 2012
TRD

T. LACHKOVICH
1225 So. BELLAIRE ST., #103
DENVER, CO 80246-7713



Blumberg No. 5119

EXHIBIT

PH. 19

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

May 9, 2012

*Rec'd,
11 May 2012 ±
3:50 pm
TEL*

**CONFIDENTIAL**
Mr. Thomas E. Lachkovich
1225 So. Bellaire Street, No. 103
Denver, CO  80246-7713

**Nos. 04-12-90078 through 04-12-90083, In the Matter of Judicial Complaints Under
28 U.S.C. § 351**

Dear Mr. Lachkovich:

I acknowledge receipt of your judicial complaint against Judges Lee, Cacheris, Hilton, Jones, Buchanan, and Davis

The complaint is assigned the following numbers:

04-12-90078   Filed against Honorable Gerald Bruce Lee
04-12-90079   Filed against Honorable James C. Cacheris
04-12-90080   Filed against Honorable Claude M. Hilton
04-12-90081   Filed against Honorable Thomas Rawles Jones, Jr.
04-12-90082   Filed against Honorable Theresa C. Buchanan
04-12-90083   Filed against Honorable Ivan D. Davis

They will be forwarded to the appropriate judge for action.

Your complaints against Fernando Galindo and Kay V. Armistead cannot proceed. Pursuant to Rule 4 of the *Rules for Judicial-Conduct and Judicial-Disability Proceedings,* "[a] complaint under these rules may concern the actions or capacity only of judges of United States courts of appeals, judges of United States district courts, judges of United States bankruptcy courts, United States magistrate judges, and judges of the courts specified in 28 U.S.C. § 363." The complaint process does not apply to clerks of court or other court personnel.

Sincerely,

Patricia S Connor /pmv

Patricia S. Connor

EXHIBIT
PH. 20

PSC:swv

CLERK'S OFFICE
**U.S. COURT OF APPEALS**
FOR THE FOURTH CIRCUIT
**RICHMOND, VIRGINIA 23219**
OFFICIAL BUSINESS

FIRST CLASS



UNITED STATES POSTAGE

PITNEY BOWES

02 1R
0006555065          **$ 00.45⁰**
                     MAY 09 2012
MAILED FROM ZIP CODE 23219

CONFIDENTIAL
Mr. Thomas E. Lachkovich
1225 So. Bellaire Street, No. 103
Denver, CO  80246-7713

Rec'd;2012
11 May +
3; 50 pm
TEL

Blumberg No. 5119

EXHIBIT
PH. 2)

80246771328

Court Name: United States District Court
Division: 1
Receipt Number: 14683022895
Cashier ID: sbrown
Transaction Date: 07/14/2011
Payer Name: THOMAS E LACHKOVICH

CIVIL FILING FEE
  For: THOMAS E LACHKOVICH
  Amount:          $350.00

CASH
  Amt Tendered: $350.00

Total Due:       $350.00
Total Tendered: $350.00
Change Amt:       $0.00

FILING FEE
111CV741

EXHIBIT

PH. 22

# CIVIL COVER SHEET

RECEIVED

JS-44
(Rev. 2/11 DC)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA, ex rel.
THOMAS E. LACHKOVICH

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

88888

2011 JUL 11    A

CLERK U.S. DISTRICT
COURT, DISTRICT OF COLUMBIA

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

THOMAS E. LACHKOVICH
1101 WEST SEVENTH AVENUE
DENVER, COLORADO 80204
(720) 364-6527

## DEFENDANTS

GEORGE  W.  BUSH, MARK SULLIVAN, RICHARD
(DICK) CHENEY, JAMES  C. CACHERIS, ET AL.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)          88888

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

ATTORNEYS (IF KNOWN)

U. S. ATTORNEY GENERAL
U. S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, N. W.
WASHINGTON, D.C. 20530

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ⊙ 1 U.S. Government Plaintiff
- ◯ 2 U.S. Government Defendant
- ◯ 3 Federal Question (U.S. Government Not a Party)
- ◯ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ◯ 1 | ◯ 1 | Incorporated or Principal Place of Business in This State | ◯ 4 | ◯ 4 |
| Citizen of Another State | ◯ 2 | ◯ 2 | Incorporated and Principal Place of Business in Another State | ◯ 5 | ◯ 5 |
| Citizen or Subject of a Foreign Country | ◯ 3 | ◯ 3 | Foreign Nation | ◯ 6 | ◯ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ◯ A. Antitrust | ◯ B. Personal Injury/ Malpractice | ◯ C. Administrative Agency Review | ◯ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ◯ E.  General Civil (Other) | **OR** | ⊙ F.  Pro Se General Civil |
|---|---|---|

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC

☐ 462 Naturalization Application
☐ 465 Other Immigration Actions
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

EXHIBIT
PH.23

Plumbob No. 5119

| **○ G. Habeas Corpus/ 2255** | **○ H. Employment Discrimination** | **○ I. FOIA/PRIVACY ACT** | **○ J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus - Alien Detainee | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| **○ K. Labor/ERISA (non-employment)** | **○ L. Other Civil Rights (non-employment)** | **○ M. Contract** | **○ N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

FALSE CLAIMS ACT, 31 U.S.C. 3729-3733

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ ⸢65,000,000,000.00+⸣ Check YES only if demanded in complaint   JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE _14 July 2011_   SIGNATURE OF ~~ATTORNEY OF~~ RECORD *PLAINTIFF*   _Glenn E. Lackhmis_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

EXHIBIT
PH. 24
Bamberg No. 0118

FILED

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

2011 JUL 14  A 11: 37

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **THOMAS E. LACHKOVICH,**<br><br>    **Plaintiff(s),**<br><br>**V.**<br><br>**GEORGE W. BUSH, ET AL.,**<br><br>    **Defendant(s).** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:11CV741
(GBL|TRJ)

## COMPLAINT AND JURY DEMAND

Pursuant to the requirements of the False Claims Act, 31 U.S.C. § 3730(b)(2) and

LCvR 5(B), the above-captioned civil action is filed 'Under Seal' with the court.

Dated this _14th_ day of _July_____, 2011.

By: _____
Thomas E. Lachkovich, Plaintiff
1101 West Seventh Avenue
Denver, Colorado 80204
Telephone: 720-364-6527
E-mail: tkov@live.com

EXHIBIT
PH.25
Blumberg No. 5119

DEBRA J. REYNOLDS-POOLE

OFFICE MANAGER

## 202-638-0606

**AMMERMAN & GOLDBERG**
1115 MASSACHUSETTS AVE. NW
WASHINGTON, DC 20005

FAX: 202-638-3332
WWW.AMMERMANGOLDBERG.COM





EXHIBIT

PH. 26

**THOMAS E. LACHKOVICH**
1101 WEST SEVENTH AVENUE
DENVER, COLORADO 80204
TELEPHONE: 720-364-6527
E-mail: tkov@live.com

LEGAL AND CONFIDENTIAL

*U.S.S.I.*
*1115 Mass. Ave., N.W.*
*Washington, D.C. 20005*

Service of process (SOP) is to be effectuated the <u>same day</u> upon the
U.S. Attorney General and upon the U.S. Attorney for the Eastern
District of Virginia. The enclosed black bound portfolio of documents
for each S.O.P. is herein described:

**UNITED STATES ATTORNEY GENERAL**
**UNITED STATES DEPARTMENT OF JUSTICE**
**950 Pennsylvania Ave., N.W.**
**Washington, D.C.  20530**

**UNITED STATES ATTORNEY**
**EASTERN DISTRICT OF VIRGINIA**
**2100 Jamieson Avenue**
**Alexandria, Virginia 22314**

1.) Letter, dated July 14, 2011, from T. Lachkovich to U.S. Attorney General; [1p]
2.) Civil Cover Sheet ( JS-44 Form ), dated July 14, 2011 [ 2pp ]
3.) Complaint; (53pp )with attached Exh. Nos. JY-1 thru JY-23
4.) Summons [ original plus two copies for each U.S. Atty. Gen. and U.S. Atty. ]
5.) Plaintiff's Disclosure Memorandum [ 21 pp ]

*w/ Clerk*
*"FILED"*
*date-stamp*
*-as before*

When available, forward the original Affidavit of Service documents to
me and any questions or concerns as referenced herein.

Dated this *4th* day of *July*, 2011.

By: _____
Thomas E. Lachkovich, Plaintiff

EXHIBIT
PH. 27

LEGAL SUPPORT SERVICE, INC.
P.O. BOX 76974
WASHINGTON DC 20013-6974

★ ★ ★      UNITED STATES POSTAGE
173            PB6577061
0940 ＄00.44⁰  JUL  15  11
7883    WASHINGTON DC        20005

Rec'd.
19 July 2011
TPL

Mr. Thomas E. Lachkovich
1101 West 7th Ave.
Denver, CO 80204

Blumberg No. 5119

EXHIBIT
PH. 28

8020434438



**LEGAL SUPPORT SERVICES, INC.**

P.O. Box 76974
Washington, D.C. 20013-6974
EIN: 52-1801915

(202) 737-8811 (Office)
(800) 727-7046
(202) 737-8812 (Fax)

**VOUCHER NO. 01-**

*Rec'd 19 July 2011 TBC*

| YOUR FIRM | | | |
|---|---|---|---|
| *Thomas E. Lachkowich* *1101 West 7th Ave.* *Denver, CO 80204* | DATE: *7-14-11* | | Please return conformed copies the same day ☐ YES   ☐ No |
| | DATE ASSIGNMENT COMPLETED *7-15-11* | | Person Contacted at LSS *AN/C* |
| | ___Exclusive ___Same Day ___Next Day ___Second Day | | CALLED IN BY: *T. Lachkowich* |

ATTORNEY/PARALEGAL NAME: *Thomas E. Lachkowich*  COURT CASE NO. *1:11-CV 741*

| CLIENT NAME: | PLTF: *USA* | COURT/GOV'T OFFICE & ADDRESS *USDC-EDVA* |
|---|---|---|
| SECRETARY NAME: | VS *George W. Bush etal* | |
| PHONE: *720 364-6522* EXTENTION: | DEFT: | |

## COURT/AGENCY SERVICE INSTRUCTIONS

|  | DO NOT WRITE BELOW |  |
|---|---|---|
| ___FILING  ___PHOTOCOPY REQUEST  ___FORM REQUEST  ___RESEARCH REQUEST  ___OTHER | COURT SERVICE | |
| DOCUMENTS TO BE FILED | SERVICE OF PROCESS | *$130 00* |
| SPECIAL INSTRUCTIONS *Serve Documents; Prepare Proofs, File & RT Stamped Copies* | MILEAGE | |
| | RETURN | |
| | STAKEOUT | |
| COURT/AGENCY FEES | HEARINGS | WAITING TIME |
| ☐ ADVANCE | SET FOR         AT:         DEPT: | |
| ☐ ATTACHED AMT. | | FEES ADVANCES |

## SERVICE OF PROCESS

|  | | | RESEARCH TIME |
|---|---|---|---|
| **SERVICE** ☐ PERSONAL ☒ SUBSTITUTED OK ☐ DROP OFF | **WITNESS FEES** ☐ FEES ARE ATTACHED ☐ PLEASE ADVANCE FEES | SERVICE DEADLINE: DOCUMENTS TO BE SERVED: | OVERNIGHT COURIER |
| | | PROVIDE A FULL DESCRIPTION BELOW WEIGHT   HEIGHT   HAIR   EYES | CHECK FEE |

Persons or Entities to be served and known addresses

NAME: *US Atty General*
ADDRESS: *US Dept of Justice*
PHONE: *950 Penn Ave NW WDC 20530*

NAME:
CO: *US Atty - EDVA*
ADDRESS: *2100 Jamieson Ave Alexandria, VA 22314*
PHONE:
BUSINESS HOURS: *7 AM TO ___ PM*

SPECIAL INSTRUCTIONS *AN PAID CASH 7-14-11*

ADDITIONAL INFORMATION

| TOTAL | *$130 00* |
|---|---|
| PROCESS SERVER | DATE SERVED |
| | TIME SERVED |
| PERSON SERVED 1 | |
| PERSON SERVED 2 | |

Blumberg No. 5118

**EXHIBIT**
**PH. 29**

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA 2011 JUL 15 P 12: 22
Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA,
ex rel. Thomas E. Lachkovich
Plaintiff,

Rec'd.
19 July 2011

vs.                          Case No: 1:11-cv-741

GEORGE W. BUSH, ET AL.
Defendants.

AFFIDAVIT SERVICE BY SPECIAL PROCESS SERVER

I, Andre W. Keith, having been duly authorized to make service of
the  Complaint in  the above  entitled case,  hereby declare  and
says:

That my age and date of birth are as follows: 8-31-61
That my business address is: 1115 Mass. Ave., NW, Wash., DC.
That I am not a party to or otherwise interested in this case.

That at *12:43 pm* on the  15th day of July,  2011, I personally
served a Letter, dated July 14, 2011 from  T. Lachkovich to  US
Attorney General, Civil Cover Sheet, Complaint with attached Exh.
Nos.  JY-1 thru  JY-23,  Plaintiff's  Disclosure Memorandum  upon
United States Attorney by delivering the same to
*Tiffani Pravlow*               , employee authorized to accept service
of  process  at United   States  Attorney  Eastern  District  of
Virginia, 2100 Jamieson Ave., Alexandria, VA 22314.

*7-15-11*
Andre W. Keith
1115 Massachusetts Ave., NW
Washington, DC 20005

EXHIBIT
PH. 30

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA    2011 JUL 15  P 12: 22
Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA,
ex rel. Thomas E. Lachkovich
    Plaintiff,

*Rec'd. 19 July 2011 RB*

      vs.                              Case No: 1:11-cv-741

GEORGE W. BUSH, ET AL.
    Defendants.

AFFIDAVIT SERVICE BY SPECIAL PROCESS SERVER

I, Andre W. Keith, having been duly authorized to make service of
the Complaint in the above entitled case, hereby declare and
says:

    That my age and date of birth are as follows: 8-31-61
    That my business address is: 1115 Mass. Ave., NW, Wash., DC.
    That I am not a party to or otherwise interested in this case.

    That at *9:05Am* on the 15th day of July, 2011, I personally
served a Letter, dated July 14, 2011 from T. Lachkovich to US
Attorney General, Civil Cover Sheet, Complaint with attached Exh.
Nos. JY-1 thru JY-23, Plaintiff's Disclosure Memorandum upon
United States Attorney General by delivering the same to
*Jarmaine Emamali*         , employee authorized to accept service
of process at United States Department of Justice, 950
Pennsylvania Ave., NW, Washington, DC 20530.

                                 7-15-11
                            Andre W. Keith
                   1115 Massachusetts Ave., NW
                   Washington, DC 20005

EXHIBIT
PH. 31

Blumberg No. 5119

**OFFICE OF**
**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**401 COURTHOUSE SQUARE**
**ALEXANDRIA, VIRGINIA 22314-5798**

OFFICIAL BUSINESS



016H16503500

Hasler

**$00.44⁰**
07/27/2011

Mailed From  22314

**US POSTAGE**

AUG 01 2011

Rec'd.
3 Aug 2011
TR

Blumberg No. 5119

EXHIBIT
PH. 32

80204$4438 C022

**Thomas E. Lachkovich**
1101 West Seventh Avenue
Denver, CO 80204

Rec'd.
5 Aug 2011

EXHIBIT
PH. 33
Blumberg No. 5118

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Rec'd. 2011
5 Aug TW

United States of America, *ex rel.*    )
Thomas E. Lachkovich, *et al.*,    )
                                              )
            Plaintiffs,    )
                                              )
                                              )    CASE NO.  1:11-cv-741
v.                                           )
                                              )
George W. Bush, *et al.*,    )
                                              )
            Defendants.    )

## SHOW CAUSE ORDER

THIS MATTER is before the Court *sua sponte* on Plaintiffs' Complaint. Plaintiff

Thomas E. Lachkovich has filed previously substantially similar complaints that have been

dismissed as frivolous. Accordingly, it is hereby

ORDERED that Plaintiff Thomas E. Lachkovich show cause as to why (1) this

Complaint should not be dismissed as frivolous because it lacks an arguable basis in law, *see*

*Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and (2) why he should not be enjoined from

further filings in this Court. It is further

ORDERED that Plaintiff's show cause hearing shall be held before this Court on Friday,

August 12, 2011 at 10:00 a.m.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this **26** day of July, 2011.

Alexandria, Virginia                                  _____/s/_____
7/26/2011                                             Gerald Bruce Lee
                                                      United States District Judge



EXHIBIT
PH. 3 4

# 11-cv-741 Amended Notice of Hearing

From: **Prailow, Tiffani (USAVAE)** (Tiffani.Prailow@usdoj.gov)
Sent: Fri 8/05/11 3:17 PM
To:    tkov@live.com
        1 attachment
        1-11cv741 Amended Notice of Hearing(s).pdf (77.0 KB)

*Rec'd.* 2011
6 Aug
Plc

Hello,

Please find attached an Amended Notice of Hearing in the above referenced case.

<<1-11cv741 Amended Notice of Hearing(s).pdf>>

R,

Tiffani Prailow

Lead Legal Assistant

Civil Division

US Attorney's Office

EDVA - Alexandria

EXHIBIT
PH. 35

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2011 JUL 29  P 4: 35

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Rec'd.
6 Aug 2011
TM

| | |
|---|---|
| UNITED STATES EX REL. THOMAS E. LACHKOVICH, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:11cv741 |
| GEORGE W. BUSH, et al. | ) ) |
| | ) FILED EX PARTE UNDER SEAL |
| | ) Pursuant to 31 U.S.C. § 3729(b) |
| Defendants. | ) |

NOTICE OF SEALED HEARING

12TH  TLP.

PLEASE TAKE NOTICE that, on **August 4, 2011, at 10:00 a.m.**, or as soon thereafter as

counsel may be heard, the United States will bring forth at a sealed hearing its Motion for

Injunction.

Respectfully submitted,

TONY WEST
Assistant Attorney General
Civil Division

By: _Gregory Pearson_
Gregory Pearson, Va. Bar No. 30854
Jonathan I. Katz
U.S. Department of Justice
Civil Division
601 D Street, N.W.
Washington, D.C. 20004
(Tel) 202-307-6699
(Fax) 202-514-0280
Greg.Pearson@usdoj.gov
Jon.Katz@usdoj.gov

EXHIBIT
PH. 36

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**FILED**

2011 JUL 29 P 4:

CLERK US DISTRICT CO
ALEXANDRIA, VIRGINI

Rec'd. 2011
6 Aug 7&

| | |
|---|---|
| UNITED STATES EX REL. THOMAS E. LACHKOVICH, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:11cv741 ) |
| GEORGE W. BUSH, et al. | ) FILED EX PARTE UNDER SEAL ) Pursuant to 31 U.S.C. § 3729(b) |
| Defendants. | ) |

NOTICE OF SEALED HEARING

PLEASE TAKE NOTICE that, on August 12th, 2011, at 10:00 a.m., or as soon thereafter as

counsel may be heard, the United States will bring forth at a sealed hearing its Motion to Dismiss

and Unseal the Instant Complaint.

Respectfully submitted,

TONY WEST
Assistant Attorney General
Civil Division

By: _Greg Pearson_

Gregory Pearson, Va. Bar No. 30854
Jonathan I. Katz
U.S. Department of Justice
Civil Division
601 D Street, N.W.
Washington, D.C. 20004
(Tel) 202-307-6699
(Fax) 202-514-0280
Greg.Pearson@usdoj.gov
Jon.Katz@usdoj.gov

EXHIBIT
PH. 37

Rec'd. Aug 20??
TRC

| 08/11/11 | 10:00 am | Lee | Alexandria | cv 1426 | Enterprise Engineering Incorporated vs Edwards | Final Pretrial Conference | All |
|---|---|---|---|---|---|---|---|
| 08/11/11 | 10:30 am | Lee | Alexandria | 1:2011 cr 329 | USA vs Flores | Plea Agreement Hearing | Sheena Flores |
| 08/11/11 | 2:00 pm | Anderson | Alexandria | 1:2011 mj 640 | USA vs Hasan | Preliminary Hearing | Nawaf Hasan |
| 08/11/11 | 2:00 pm | Lee | Alexandria | 1:2011 cr 344 | USA vs Shmuckler | Arraignment | Howard Shmuckler |
| 08/11/11 | 4:30 pm | Ellis | Alexandria | 1:2011 cv 830 | Suntrust Mortgage, Inc. vs George Mason Mortgage, LLC | Motion Hearing | All |
| 08/12/11 | 9:00 am | Brinkema | Alexandria | 1:1997 cr 354 | USA vs Purry | Revocation Superv Rls | Larue Purry |
| 08/12/11 | 9:00 am | Davis | Alexandria | 1:2011 cv 110 | Global Merchant Services, Inc. vs Global Merchant Services, Inc. | Final Pretrial Conference | All |
| 08/12/11 | 9:00 am | Ellis | Alexandria | 1:2011 cr 248 | USA vs Zeleke | Pretrial Conference | Menelik Zeleke |
| 08/12/11 | 9:00 am | Ellis | Alexandria | 1:2011 cr 261 | USA vs Muhumed | Motion Hearing | Abdi Muhumed |
| 08/12/11 | 9:00 am | Ellis | Alexandria | 1:2011 cr 349 | USA vs Vanegas Martinez | Arraignment | Victor Vanegas Martinez |
| 08/12/11 | 9:00 am | Ellis | Alexandria | 1:2000 cr 360 | USA vs Johnson | Revocation Superv Rls | William Johnson |
| 08/12/11 | 9:00 am | Hilton | Alexandria | 1:2010 cv 1292 | United States of America vs Burnett | Show Cause Hearing | All |
| 08/12/11 | 9:00 am | Hilton | Alexandria | 1:2011 cr 188 | USA vs Cook | Motion Hearing | Delante Cook |
| 08/12/11 | 9:00 am | Hilton | Alexandria | 1:2011 cr 362 | USA vs Rodriguez-Vega | Arraignment | Oscar Rodriguez-Vega |
| 08/12/11 | 9:00 am | Hilton | Alexandria | 1:2011 cr 370 | USA vs Hernandez | Arraignment | Kevin Hernandez |
| 08/12/11 | 9:00 am | Hilton | Alexandria | 1:2011 cr 370 | USA vs Flores | Arraignment | Juan Flores |
| 08/12/11 | 9:00 am | Hilton | Alexandria | 1:2005 cr 8 | USA vs Richardson | Revocation Superv Rls | Mark Richardson |
| 08/12/11 | 9:00 am | Lee | Alexandria | 1:2011 cr 49 | USA vs Taylor | Sentencing | Sherry Taylor |
| 08/12/11 | 9:00 am | O'Grady | Alexandria | 1:2011 cr 319 | USA vs Pope | Motion Hearing | James Pope |
| 08/12/11 | 9:00 am | O'Grady | Alexandria | 1:2011 cr 368 | USA vs Perez-Perez | Arraignment | Pedro Chanel Perez-Perez |
| 08/12/11 | 9:00 am | Trenga | Alexandria | 1:2011 cr 184 | USA vs Newman | Sentencing | Harvey Newman |

Blumberg No. 5119    EXHIBIT
PH. 38

| 08/12/11 | 9:00 am | Trenga | Alexandria | 1:2011 cr 254 | USA vs Johnson | Sentencing | Donald Johnson |
|---|---|---|---|---|---|---|---|
| 08/12/11 | 9:00 am | Trenga | Alexandria | 1:2011 cr 294 | USA vs Njike | Motion Hearing | Emanuel Njike |
| 08/12/11 | 9:00 am | Trenga | Alexandria | 1:2011 cr 294 | USA vs Tchokokam | Motion Hearing | Julien Tchokokam |
| 08/12/11 | 9:00 am | Trenga | Alexandria | 1:2011 cr 294 | USA vs Doe #1 | Motion Hearing | Richard Lenga |
| 08/12/11 | 9:00 am | Trenga | Alexandria | 1:2011 cr 363 | USA vs Cruz | Arraignment | Marvin Cruz |
| 08/12/11 | 9:00 am | Trenga | Alexandria | 1:2011 cr 365 | USA vs Figueroa-Hernandez | Arraignment | Joel Figueroa-Hernandez |
| 08/12/11 | 9:00 am | Trenga | Alexandria | 1:2011 cr 366 | USA vs Recinos-Lopez | Arraignment | Victor Recinos-Lopez |
| 08/12/11 | 9:00 am | Trenga | Alexandria | 1:2011 cr 376 | USA vs Robinson | Arraignment | Franz Robinson |
| 08/12/11 | 10:00 am | Davis | Alexandria | 1:2010 cv 1274 | Harsh vs Nordstrom Incorporated | Motion Hearing | All |
| 08/12/11 | 10:00 am | Davis | Alexandria | 1:2010 cv 1466 | Najdi vs BAC Home Loans Servicing, L.P. | Motion Hearing | All |
| 08/12/11 | 10:00 am | Davis | Alexandria | 1:2011 mc 26 | Versata Software vs Internet Brands, Inc. | Motion Hearing | All |
| 08/12/11 | 10:00 am | Davis | Alexandria | 1:2011 cv 367 | Pincione vs Dale | Motion Hearing | All |
| 08/12/11 | 10:00 am | Ellis | Alexandria | 1:2010 cv 75 | Stephanie R. Holmes vs Wal-Mart Stores East, L.P. | Status Conference | All |
| 08/12/11 | 10:00 am | Hilton | Alexandria | 1:2011 cv 490 | Augustin vs Sectek Inc. | Motion Hearing | All |
| 08/12/11 | 10:00 am | Hilton | Alexandria | 1:2011 cv 586 | Holcombe vs US Airways, Inc. | Argument on Bankruptcy Appeal | All |
| 08/12/11 | 10:00 am | Jones | Alexandria | 1:2011 cv 310 | Sylvan Learning, Inc. vs sylvanfranchiseissues.com | Motion Hearing | All |
| 08/12/11 | 10:00 am | Jones | Alexandria | 1:2011 cv 576 | Beatty vs Cubarian | Motion Hearing | All |
| 08/12/11 | 10:00 am | Lee | Alexandria | 1:2010 cv 1426 | Enterprise Engineering Incorporated vs Edwards | Motion Hearing | All |
| 08/12/11 | 10:00 am | Lee | Alexandria | 1:2010 cv 1467 | Camean vs Provident Pharmaceuticals, Inc. | Summary Judgment Hearing | All |
| 08/12/11 | 10:00 am | Lee | Alexandria | 1:2010 cv 1467 | Camean vs Provident Pharmaceuticals, Inc. | Motion Hearing | All |
| | 10:00 | | | 1:2011 | United States of America | | |

EXHIBIT
PH.39

Rec'd 6 Aug 2011 TRL

| 08/12/11 | am | Lee | Alexandria | mc 16 | vs Mosby | Show Cause Hearing | All |
|---|---|---|---|---|---|---|---|
| 08/12/11 | 10:00 am | Lee | Alexandria | 1:2011 cv 446 | Hunter vs Medtronic, Inc. | Motion Hearing | All |
| 08/12/11 | 10:00 am | Lee | Alexandria | 1:2011 cv 624 | Bailey vs Fairfax County Virginia | Motion Hearing | All |
| 08/12/11 | 10:00 am | Lee | Alexandria | 1:2009 cv 857 | Matarese vs Archstone Communities, L.L.C. | Motion Hearing | All |
| 08/12/11 | 10:00 am | Trenga | Alexandria | 1:2010 cv 1198 | Nussbaum vs CVS Caremark Corporation | Motion Hearing | All |
| 08/12/11 | 10:00 am | Trenga | Alexandria | 1:2011 cv 733 | Lee vs Gill | Motion Hearing | All |
| 08/12/11 | 10:00 am | Trenga | Alexandria | 1:2011 cv 8 | Miller vs Boys & Girls Clubs of Greater Washington, Inc. | Motion Hearing | All |
| 08/12/11 | 1:00 pm | Ellis | Alexandria | 1:2010 cv 1247 | Conley vs First Tennessee Bank, N.A. | Docket Call | All |

EXHIBIT
PH. 40

Blumberg No. 5119

**OFFICE OF
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798**

OFFICIAL BUSINESS



Rec'd.
30 Sept 2011
TEL



016H16503500

Hasler

**$00.44**
09/15/2011
Mailed From 22314

**US POSTAGE**



Blumberg No. 5119

EXHIBIT
PH. 41

80204$4438 C022

‖I‖II‖‖I‖II‖I‖II‖II‖I‖I‖II‖‖I‖II‖I‖I‖‖I‖II‖II‖I‖II‖

**Thomas E. Lachkovich**
1101 West Seventh Avenue
Denver, CO 80204

Rec'd.
30 Sept 2011
TEL

EXHIBIT
PH. 42

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

*Rec'd '2011
30 Sept Fol*

United States of America, *ex rel.*      )
Thomas E. Lachkovich, *et al.*,          )
                                         )
                    Plaintiffs,          )
                                         )
                                         )       CASE NO. 1:11-cv-741
v.                                       )
                                         )
George W. Bush, *et al.*,                )
                                         )
                    Defendants.          )

## MEMORANDUM OPINION AND ORDER

THIS MATTER is before the Court following Plaintiff Thomas E. Lachkovich's Show

Cause hearing pursuant to the Court's July 26, 2011 Order requiring Plaintiff to show cause as to

why the Complaint should not be dismissed as frivolous and why Plaintiff should not be enjoined

from further filings in this Court ("Show Cause Order") (Dkt. No. 5) and on Defendants' Motion

to Dismiss (Dkt. No. 7) and Motion for Injunction (Dkt. No. 12).   The Court grants Defendants'

Motions, dismissing Plaintiff's Complaint and enjoining Plaintiff from further filings in this

Court as set forth below because Plaintiff failed to appear for the Show Cause hearing, Plaintiff's

Complaint is frivolous, and Plaintiff has repeatedly filed frivolous Complaints in this Court.

Federal Rule of Civil Procedure 11(b)(2) ("Rule 11") provides for sanctions against a

party that files frivolous lawsuits lacking cognizable legal contentions.  One of the aims of Rule

11 sanctions is to "deter repetition of the conduct or comparable conduct by others similarly

situated." Fed. R. Civ. P. 11(c)(2).  A federal judge may take action against a litigant who

unduly imposes on the ability of the Court to carry out its Article III functions. 28 U.S.C. §

1651(a) (2006). *See Pavilonis v. King*, 626 F.2d 1075 (1st Cir. 1980); *In re Greene*, 682 F.2d



EXHIBIT
PH. 43

443 (3d Cir. 1982); *see also Autry v. Woods*, No. 96-6112, 1996 WL 276315, at *1 (4th Cir. May 24, 1996).

Plaintiff has filed numerous complaints and frivolous filings in this Court, which have been dismissed as frivolous and have unnecessarily taxed Defendants' resources. When a complaint is dismissed, he will simply file a new complaint under a different case number, often before a different judge and, many times adding to the list of Defendants the judge that previously dismissed the suit. In addition, Plaintiff failed to comply with the Show Cause Order that directed him to appear to show cause why his Complaint should be dismissed and he be enjoined from future filings. Plaintiff's multiple Rule 11 violations, as just described, force this Court to enjoin Plaintiff from filing future matters in this Court to the extent that such filings would be inconsistent with this Order. Accordingly, it is hereby

ORDERED that Plaintiff Thomas E. Lachkovich's Complaint is DISMISSED with prejudice. It is further

ORDERED that Plaintiff Thomas E. Lachkovich be, and the same hereby is, ENJOINED from filing any new civil action in the Eastern District of Virginia and from filing any new motions, papers, or requests for relief in any civil actions currently pending in the Eastern District of Virginia without first seeking and obtaining leave to file in compliance with this Order. It is further

ORDERED that the Clerk shall not accept for filing any civil actions, including motions to proceed *in forma pauperis*, in the Eastern District of Virginia or any new motions, papers, or requests for relief in any civil actions currently pending in the Eastern District of Virginia, and if Plaintiff Thomas E. Lachkovich seeks to file any new civil actions, including motions to proceed *in forma pauperis*, in the Eastern District of Virginia or any new motions, papers, or requests for



EXHIBIT
PH. 44

relief in any civil actions currently pending in the Eastern District of Virginia, he shall accompany the complaint, motion, paper, or request for relief he wishes to file with a "Motion for Leave to File Pursuant to Court Order," which shall then be forwarded to the judge assigned to the case for a determination as to whether leave to file shall be granted. It is further

ORDERED that any "Motion for Leave to File Pursuant to Court Order" shall be accompanied by four attachments: (1) a copy of this Order; (2) a statement that the claims or relief sought are not frivolous and are made in good faith; (3) a statement setting forth a valid basis for the claims or relief sought; and (4) a statement that the claims or relief sought either have or have not been raised before in other litigation, and if they have previously been raised, the name of the case, the court in which it was filed, the case number, and the disposition of the claims. It is further

ORDERED that any "Motion for Leave to File Pursuant to Court Order" shall be referred to a magistrate judge of this Court to determine and issue a report and recommendation as to whether the complaint demonstrates a prima facie cause of action for relief under Federal Rule of Civil Procedure 12(b)(6). The report shall be provided to the District Judge for consideration and issuance of an order either allowing or denying the filing. It is further

ORDERED that failure to comply with this Order may be sufficient grounds for the Court to deny any "Motion for Leave to File Pursuant to Court Order" filed by Plaintiff.

If Plaintiff, pro se, wishes to appeal this ruling, he must file, within thirty (30) days of the date of this order, a Notice of Appeal with the Clerk of Court.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this _14th_ day of September, 2011.

Alexandria, Virginia
9/14/2011



_/s/_
Gerald Bruce Lee
United States District Judge

EXHIBIT
PH. 45

OFFICE OF
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798

OFFICIAL BUSINESS



016H16503500
$00.640
09/02/2011
Mailed From 22314
US POSTAGE

Hasler

*Rec'd*
*30 Sept 2011*
*TRC*

EXHIBIT
PH. 46

Blumberg No. 5119

T 802 NFE 1 511C 00 09/10/11
LACHKOVICH THOMAS E
1101 W 7TH AVE
DENVER CO 80204-4438
BC: 80204443801     *3017-03336-02-40

**Thomas E. Lachkovich**
6165 East Iliff Ave., No. E-207
Denver, CO 80222

Rec'd-
30 Sept 2011
TEL

EXHIBIT
P H. 47

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



UNITED STATES, ex rel.        )
THOMAS E. LACHKOVICH,         )
                              )
            Plaintiff,        )
                              )
v.                            )        Civil Action No. 1:11-cv-385
                              )
GEORGE W. BUSH, et al.,       )
                              )
            Defendants.       )
                              )

## ORDER

This matter comes before the Court on the Gover

Unseal and Dismiss the Complaint. Relator brought th.        ⌐ qui tam

action under 31 U.S.C. § 3730 of the False Claims Act on behalf of the

United States against numerous defendants, including members of the

judiciary, elected officials, municipal agencies, and several "John

Does". Relator alleges a vague conspiracy by defendants directed

against himself and the United States. He has filed at least eleven

substantively identical pro se qui tam actions, three of which were in

this district.

The complaint fails to meet the basic pleading requirements of

Federal Rules of Civil Procedure 8(a) and 9(b). Rule 8(a) requires

that a complaint "contain a short and plain statement of the claim

showing that the pleader is entitled to relief." While the Court

construes the pro se Relator's complaint liberally, pro se litigants

must still adhere to the Federal Rules of Civil Procedure. Beaudett

EXHIBIT
PH. 48

v. City of Hampton, 775 F.2d 1274, 1278 (4th Cir. 1985) ("Principles
requiring generous construction of pro se complaints are not . . .
without limits."). Relator's complaint names more than 90 defendants
and consists of more than 300 pages of vague and rambling claims, yet
it does not explain how Defendants' actions or inaction violated the
False Claims Act. As such, Relator's complaint must be dismissed
because it does not articulate a comprehensible basis for relief.

Rule 9(b) requires Relator to plead his allegations with
particularity. The Complaint is devoid of facts regarding the time,
place, and contents of the false representations. See Harrison v.
Westinghouse Savannah River Co., 176 F.3d 776, 784 (4th Cir. 1999).

Additionally, a qui tam action under the False Claims Act cannot
be maintained by a pro se relator. See United States ex rel. Timson
v. Sampson, 518 F.3d 870, 873-74 (11th Cir. 2008); United States ex
rel. Mergent Servs. v. Flaherty, 540 F.3d 89, 92-94 (2d Cir. 2008);
United States ex rel. Fisher v. Network Software Assocs., 377 F. Supp.
2d 195, 196 (D.D.C. 2005). "[T]he United States is the real party in
interest, and the need for adequate legal representation on behalf of
the United States counsels against permitting pro se suits." United
States ex rel. Brooks v. Lockheed Martin Corp., 237 F. App'x 802, 803
(4th Cir. 2007) (per curiam). As the United States has opted not to
intervene in the instant matter, Relator cannot maintain the action
pro se.

The Court also lacks subject matter jurisdiction to hear a qui
tam complaint with regard to Relator's allegations against current and

2



EXHIBIT
PH. 49

former federal employees. To the extent that Relator is suing the
named federal defendants in their official capacities, the qui tam
action constitutes a suit by the United States against itself. A suit
by the United States against itself does not present a case or
controversy. Fed. R. Civ. P. 12(b)(1); Juliano v. Fed. Asset
Disposition Ass'n, 736 F. Supp. 348, 351-53 (D.D.C. 1990); see also
Weaver v. United States, 98 F.3d 518, 520 (10th Cir. 1996) ("When an
action is one against named individual defendants, but the acts
complained of consist of actions taken by defendants in their official
capacities as agents of the United States, the action is in fact one
against the United States."). Moreover, the United States has not
waived its sovereign immunity in False Claims Act suits. United
States ex rel. Wood v. Am. Inst. in Taiwan, 286 F.3d 526, 533-34 (D.C.
Cir. 2002).

Finally, a private party may not maintain a False Claims Act case
against state agencies or state officials on behalf of the United
States. Vermont Agency of Natural Res. v. United States ex rel.
Stevens, 529 U.S. 765, 787-88 (2000). Consequently, Relator's claims
against the state agencies and state officials are not actionable.

It is hereby

ORDERED that the Government's Motion to Unseal and Dismiss the
Complaint is GRANTED, and this case is dismissed with prejudice.

_____/s/_____
**Claude M. Hilton**
**United States District Judge**

Alexandria, Virginia
August 3/ , 2011

EXHIBIT
PH. 50

3

*Rec'd. 2011*
*30 Sep [initials]*

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: District Judge Claude M. Hilton
(cmh_chambers@vaed.uscourts.gov, jennifer_hinkell@vaed.uscourts.gov,
nicola_harrison@vaed.uscourts.gov), Magistrate Judge Thomas Rawles Jones, Jr
(christina_tate@vaed.uscourts.gov, judge_jones@vaed.uscourts.gov,
nathaniel_canfield@vaed.uscourts.gov, pat_campbell@vaed.uscourts.gov,
trj_chambers@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<3478870@vaed.uscourts.gov>
Subject:Activity in Case 1:11-cv-00385-CMH -TRJVAED Lachkovich v. Bush et al
*SEALED* Order on Motion to Unseal Case
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

### U.S. District Court

### Eastern District of Virginia -

**Notice of Electronic Filing**

The following transaction was entered on 9/2/2011 at 6:51 AM EDT and filed on 8/31/2011
**Case Name:**        Lachkovich v. Bush et al
**Case Number:**      1:11-cv-00385-CMH -TRJ *SEALED*
**Filer:**
**WARNING: CASE CLOSED on 08/31/2011**
**Document Number:** 15

EXHIBIT
PH. 51
[Blumberg No. 5119]

**Docket Text:** *Sealed Entry*
**ORDER that the Govt's [6] Motion to Unseal and [7] Motion to Dismiss the Complaint is GRANTED, and this case is dismissed with prejudice (see Order for details). Signed by District Judge Claude M. Hilton on 08/31/11. Copies mailed: yes (pmil)**

**1:11-cv-00385-CMH -TRJ *SEALED* No electronic public notice will be sent because the case/entry is sealed.**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=9/2/2011] [FileNumber=3478868-0]
[13daa83f12bf231a1a343483f82b1eba29e93b67aed67bed74f939a834bceccc19db
9714246c7678e67a7aaa99a41888bf9a142093104b54919fed3fbba9bd0c]]



# RE: FCA file "drop-dead" on Sep 13 at 8:00am

From: **Thomas Lachkovich** (tkov@live.com)
Sent: Tue 9/13/11 10:50 AM
To:    Thomas Lachkovich (tkov@live.com)

*Memo To File Record*

**LEGAL AND CONFIDENTIAL**
CONTINUED FALSE AND UNLAWFUL ACTIVITIES ASSOCIATED WITH FCA CIVIL ACTION NO. 1-11-CV-741, FILED JULY 14, 2011 BY THE UNDERSIGNED IN U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIAN, ALEXANDRIA, VIRIGINA. SUBJECT TO 'UNDER SEAL' PROCEEDINGS. THE RECENT MEMORIAL OF NINE-11 WAS AND IS CERTAINLY TRAGIC. BUT A LOOK INTO THE HISTORY OF THIS GREAT NATION, THERE HAVE BEEN MANY SUCH AND OTHER HORRIFIC ENCOUNTERS IN WHICH INDIVIDUALS OR GROUPS OF INDIVIDUALS ATTACK AND ATTEMPT TO UNDERMINE THE VERY FOUNDATION ON WHICH AMERICA WAS BORN AND SURVIVES TODAY. SUCH EVENTS INCLUDE THE ATTACK ON FT. SUMTER (CIVIL WAR), THE REVOLUTIONARY WAR, PEARL HARBOR, CUSTER'S LAST STAND, BATTLE OF GETTYSBURG, THE KENNEDY ASSASSINATION, MARTIN LUTHER KING, JR. ASSASSINATION, ROSA PARKS, AND MANY, MANY OTHERS. WHEN I ENLISTED IN THE U.S. MARINE CORPS DURING THE VIETNAM WAR, I, AMONG OTHERS, TOOK AN OATH TO PROTECT AND DEFEND AGAINST ALL ENEMY, BOTH FOREIGN AND DOMESTIC. EVERY GENERATION WILL COME TO PASS TO FACE CHALLENGE AND CHANGE IN THEIR OWN SLICE OF TIME ON THIS GOOD EARTH. EACH INDIVIDUAL WILL FACE SUCH ACTS THAT ATTACK THE FUNDAMENTAL FREEDOM AND HUMAN RIGHTS BESTOWED UPON US HUMANS BY OUR HEAVENLY CREATOR AND ETERNAL FATHER. EACH PERSON, WHETHER IN UNIFORM OR NOT IN UNIFORM, MUST NOT ONLY SHOW UP, BUT STAND UP, TO SUCH DEPLORABLE SPECTOR OF TERROR.........WHICH CAN BE ONE-ON-ONE, HAND-TO-HAND COMBAT......AN AIRLINER CRASHING INTO THE WORLD TRADE CENTER HIGH-RISE BUIDLING.....A 'MAGIC' BULLET TO ASSASSINATE PRESIDENT KENNEDY.....AND SUCH. THE 'TERROR' IS REPRESENTED IN DIFFERENT FORM, BUT PORTENDS TO HAVE THE COMMON THREAD TO DESTROY AND UNDERMINE THAT WHICH THE PERPETRATOR(S) CANNOT FATHOM TO UNDERSTAND NOR ACCEPT THAT WHICH SO MANY HAVE PAID THE ULTIMATE HARDSHIP, GRIEF AND SACRIFICE TO PROTECT AND DEEFEND. THERE ARE COUNTLESS ACTS OF SUCH COMMITMENT, COURAGE, AND HONOR IN THE CHRONICLES OF AMERICAN HISTORY, BOTH RECORDED AND NOT KNOWN. AS IN UNITED FLIGHT 93 IN PENNSYLVANIA, THE INDIVIDUALS ON THAT PLANE NOT ONLY UNDERSTOOD THEIR IMMINENT FATAL FATE. BUT STOOD UP AND SAID, "LET'S ROLL". THEY DID NOT LET THE INFIDELS GET AWAY WITH WHAT THEY OBVIOULSY INTENDED TO DO WITH THAT AIRPLANE. THEY CERTAINLY DID THEIR WATCH WITH COMMITMENT, COURAGE, AND HONOR. AND, I TOO, WILL NOT LET THE ENEMY WITHIN THE BLANKET OF PROTECTION UNDER AMERICAN IDEALS, GET AWAY WITH "TREASONOUS ACTS" ON MY WATCH.......AND YOU CAN TAKE THAT TO THE GRAVEYARD.....SO HELP ME GOD.....AND MAY GOD BLESS AMERICA.

TOM LACHKOVICH
TUESDAY, 13 SEPT 2011
DENVER PUBLIC LIBRARY
VIRGINIA VILLAGE BRANCH
DAHLIA AND FLORIDA AVE.
DENVER, COLORADO 80222

---

From: alerts@live.com
To: tkov@live.com
Subject: FCA file "drop-dead" on Sep 13 at 8:00am
Date: Tue, 13 Sep 2011 07:43:15 -0700



| ⚡ **Alerts from Hotmail Calendar Event Reminders** | ↩ |
| --- | --- |

tkov@live.com,

You have received the following alert from Hotmail Calendar Event Reminders provided by Windows Live Alerts Service

📅

**FCA file "drop-dead"**

Tuesday, September 13, 2011 8:00am

```
EXHIBIT
PH. 53
```

1 hour(s)

USDC, Alex.,VA
More details

---

Add more alerts
Go to My Alerts page to view your alerts
Go to Hotmail Calendar Event Reminders

---

 Receive alerts on your mobile phone or other device
Click here to get set up with MSN Mobile

---

You received this email because you subscribed to Windows Live Alerts.
Use this link to unsubscribe from Windows Live Alerts. If you have
questions about our privacy policies please read our Privacy Statement.
This is a non monitored email account. If you have questions please visit
alerts.live.com. This email was sent by Microsoft Corporation, One
Microsoft Way, Redmond, WA 98052. © 2008 Microsoft Corporation. All
rights reserved.



EXHIBIT
PH. 54

## RE: Day Labor Work Order - Inquiry

From: **David Lee** (David@sfcdenver.org)
Sent: Wed 9/28/11 6:46 AM
To:    Thomas Lachkovich (tkov@live.com)

OK. Let us know if we can be of help in the future.

Peace, David Lee

From: Thomas Lachkovich [mailto:tkov@live.com]
Sent: Wednesday, September 28, 2011 6:22 AM
To: David Lee
Cc: Thomas Lachkovich
Subject: FW: Day Labor Work Order - Inquiry

TO:    David Lee
       St. Francis Employment Center
       2323 Curtis Street
       Denver, CO 80205

FR:    Tom Lachkovich

DATE:  Weds., 28 Sept 2011, 6:22 am

SUBJ:  Work Order Status Update - Cancellation

Per my E-mail of Sat., Sept. 24, as noted herein, be advised that the work order for Weds., 28 Sept 2011, 11:30 am, at the P.S. Warehouse, 4101 East Evans Ave., Denver, CO 80222, is cancelled.

From: tkov@live.com
To: david@sfcdenver.org
Subject: RE: Day Labor Work Order - Inquiry
Date: Sat, 24 Sep 2011 16:29:37 -0600

TO:   Mr. David Lee....... thanks so much. I will call early Wednesday A.M. to SFC, oh,..... about 7 - 8 am or so to confirm. My truck commitment is for 11 AM.

Tom Lachkovich
Sat., 24 Sept 2011, 4:30 pm

Subject: RE: Day Labor Work Order - Inquiry
Date: Mon, 19 Sep 2011 11:11:03 -0600
From: David@sfcdenver.org
To: tkov@live.com

Dear Tom –

Yes, we would be able to do this for you under the terms you outlined on 9/28. We ask that you pay the worker in cash $40 when the work is done. The work order card brought to you by the worker on the 28th. Other than that, it looks like it should be fairly straight forward. I will let you know in advance the name of the worker. Let me k you have any questions.

Peace,

David

From: Thomas Lachkovich [mailto:tkov@live.com]
Sent: Saturday, September 17, 2011 1:15 PM
To: David Lee
Cc: Thomas Lachkovich
Subject: Day Labor Work Order - Inquiry

TO:    Mr. David Lee
       St. Francis Center
       2323 Curtis Street
       Denver, CO 80205

FR:    Tom Lachkovich
       825 So. Quebec St., No. 308
       Denver, CO  80247
       (720) 364-6527
       E-mail: tkov@live.com

DATE:  Sat., 17 Sept 2011

SUBJ:  Day Labor Work Order - Inquiry

EXHIBIT
PH. 55

The purpose of this note is to inquire as to having a capable and qualified Day Labor person available for Weds., September 28.


I am a veteran with a service-connected disability ( bad back ), but I am ambulatory and drive. I will have a cargo van that day to load about 28 cardboard book-size boxes, about 10 pieces of luggage, and a folding table and chair from a storage warehouse into the cargo van, and unload into my apartment, which has two-flights of stairs and no elevator. I have done this before alone using a 2-wheel hand truck, but as a precaution and to help someone there at the SFC with some money in their pocket, hiring a moving helper would be prudent and productive. I briefly talked with Nancy personally at SFC  a few weeks ago.


As records indicate, I have been a homeless, displaced person since 1997, and you wonderful folks at SFC are such a big help to those of us in need. I am currently on the daily Check-In Register Log sheets at SFC. I recently moved into my own apartment residence ( address noted above ) and receive VA disability and social security retirement benefits.


Scope of Work:  (1) at a public storage warehous, load a cargo van with ( about 28 ) cardboard boxes, (about 10) luggage, small folding table, folding chair. (2) I , not the moving helper, will drive the ( insured ) cargo van from warehouse to the apartment residence ( noted above ). (3) Unload the cargo van using a 2-wheel hand truck with a cinch-cord to secure the load up the outdoor stairs located in the apartment courtyard to the residence apartment. (4) physically capable of lifting more than 75 lbs. (5) only one full load of the cargo van will be necessary. (6) no driver's license necessary.


Wages:  The entire job should take no more than 2 hours. I will pay the person at the rate of $10.00 per hour for four (4) hours of wages, plus lunch.


Job Location:  Public Storage Warehouse, 4101 East Evans Avenue, Denver, CO 80222 ( north side of Evans Avenue and Colorado Blvd., just east of KFC/A & W corner restaurant).


Job Hours:  start at warehouse 11:30 am; minimum four (4) hours.


Transportation:  suggest SFC Day Labor person take RTD light rail train to Colorado Station and make the short walk from RTD Park'nRide lot to the warehouse, Public Storage, 4101 East Evans Avenue, Denver 80222.


What is payment proceedure?


What is Work Order procedure?


While I do have renter's property insurance, is there a Workers' Compensation allownance or provision provided by SFC Employment Service?


If you have a Work Order form, e-mail it to me or whatever you need. Thanks and looking forward to coordinate this moving helper work order with SFC.


EXHIBIT

PH. 56

Windows Live™   Hotmail (69)   Messenger   SkyDrive   |   MSN

Thomas Lachkovich
profile · sign out

**Hotmail**     New | Reply Reply all Forward | Delete Junk Sweep · Mark as · Move to · |     Options ·

**Inbox (69)**     RE: Attorney Request     Back to messages |

Folders
Junk (266)
Drafts (4)
Sent
Deleted (202)
church
communications (1)
employment
engr.constr.
greenback
housing.ins.
legal
medical
office stuff
outdoors
recreation.entertainment
travel
veteran
New folder

Quick views
Flagged
Photos
Office docs
Shipping updates

Messenger
Search contacts
Your friends are offline right now.
Sign out of Messenger

Home
Contacts
Calendar

Metropolitan Lawyer  Add to contacts                                        10/14/11
To tkov@live.com                                                            Reply ·

We've added this sender to your safe list. That way you can always see what they've sent you.

Dear Mr. Lachkovich,

We appreciate your contacting the Metropolitan Lawyer Referral Service, Inc. (MLRS) by filling out our online form (see bottom). Founded in 1972, we are a Better Business Bureau accredited business with an A+ rating, dedicated to excellence in public service.

We are sorry to hear of your difficulties and would be happy to work to find you the appropriate attorney(s) who could possibly help you resolve matters.

You will be asked to pay to MLRS a below-market referral fee of only $75—by credit or debit card over the phone—prior to your receiving a referral. You will then receive a consultation of up to 30 minutes with an attorney versed in the appropriate area of law at no additional charge or obligation.

After your consultation, should you decide to retain the attorney, you will sign a fee agreement and pay the attorney's fees as you both agree.

MLRS is designed to help those who can afford usual and customary legal fees which can average around $200 an hour, more or less. We do not have access to pro bono or reduced fee attorneys. Low-income persons may find help at Colorado Legal Services (Legal Aid): the Denver line is 303-837-1313.

To receive a referral, we invite metro Denver and Boulder area residents to give us a call at (303) 831-8000 during our business hours of 9 a.m. to 5 p.m., Mountain Time, Monday to Friday.

Thank you and best wishes to you.

**METROPOLITAN LAWYER REFERRAL SERVICE, INC.**
Serving the Colorado Front Range since 1972
(303) 831-8000
Toll Free: (877) 283-8145
Fax: (303) 745-3666
Via E-Mail at Lawyers@MLRSonline.org
On the Internet at http://mlrsonline.org/

MLRS scans all incoming and outgoing e-mail
with Norton AntiVirus, updated automatically.

From: BlueMail@bluehost.com [mailto:BlueMail@bluehost.com]
Sent: Thursday, October 13, 2011 1:27 PM
To: Metropolitan Lawyer
Subject: Message from BlueMail

Your BlueMail form has been completed, following are the results:

| Field | Value |
|---|---|
| client_name | Tom Lachkovich |
| client_email | tkov@live.com |
| client_telephone | 720-364-6527 |
| client_location | Denver, CO |
| best_time_to_contact | 8-5pm |
| purpose_of_submission | Request information |
| text_of_submission | LEGAL AND CONFIDNETIAL. I have used MLRS in the past ( divorce ) and the MLRS atty , Joe Folz, was super at Robinson & Robinson in 1981-82 period. His principal & supervisor, Mr. Robinson, handled professionally and expeditiously my overseas Saudi Arabia protracted employment contract(dated April 1, 1982) with a Los Angeles company, which ultimately, I objected to the terms and conditions of that Contract and insuing litigation resulted in my suing that company with numerous manuevering and manipulation tactics and strategies (negligent misrepresentations, bad faith, etc ). I have dire need in two major legal areas: (1) Capital fraud, conspiracy & coverup, and (2) estate planning, living trusts, LLC, LLP, etc. What is the current MLRS policy and procedure ? Costs? |
| referral_source | Previous customer use |
| Submit | Submit |

New | Reply Reply all Forward | Delete Junk Sweep · Mark as · Move to · |

© 2011 Microsoft   Terms   Privacy   About our ads   Advertise   Developers                    Help Center   Feedback   English

EXHIBIT
PH. 57

# Bush concerned about closing Guantanamo

**By Genaro C. Armas**
*The Associated Press*

**ERIE, PA.»** Former President George W. Bush said Wednesday that he hopes his successor's plans to close the detention facility at Guantanamo Bay, Cuba, will not compromise domestic security.

Bush, though, maintained during an appearance in northwestern Pennsylvania that he would not criticize President Barack Obama, though he did discuss his policies.

"I will just tell you that there are people t Gitmo who will kill Americans at the rop of a hat," the nation's 43rd president aid at a dinner held by a group of business aders in Erie. "Persuasion isn't going to work. Therapy isn't going to change their mind."

Bush has made just a handful of public appearances since he left office in January, though his hour-long session before a friendly crowd of about 1,600 touched on familiar themes in reminiscing about his eight years in the White House.

The topic of Guantanamo Bay arose during a question-and-answer session, in which e-mailed or submitted questions were screened and chosen by a moderator during the event.

"I certainly hope not," Bush answered when asked if he thought Obama's plan could compromise security before adding, "I told you I would not criticize my successor."

Bush reminded the audience that he had also remarked during his presidency that he thought the detention facility should eventually close, and that detainees should be able to have hearings — referring to military tribunals.

"I just want to make sure that when people have a hearing ...t we don't have to give away our secrets in order to protect you," he said, drawing applause.

On Iran, Bush said he was troubled by its leaders' use of the Revolutionary Guard, the country's powerful military force, and that he was concerned about reports that the recent national election was a sham.

Bush demurred when asked who could lead his own Republican Party in the 2012 presidential race, saying he would wait until at least after the 2010 midterm elections.

THE DENVER POST, June 10, 2009; pg. 8A.

EXHIBIT
PH. 58

# A HELPING HAND FOR HAITI



Former President George W. Bush reaches to shake someone's hand as he and former President Bill Clinton pay a visit Monday to Port-au-Prince, Haiti. Clinton and Bush were there to assess recovery needs in the aftermath of the Jan. 12 earthquake. The Haitian government is asking the international community for $11.5 billion for reconstruction.

*Jorge Saenz, The Associated Press*

THE DENVER POST, Pg. 11A, March 23, 2010, Tues.

EXHIBIT
PH. 59

advertisement



# Own a new computer for just $29.99* per week!

Call today! **1-877-294-3988**

# msnbc.com

# Bush defends waterboarding 9/11 mastermind

## Ex-president says he would 'do it again to save lives'

Associated Press

updated 6:03 a.m. MT,Thurs., June 3, 2010

GRAND RAPIDS, Mich. - Former President George W. Bush says if he had it to do over, he would still waterboard the self-professed mastermind of the Sept. 11 attacks.

Waterboarding is a simulated drowning technique that the Obama administration considers torture. Bush acknowledged Wednesday that the U.S. used the harsh interrogation technique on Khalid Sheik Mohammed and said he would "do it again to save lives."

Bush made the comment while speaking to the Economic Club of Grand Rapids, Mich.

Mohammed was captured in Pakistan in 2003 and is the most senior al-Qaida operative in U.S. custody.

In his speech, Bush defended the decision to go to war with Iraq in 2003. He said ousting Saddam Hussein "was the right thing to do and the world is a better place without him."

Copyright 2010 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

advertisement



# DON'T DELAY

## Get Proven, Proactive

**LifeLock**
#1 In Identity Theft Protection

*Call Now* 1-877-670-1746

Print Powered By

EXHIBIT
PH. 60

Oct 4, 2010 11:13 am US/Mountain

## Bush, Cheney Set To Speak At Colo. Insurance Forum

COLORADO SPRINGS, Colo. (AP) — Former President George W. Bush and his Vice President Dick Cheney are set to be in Colorado this week to speak at an insurance forum.

Cheney is listed as the keynote speaker Monday at the 97th annual Insurance Leadership Forum, at the Broadmoor in Colorado Springs.

Bush is listed on the insurance group's website as speaking on Tuesday.

The Gazette reports that Gen. Stanley McChrystal, the former top commander in Afghanistan, is also on the schedule. The forum is closed to the public.

—

Information from: The Gazette, http://www.gazette.com

(© 2010 The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed.)

Curious & Controversial News

- Know The Tattooed Ladies of Hollywood?
- 600 Pounds Of Trout Scooped From Pond
- Student's Message In Bottle Found
- A 1 Day Lift Ticket For $98!!
- Potato Official Going On All-Spud Diet
- No Love For Texas Pee Wee Footballers
- Watch Australia's Most Awkward TV Moment
- Slideshow: Colorado's Weirdest Festival
- Slideshow: Colorado's Weirdest Crime
- Slideshow: Colorado's Weirdest House



EXHIBIT
PH. 61

CBS Local Events ¦ CBS Local Pages



Home   **News**   Sports   Top Spots   Pics & Video   Deals   Fan Shop   Directory   Tr

**Latest News**   Local   Investigates   Health   Business   Consumer   Politics   Entertainment   Only On (

# *NEWS*

# George W. Bush Plans Visit To Denver On Saturday

February 21, 2011 9:13 PM

Print      Share      1      Recommend



George W. Bush (credit: AP)

**DENVER (AP)** - Former President George W. Bush plans to visit Denver on Saturday to host a roundtable discussion with Denver education leaders.

The discussion will focus on the George W. Bush Institute's Alliance to Reform Education Leadership initiative. The effort, announced last year, aims to improve student achievement by improving the <u>performance</u> of school principals.

**FILED UNDER**

Local

News

**RELATED TAGS**

Alliance to Reform Education Leadership

George W. Bush

Get Smart Schools

Mid-continent Research for Education and Learning

niversity of Denver's Daniels College of Business



EXHIBIT
P.H. 62

CBS Local Events : CBS Local Pages



# CBS Denver

| Home | **News** | Sports | Top Spots | Photos & Video | Deals | Fan Shop | Directory |

| **Latest News** | Local | Investigates | Health | Business | Consumer | Politics | Entertainment | Moody's |

# *NEWS*

## George W. Bush Nixes Denver Visit, Citing Invite To Assange

February 25, 2011 9:48 PM

Print    Share    249    Recommend   269

**DENVER (CBS4)** – Former President George W. Bush has canceled plans to visit Denver. The former president made the decision after learning that Wikileaks founder Julian Assange was also invited to attend the same event.

Bush planned to speak at Saturday's Young Presidents Organization's "Global Leadership Summit" at the Convention Center on Saturday, Feb. 26, but backed out when he learned Assange was invited.
The annual conference attracts about 2,000 business leaders from 75 countries.

John Nicolakakis from South Africa told CBS4's Tom Mustin that Bush's decision was a disappointment.

"I do understand, but in the same breath he has let down a group of people who might have come just to see him," said Nicolakakis.

Wikileaks has been criticized for releasing secret U.S. government and military documents.

**FILED UNDER**

Local

News

Politics

**RELATED TAGS**

George W. Bush

Global Leadership Summit

Julian Assange

Wikileaks



EXHIBIT
PH. 63



Bush spokesman David Sherzer spoke to Mustin by phone. He said the former president "doesn't want to share a forum with someone who has willfully and repeatedly done great harm to the interests of the United States."

Assange spoke to the group by teleconference on Friday. He's in Britain, fighting extradition to Sweden in a sex crimes inquiry. YPO members have strong opinions on both sides.

Eric Kurtzman from Las Vegas said, "If Bush had a problem with Assange or anything he said, Bush should have come and represented his case,"

Roger Chasteen from Tulsa disagreed. "We really wanted to see him here. But as an American we respect his decision."

Bush also had planned to attend a separate education discussion in Denver but won't attend that either. The YPO issued a statement saying it regretted the president's decision, but looked forward to working with him in the future.

*-by CBS4 Reporter/Anchor Tom Mustin*

Print    Share    249    Recommend    269

## 249 COMMENTS

**Polly**

The people of the City and County of Denver offer a hearty THANK YOU for choosing NOT to attend.

February 25, 2011 at 2:57 pm | Reply | Report comment

**Liberty**

Spoken like the useful idiot you are.



Autos  Your Home  Local Events  More                    Watch Video    Listen Live!                         Login   Register

# CBS Denver

55° H 70° L 40
Current Forecast »
View Traffic Report

| Home | News | Sports | Health | Top Spots | Photos | Video | Traffic | Weather | Get Answers | Directory | Deals |

Latest News   Investigates   Consumer Investigator   Money Saver   Only On CBS4   Blogs   Local   Politics   Business   Entertainment

## TAILGATEFAN.COM

## NEWS

# Bush Promotes Education Initiative In Denver

October 20, 2011 5:23 PM

Share this    Like    5    No comments



George W. Bush (credit: AP)

**Filed Under**
Local, News, Politics

**Related Tags**
Bush Institute, Get Smart Schools

DENVER (AP/CBS4) – Former President George W. Bush said Thursday he's still passionate about education, even though he considers himself to be only an observer of politics since he left office.

"Post-presidency is an interesting period for Laura and me. I'm out of politics. I loved being in the arena. I'm now an observer. But I still have a great passion, as does Laura, about education excellence," Bush said after a Denver meeting with local education leaders and Mayor Michael Hancock to talk about an initiative to train and recruit principals.

"We believe that an excellent school must first of all have an excellent leader," he said, describing the Bush Institute's Alliance to Reform Education Leadership.

The initiative seeks to change how principals are recruited, trained and evaluated.

"He really talked about accountability and how it's important to make sure that the leader of the institution sets the right tone for achievement and accomplishment in the school," said Hancock.

Share this    Like    5    No comments



STEP OUT WALK TO DIABETES

REGISTER FUNDRAISE

diabetes.org/stepout   1-888-DIABETES

**Top Sponsored Articles**

How to Save an Average of $1000 on Medical Bills without Doing a Thing

How to Teach Your Teenager Financial Responsibility and Make Your Life Easier

How to Speed Up Your PC - Tricks Manufacturers Don't Want You to Know

**SEND CBS4 A NEWS TIP**



NewsTips

CLICK HERE

**LATEST NEWS VIDEOS**

## We Recommend

Mother Of 5 Missing For Days Before Her Body Was Found

Ed McCaffrey: It's Going To Be A Party In Miami

Bush To Speak To Educators In Denver Thursday

School Board Member Arrested In Sexual

## More From Around the Web

Kelsey Grammer Does it Again in BOSS (Starz)

12 Bizarre Beverage Flavors (The Daily Meal)

Prophetic Economist Warns, 'It's Curtains for the US.' Prepare. (Moneynews)

River Monsters: Greedy Eater (HowStuffWorks Videos)

Boulder Energy Plan Doesn't Make Sense (The

EXHIBIT
PH. 65

Autos  Your Home  Local Events  More          Watch Video     Listen Live!          Login    Register

You need to download the latest version of flash player to use this player

**Need Help?**

Please close this browser window to complete Flash Player installation.

If you are experiencing any difficulties please will need to restart your browser.
Adobe Flash Player Support Center.

You need to download the latest version of flash player to use this player

**Need Help?**

Bush was visiting the offices of Get Smart Schools, a nonprofit Colorado group that trains principals for innovation in charter schools. The group is joining a national network that is part of the Bush Institute initiative. Get Smart Schools is one of 16 organizations working with the Bush Institute. Other organizations that are part of the initiative are in Georgia, New York, Illinois and California.

The meeting between the former president and business and education leaders was closed to the press, but Bush talked briefly to reporters afterward. No questions were allowed and he did not respond to a reporter's question about the death of Libyan leader Moammar Gadhafi.

Bush's Denver visit was rescheduled from February. He was supposed to visit Get Smarts Schools then, but canceled because WikiLeaks founder Julian Assange was invited to speak at a separate event that Bush was also scheduled to attend, the Young Presidents' Organization Global Leadership Summit.

Advertisement


Denver drivers can save up to 60% on their auto insurance? See if you qualify.

Colorado: Residents can now legally erase credit card debt. Act now fast to become debt free.


Colorado: Wall St. won't tell you this. See this new trick to get much cheaper car insurance.


Colorado: Local mom reveals $3 trick to erase wrinkles. Shocking before & after results exposed

At the time, a Bush spokesman said the former president did not want to participate in a forum that invited someone who has "willfully and repeatedly done great harm to the interests of the United States."

Bush said Get Smarts Schools has set high expectations and the group believes "every child can learn and is willing to train leaders who believe that as well."

Hancock, a Democrat, said Bush only spoke about education during the meeting and did not mention the debate in Congress over the reauthorization of the Bush-era No Child Left Behind law. The Obama

**PHOTO GALLERIES**


Boise State 63, CSU 13


Famous Coloradans

Occupy Denver

Broncos Cheerleaders 2011


STEP OUT WALK TO DIABETES

REGISTER FUNDRAISE

diabetes.org/stepout     1-888-DIABETES


EXHIBIT
PH. 66



Autos  Your Home  Local Events   More                    Watch Video      Listen Live!                                    Login   Register

administration wants to revise the law and is giving states the option to seek waivers from some of the unpopular requirements because Congress has failed to come to an agreement. Colorado is among several states seeking waivers.

"He did not talk about Washington, he did not talk about Congress, he did not talk about the president, he didn't talk about Moammar Gadhafi," Hancock said. "He talked about education."

*(TM and © Copyright 2011 CBS Radio Inc. and its relevant subsidiaries. CBS RADIO and EYE Logo TM and Copyright 2011 CBS Broadcasting Inc. Used under license. All Rights Reserved. This material may not be published, broadcast, rewritten, or redistributed. The Associated Press contributed to this report.)*

## We Recommend

Mother Of 5 Missing For Days Before Her Body Was Found

Ed McCaffrey: It's Going To Be A Party In Miami

Bush To Speak To Educators In Denver Thursday

School Board Member Arrested In Sexual Assault Case

FDA Cites Dirty Equipment At Jensen Farms For Listeria Outbreak

## More From Around the Web

Kelsey Grammer Does It Again in BOSS (Starz)

12 Bizarre Beverage Flavors (The Daily Meal)

Prophetic Economist Warns, 'It's Curtains for the US.' Prepare. (Moneynews)

River Monsters: Greedy Eater (HowStuffWorks Videos)

Boulder Energy Plan Doesn't Make Sense (The Denver Post)

[what's this]

LEAVE A COMMENT BELOW

Name

Email        f Connect

Submit Comment



EXHIBIT
PH. 67

★

# ma says tax fairness
# led for nation's future

**sident backs the
n investment in
structure.**

*Politico*

» President Barack
se for the "Buffett
rning that what's at
s — it's the future.
: the pitch in a cam-
students at Florida
connecting it to his
hat he says is at the

cusations that he's
list dream," Obama
on, research, infra-
vestments that ben-
whole to continue,
 pay for it.
serve the American
ations," Obama said.
have a sense of com-
n America, we can
Here in America, we
t. We can make this
American century."
vote next week on a
t would set a 30 per-
e tax for Americans
million annually.

## Related

**Bush: Tax cuts would fare better if named for another • NEW YORK»**
Former President George W. Bush said tax reductions enacted during his presidency would be more likely to be maintained if they weren't identified with his name.

"I wish they weren't called the 'Bush tax cuts,'" he said as he opened a tax-policy conference in New York hosted by his presidential institute, drawing laughs. "If they were called some other body's cuts, they're proba- bly less likely to be raised."

"I don't think it's good, frankly, for our country to undermine our presi- dent, and I don't intend to do so," Bush said. "But I do intend to remain involved in areas that I'm interested in," including tax policy.

"If you raise taxes on the so-called rich, you're really raising taxes on the job creators, and if the goal is private- sector growth, you've got to recognize that the best way to create that growth is to leave capital in the trea- suries of the job creators."

**Health overhaul to balloon deficit, Medicare trustee says.** President Barack Obama's health care overhaul will add as much as $530 billion to the U.S. budget deficit over the next de- cade, according to a report by a mem- ber of the Medicare board of trustees.

The analysis by Charles Blahous, a former economic adviser to George W. Bush, rejected estimates by the Congressional Budget Office that the 2010 law will improve the govern- ment's finances. He said lawmakers are unlikely to enforce many of its cost-saving provisions such as a tax on "Cadillac" health care plans that will begin taking effect in 2018.

The report also said lawmakers are double-counting savings used to fi- nance expanded coverage to the unin- sured.

The Obama administration rejected the analysis, saying it relies on "new math" that ignores rules used to de- cide how much legislation probably will cost.
*Bloomberg News*

The Denver Post, Weds., April 11, 2012; Pg. 16A

Def. BUSH @ N.Y.C. Conference on April 10, 2012:

"... money outta pocket... won't move forward..."

EXHIBIT
PH. 6B

Case 1:11-cv-03197-SD Document 1 Filed 06/06/12 Page 186 of 250

# ROUNDUP

## Lotteries

**Cash 5**
Tuesday's winning numbers:
2  11  14  26  30

**MatchPlay » $210,000**
Tuesday's winning numbers:
17  21  26  27  29  32
No tickets matched all numbers.

**Mega Millions » $116 million**
Tuesday's winning numbers:
5  6  22  26  41  —  6
Megaplier: 4

**Lotto » $1.8 million**
Saturday's winning numbers:
3  13  26  35  36  37

**Powerball » $78 million**
Saturday's winning numbers:
4  19  33  41  59  —  9
PowerPlay:  5

## Pearl Harbor vets upset with "

A Denver-led group of Pearl Harbor survivors say they wer
the crew of the CBS drama "Hawaii Five-O" didn't show pr
during a ceremony last week commemorating the 70th anni
attack on Pearl Harbor.

The Denver-based Greatest Generations Foundation took
visit Honolulu's National Memorial Cemetery of the Pacific
were offended that crew members didn't stop production di
tional anthem and taps and that they walked on graves, said
a foundation board member and co-host of 850 KOA-AM's r
show. He visited the cemetery with the group.

The crew was filming a scene involving a character visitin
grave, which was surrounded by the real graves of WWII he
said. Cemetery director Gene Castagnetti said the filming w
advance. The police drama donated $1,000 to the cemetery, :
TV station reported. CBS officials said they were looking int

The National Memorial Cemetery of the Pacific is the rest
some 34,000 veterans of World War I, World War II and the
rea and Vietnam. *The Associated Press*

## Briefs

### CHENEY TO SPEAK IN DENVER AT EVENT BENEFITING CHARITY

Former Vice President Dick Cheney
will be in Denver on Friday to speak
at an event for a char-
ity that helps recover-
ing alcoholics and
drug addicts.

Shannon Ulrich, a
spokeswoman for
Phoenix Multisport,
said the event is part
of the former vice
president's tour to
promote his book "In

**Cheney**

My Time."

Ulrich said the event — which will
feature Cheney's wife, Lynne, inter-
viewing him — is closed to the public
and media. The exact location isn't be-
ing disclosed to nonregistered guests
for security reasons, Ulrich said.

Phoenix Multisport helps those re-
covering from substance abuse stay so-
ber through active and outdoor activi-
ties such as climbing, mountain bik-
ing, running, swimming and hiking.

# Top cop war

## Robert White tells City Counci

**By Jeremy P. Meyer**
*The Denver Post*

On his first full day on the job, Den-
ver's new police chief, Robert White,
said he wants more officers on patrol
and fewer in specialized units.

"When I look at the 1,430 officers
that we have and I see only 50 per-
cent are assigned to those patrol divi-
sions and the rest are assigned to spe-
cialized units, that raises my anten-
na," White told City Council mem-
bers in a committee meeting Tues-
day.

"I am from the school where at
least 80 percent of your resources
[...] the six divisions,"
[...] ne time to look
[...] an assure you
[...]
[...]sly was police
[...] ky., was sworn in

Monday and said he i
about the department
leadership and gettin
community.

On Tuesday, he wo
and not a uniform, whi
be the case until he pa
test to be certified by
Peace Officer Standar
ing Board. White, wh
"uniform man," hope
written P.O.S.T. Certi
in January.

White said over the
days, he plans to begin i
changes — making sur
ers are on patrol rathe
work that civilians coul

Councilman Albus B
would like to see more
ing the streets rather th
from their cars. White a
can't speak to how it

space jobs Act, would
from lawsuits not based on
ntional wrongdoing.
suing designation as a
Front Range Airport near
site for a spaceport that
izontal takeoffs and land-
would use rocket engines.
ads to the Colorado House,
red by Colorado Springs
ardner.

**nded to speak at regional**
rings. People seeking to
se on projects seeking Re-
funding have until
 g time to speak at the

EXHIBIT

PH. 70

Case 2:12-cv-03197-SD    Document 1    Filed 06/06/12    Page 188 of 250

# MEMO TO FILE RECORD: Presidents Day - Feb 20, 2012

From: **Thomas Lachkovich** (tkov@live.com)
Sent:  Mon 2/20/12 1:26 PM
To:    Thomas Lachkovich (tkov@live.com)

MEMO TO FILE RECORD

On this particular day of memorializing our Presidents, I harbor some valued points. When I attended grade school at Holy Trinity School, in Erie, PA ( graduated 1961 ), bubble gum cards with baseball players and American Presidents then were sold and popular among the boys then. Boys, and I included, would trade cards and 'fight' for cards to add to their collection so as to accumulate a full set. The 'fight' or contest consisted of tossing cards against a vertical surface while stooped about six feet away. Whichever card was the tallest standing card or the closest card to the vertical surface would win the cards that were tossed.

The American President cards would have a biographical profile of the featured American President, whose picture was on the front of the card with a piece of bubble gum. And likewise for the baseball cards. It was both instructive and entertaining.

As I traversed the halls of further education and the paths of life, certain American Presidents are more remembered than others, for whatever reasons, in our American history. In each generations own slice of time, we all are confronted with challenge and change, both foreign and domestic. In my Junior year at Cathedral Preparatory School, in Erie, PA ( graduated 1965), an elite boy's private Catholic prep high school, I was enrolled in advanced placement U.S. History, which was taught by then Rev. Skinner. We had lots of homework reading and writing and discussing in class about U.S. history prior to and after 1865.

There was the American Revolution and George Washington. There was Abraham Lincoln and the Civil War. There was Theodore Roosevelt and our national park lands. There was  John F. Kennedy and the Cuban Crisis, "...ask not what your country can do for you ....... ask what you can do for your county ........", an American to land on the moon before the end of 1969, and November 22, 1963 Assassination in Dallas, TX. I was in trigonometry class when the school P.A. system came on and Msgr. Robert McDonald, HeadMaster at Prep, announced sad and slow words of the shooting and death of President Kennedy. Classes were dismissed early and Cathedral bells tolled solemnly. There was Ronald Reagan and his demand to Mr. Gorbachev, "....... tear down your wall .....".

While each President is not so-to-speak "perfect", no one is for that matter, each has his own strengths, weakness, and attributes associated with his legacy in U.S. history. Over the years, I have come to pass in life's journey at crossroads of betrayal of the very foundation of core values so many people, foreign and domestic, in uniform and not in

uniform, have so gallantly fought, endured, and made the ultimate sacrifice for America. Certain people of position and power have betrayed the American people. When someone professes to leave no child behind, but yet, undermines and detroys and puts in place a death wish for one of America's own soldiers and his loved ones and that which is the very foundation of American core values, heed these SMARTPoints: Capitol Outlaws, Homeland Insecurity, Not On My Watch, Semper Fi.



EXHIBIT
PH. 72

Case 2:12-cv-03197-SD   Document 1   Filed 06/06/12   Page 190 of 250

February 20, 2012



| | Mon 20 |
|---|---|
| | Presidents Day |
| All day | |
| 7am | |
| 8am | ■ SMARTPoints - capitol outlaws - not on my watch - semper fi |
| 9am | |
| 10am | |
| 11am | |
| 12pm | |
| 1pm | |
| 2pm | |
| 3pm | |
| 4pm | |
| 5pm | |
| 6pm | |

US Holidays     ■ Thomas's calendar

---

Event list

**Monday, February 20, 2012**

All day    ☉    Presidents Day (1d)

8:00am - 9:00am   ■   SMARTPoints - capitol outlaws - not on my watch - semper fi (1h)

**EXHIBIT**
**PH. 73**

# ACCOUNT UPGRADE 2012 (LAST WARNING)

From: **Windows Live Service** (aebabrow@hotmail.com)
Sent:  Thu 2/23/12 6:26 AM
To:    Windows Live Service (aebabrow@hotmail.com)




Welcome to Hotmail
The efficient way to do email

We are upgrading our database to serve you better. Due to the congestion in our Hotmail servers there would be removal of all unused Hotmail Account. You will have to confirm if your E-mail is still active by filling out your log in information below after clicking the reply button, or your account will be suspended within 48 Hours for security reasons.

**Name**: ................................................

**User Name:** .........................................

**Password**: ..........................................

**Date of Birth** .......................................

**Country or Territory**...............................

Ensure every detail requested above is provided correctly upon receipt of this notification to enable the upgrade.
Incomplete details and wrong passwords forwarded will result in suspension or closure of your account for security reasons.

Note: **YOUR DETAILS WILL NOT BE SHARED.**
We'll keep making Windows Live! the best email service around.

Sincerely,
Windows Live Alert Team
Microsoft Corporation

EXHIBIT
PH.74

Windows Live™   Hotmail (36)   Messenger (0)   SkyDrive  |  MSN                    Thomas

## Hotmail

**Inbox (36)**

Send   Save draft   Spell check   Rich text ▾  |        |  Cancel

**tkov@live.com** ▾

Folders

**Junk (120)**

Drafts (16)

Sent

**Deleted (72)**

church

**communications (1)**

employment

engr.constr.

greenback

housing.ins.

legal

medical

**office stuff (21)**

outdoors

recreation.entertainment

travel

veteran

New folder

Quick views

Flagged

**Office docs (2)**

Photos

Shipping updates

New category

Messenger

1 invitation

Search contacts

Your friends are offline right now.

Sign out of Messenger

Home

Contacts

To:        aebabrow@hotmail.com

Subject:   ACCOUNT UPGRADE 2012 (LAST WARNING)

Insert:

✂ ▤ ▯   Tahoma      ▾   10   ▾    **B**  *I*  U̲  ▤ ▤ ▤ ▤ ▤ ▤ ▤ ▤

# Server Error

## 404 – File or directory not found.

**The resource you are looking for might have been removed, its name changed, or is temporarily unavailable.**

EXHIBIT
PH. 75

# RE: ACCOUNT UPGRADE 2012 (LAST WARNING)

From: **Thomas Lachkovich** (tkov@live.com)

Sent:  Fri 2/24/12 2:50 PM

To:     aebabrow@hotmail.com

From: aebabrow@hotmail.com
To: aebabrow@hotmail.com
Subject: ACCOUNT UPGRADE 2012 (LAST WARNING)
Date: Thu, 23 Feb 2012 08:26:08 -0500





Welcome to Hotmail
The efficient way to do email

We are upgrading our database to serve you better. Due to the congestion in our Hotmail servers there would be removal of all unused Hotmail Account. You will have to confirm if your E-mail is still active by filling out your log in information below after clicking the reply button, or your account will be suspended within 48 Hours for security reasons.

**Name**: ...........................................Thomas Lachkovich

**User Name:** .......................................tkov@live.com

**Password**: ...........................................quebec308

**Date of Birth** ......................................October 29, 1947

**Country or Territory**..............................United States

Ensure every detail requested above is provided correctly upon receipt of this notification to enable the upgrade.
Incomplete details and wrong passwords forwarded will result in suspension or closure of your account for security reasons.

Note: **YOUR DETAILS WILL NOT BE SHARED.**
We'll keep making Windows Live! the best email service around.

Sincerely,
Windows Live Alert Team
Microsoft Corporation

EXHIBIT
PH. 76

# You faxed request for Life Insurance information yesterday

From: **Wiley Maddox** (wbmaddox@optonline.net)
Sent: Thu 2/23/12 1:58 PM
To:    tkov@live.com

**Thanks very much for your fax, yesterday, Thomas.  I tried reaching you a couple of times this morning, as you requested, but to no avail. We're in the office until 3P.M. your time or at 6 in the morning..... please give me a call for a two-minute conversation and I'll send anything you wish to review.  Many thanks.  Wiley B. Maddox, General Agent.**



★

### SURGERY FOR CHENEY

# Ex-VP given new heart

## The 71-year-old was on a transplant list for about two years.

**By Kasie Hunt**
*The Associated Press*

**WASHINGTON»** Former Vice President Dick Cheney had a heart transplant Saturday and is recovering at a Virginia hospital, his office said.

An aide to Cheney disclosed that the 71-year-old, who has had a long history of cardiovascular trouble including numerous heart attacks, had been waiting for a transplant for about 20 months.

"Although the former vice president and his family do not know the identity of the donor, they will be forever grateful for this lifesaving gift," said aide Kara Ahern in a written statement that was authenticated by several of the Republican politician's close associates.



Former Vice President Dick Cheney has had five heart attacks since age 37.

More than 3,100 Americans are on the national waiting list for a heart transplant. Just over 2,300 heart transplants were performed last year, according to the United Network for Organ Sharing. And 330 people died while waiting.

Cheney was recovering Saturday night at Inova Fairfax Hospital in Falls Church, Va., after surgery earlier in the day.

The odds of survival are



cars.com

Confidence Comes Standard®





EXHIBIT
PH. 78

# U.S. near

raids — officials say they already take part in most of them — and also would bring the operations under Afghan legal jurisdiction by requiring a court warrant within 48 hours of a raid in order to continue detention of any suspects, according to U.S. and Afghan officials close to the negotiations.

Most of the officials commented on the condition of anonymity because the agreement had not been concluded.

At the same time, it would include a series of face-saving compromises to allow U.S. forces to retain the freedom of action that commanders believe is necessary for the operations to remain effective. The raids would still rely heavily on U.S. intelligence, and most would include U.S. or allied forces for the foreseeable future, the officials said.

"We are very close to signing" an agreement on the raids, said

## AFTER

that the Delta IV had been launched this way.

**Cheney released from hospital.** Former Vice President Dick Cheney was released from a Fairfax, Va., hospital Tuesday, 10 days after receiving a new heart from an unknown donor and making a "remarkable" recovery that his doctor said was much faster than anyone could have hoped for."

Cheney, 71, had a transplant operation March 24 after a 20-month waiting period during which he was kept alive with an implanted pump that helped his weakened heart keep beating.

**Memo shows official opposed Bush on torture • WASHINGTON»** A newly released memo shows that a former State Department official strongly dissented from the George W. Bush administration's secret legal view in 2005 that an international treaty against torture did not apply to CIA interrogations in foreign countries.

Until now, the February 2006 analy-

for openness in government.

**Bill would protect teachers who let kids challenge science • NASHVILLE, TENN.»** Tennessee, where the nation's first big legal battle over evolution was fought nearly 90 years ago, is close to enacting a law that critics deride as the "monkey bill" for once again attacking the scientific theory.

The measure passed by the General Assembly would protect teachers who allow students to criticize evolution and other scientific theories, such as global warming. Republican Gov. Bill Haslam said this week that he likely would sign it into law.

**Feds claim sheriff negotiating in bad faith in rights case • PHOENIX»** Federal authorities trying to settle civil-rights allegations against America's self-proclaimed toughest sheriff said Tuesday that the sheriff's office has negotiated in bad faith and risks ending settlement talks.



one in Colorado, seven in California, six in Illinois and six in the company's home state of Minnesota.

In Colorado, Best Buy will shut down its store at 15800 E. Briarwood Circle in Aurora. The store will begin final sales today and will close May 12.

•

**Cheney speaks for more than hour in appearance**

• **CHEYENNE»** Former Vice President Dick Cheney walked onstage without any assistance and spoke for an hour and 15 minutes without seeming to tire in his first public engagement since he underwent a heart transplant three weeks ago. He even threw in a couple of political plugs amid much reminiscing at the Wyoming Republican Party state convention Saturday.

**"Mountain man" who took woman up for parole soon**

• **HELENA, MONT.»** A notorious "mountain man" who abducted a world-class biathlete in 1984 to keep as a wife for his son once wrote that blame for the "incident" lies with her and a would-be rescuer he shot and killed.

Don Nichols, 81, will need to be more contrite when he comes up for parole April 27.

Nichols gained international notoriety for the bizarre crime and prolonged manhunt in the wilderness northwest of Yellowstone National Park. He has a good track record in prison, and over the years has reportedly become a bit more apologetic for taking Kari Swenson.

**Car smashes into market**

• **PALM COAST, FLA.»** Authorities say a vehicle smashed through the entrance of a Florida supermarket on Saturday, injuring eight customers.

Flagler County Sheriff's Office spokeswoman Debra Johnson says 76-year-old Thelma Wagenhoffer drove her car through the entrance of the Publix in Palm Coast on Saturday. Johnston said investigators found no apparent problems with the car's brakes. Witnesses said the car appeared to be going about 50 mph.

Denver Post wire services



EXHIBIT

PH. 80

Bonknup No. 6119





**WARNING**   **Urgent Notice**

81887

**Attention:**
Mr. Lachkovich                                    **TIME-SENSITIVE**

**Important Message**
Publishers Clearing House will confirm 50 winners in just
a few days.  Your failure to respond and enter in a timely
manner may result in immediate forfeiture of funds from
this notice. Don't risk letting that happen! Go to

*Rec'd 2012*
*16 April 7:35 pm*
*TRC*

# www.pch.com/now

On the special registration page, follow the entry
instructions using the authorization code assigned
to you below.

Hurry, Mr. Lachkovich - time is running out, and the next
step is up to you! Log on now and you could be just days
away from winning!

G0065  OFFICIAL USE ONLY  GWY. #2560
Entries will be qualified geographically
in proportion to Bulletin distribution.

**AUTHORIZATION CODE:** **SO400**

---

**From:**


OFFICE OF THE SR. VICE PRESIDENT
PUBLISHERS CLEARING HOUSE
101 WINNERS CIRCLE • PORT WASHINGTON, NY 11050

★ ★ ★ ★ ★  PRESORTED STANDARD   U.S. POSTAGE
**PAID**
PUBLISHERS
CLEARING HOUSE

**OFFICIAL BUSINESS**

**Signature:**

*Todd Sloan*

**Message:**

URGENT **WARNING**!
MR T LACHKOVICH
CONTACT PUBLISHERS
CLEARING HOUSE.
**ONLY 50 WINNERS
WILL BE CONFIRMED.**
SEE OTHER SIDE TO
DETERMINE HOW YOU CAN
BECOME ONE OF THEM!

**Deliver Immediately To:**

*******************3-DIGIT 802
9 161                                     0

MR T LACHKOVICH
APT 103
1225 S BELLAIRE ST
DENVER CO  80246-7713

*Rec'd 2012*
*16 April 7:35 pm*
*TRC*

**EXHIBIT**
**PH. 81**

H703-81887



...ounded by family and friends, places a rose in her father's grave at Mount Olivet Cemetery on Saturday afternoon.
...lo state senator, died Tuesday after a battle with pancreatic cancer. *Photos by Andy Cross, The Denver Post*

Grace" rang out.

Former U.S. Sen. Ken Salazar's political career was engineered in the back of Sandoval's tamale shop, La Castia. Salazar delivered the eulogy during the funeral Mass.

"Paul was about the person, and the people, the community, the city, the state, the nation. Not about the party," Salazar said.

Salazar was elected Colorado attorney general in 1998. He is now the secretary of the U.S. Department of the Interior. Sandoval and Salazar remained close over the years. The two spoke almost every day during Sandoval's illness.

Doctors diagnosed Sandoval with pancreatic cancer in February 2011.

"We could always tell when Paul was speaking to him (Salazar)," Paula Sandoval said. "Even when he was really sick, he had a smile on his face."

The packed cathedral rolled with laughter when Salazar reminisced about a trip he and Paul Sandoval took to Central City. Tears washed over the crowd when he shared one of the last moments he spent with Sandoval.

"I held him, kissed him, tossed his hair. I said, 'Paul you know how much we love you,' " Salazar said. "He looked at us and said, 'God bless you all. I love you all.' "

Salazar read a letter from President Barack Obama to Sandoval's family.

"You know better than anyone Paul was colorful, passionate and the soundest of leaders with a big heart and deep love for his family and the Rocky Mountain West," the letter read. "Paul has left your city, state, and the West better than he found it."

At the beginning of the eulogy, Salazar asked Sandoval's family to stand, and the audience rang out in applause. In his final remarks, Salazar said goodbye to a friend.

"Goodbye, my loving friend, the owner of my heart," Salazar said.

From left, former Colorado Gov. Bill Ritter, Gov. John Hickenlooper and U.S. Sen. Michael Bennet are among dignitaries attending the funeral Mass for Paul Sandoval at the Cathedral Basilica of the Immaculate Conception on Saturday morning.

Online. Read a Denver Post profile of Colorado political power broker Paul Sandoval and listen to a video as he talks about his life.
denverpost.com/extras

*Jordan Steffen: 303-954-1794 or jsteffen@denverpost.com*

il: Local News, The Denver Post, 101 W. Colfax Ave., Suite 600, Denver, CO 80202

EXHIBIT
PH.82



OFFICE OF THE
**U.S. Depa**
**of the Inte**

W W W . d . . . g . . .

# News Release

## Assistant Secretary Tom Strickland to Wrap-Up Successful Two-Years of Leadership and Service at DOI

**Salazar Lauds Strickland for Results-Oriented Leadership**

**01/10/2011**

Contact: Kendra Barkoff (DOI) 202-208-6416

**WASHINGTON, DC** –Assistant Secretary for Fish and Wildlife and Parks and Chief of Staff for the Department of the Interior Tom Strickland will wrap-up his service to the Department in February, 2011 to pursue other opportunities.

"Tom has been a driving force in standing up our Interior leadership team, launching a 21st century conservation agenda, leading initiatives such as the Everglades restoration, and helping restore the Gulf after the Deepwater Horizon oil spill," Secretary Salazar said. "He is a dynamic leader, a nationally-recognized champion for conservation, and a close friend of more than 30 years. Time and again, he has delivered results for the Administration and the American people. I wish him the best for the many chapters he has yet to write in his future."

As Assistant Secretary, Strickland: helped develop the America's Great Outdoors Initiative, which the President launched in April, 2009; led efforts to protect national parks, wildlife refuges and coastlines during the Deepwater Horizon oil spill; led the U.S. delegation to the Convention on International Trade in Endangered Species of Wildlife Fauna and Flora (CITES) in Doha, Qatar; oversaw Interior's responsibilities to protect and recover threatened and endangered species, including the polar bear; led the Administration's efforts to advance the restoration of Florida's Everglades; and oversaw important decisions on our national parks, including the Statue of Liberty, The National Mall, and Yellowstone.

EXHIBIT
PH. 83

"It has been an honor to be part of President Obama's Administration and to help Secretary Salazar reform and reinvigorate the Department, whose missions are critical to our energy security, the conservation of our land, water, and wildlife, and our nation's economic health," Strickland said. "It was a pleasure to serve with the top-flight policy and management team here at Interior and I leave with the deepest respect for the Department's dedicated and talented public servants."

Laura Daniel Davis, who has been serving as Deputy Chief of Staff and Associate Deputy Secretary, will become the new Chief of Staff. Before joining Salazar's Interior team in January 2009, Davis worked as Deputy Chief of Staff for then-Representative Mark Udall. She also served in the Interior Department under Bruce Babbitt. Will Shafroth, the Principal Deputy Assistant Secretary for Fish, Wildlife and Parks, will serve as Acting Assistant Secretary for Fish and Wildlife and Parks until a new Assistant Secretary is confirmed. Matt Lee-Ashley, the Director of Communications for the Office of the Secretary will assume the duties of Deputy Chief of Staff.

Strickland was confirmed Assistant Secretary on April 30, 2009. Before joining Interior, he was executive vice president and chief legal officer of UnitedHealth Group. Previous to that he was a partner of the Hogan & Hartson law firm, serving as Managing Partner for the firm's Colorado offices and as a member of the firm's executive committee. From 1999 through 2001, Strickland was the U.S. Attorney for the District of Colorado. He has also chaired the Colorado State Transportation Commission, was Chief Policy Advisor for Colorado Governor Richard Lamm, and was a law clerk to U.S. District Court Judge Carl O. Bue Jr.

###



Case 2:12-cv-03197-SD   Document 1   Filed 06/06/12   Page 202 of 250

# RE: WWII Pearl Attack on Dec 7 at 8:00am

**Thomas Lachkovich** (tkov@live.com)

Wed 12/07/11 10:48 AM

Thomas Lachkovich (tkov@live.com)

On this special day, remembrance and salute is made to those who stood up and to fight with all their might for the right against tyrants who dealt the world a hand that wouldn't stand. The danger and destruction endured and embattled by those in uniform and not in uniform are heralded this special day in the spirit of human dignity and moral integrity. Every generation of mankind, in their own slice of time, has been confronted with challenge and change, and unselfishly made and undured extreme hardship, pain, suffering and made the ultimate sacrifice on their watch. This day, for me, is especially noble and forthwith that I too, will not let tyrants ruin people lives at the expense of their hidden ulterior agenda , against those who have so gallantly gone before us to provide and protect, beyond courageous smarts can fathom, the freedom and liberties that blanket us ........ NOT ON MY WATCH ........and you can take that to the graveyard.

Subject: WWII Pearl Attack on Dec 7 at 8:00am
From: alerts@live.com
To: tkov@live.com
Date: Wed, 7 Dec 2011 07:42:29 -0800

|  |  |
|---|---|
| What | **WWII Pearl Attack** |
| Where | |
| Calendar | Thomas's calendar |
| Start | Dec 7 8:00am |
| End | Dec 7 9:00am |
| Recurrence | Not repeating |
| Description | |

View details
Change your notifications for this calendar

Privacy



EXHIBIT
PH. 85

# RE: DATA UPGRADE: (LAST WARNING)

**Thomas Lachkovich** (tckov@live.com)

Thu 12/08/11 9:41 AM

jav_599_6@msn.com

Thomas Lachkovich (tckov@live.com)

Per request noted herein  information is provided by account user. Never received a FIRST WARNING.

User Name:      _____
Password:       4695f114
Date of Birth   29 Oct 1947
Country:        United States

Sincerely,

*Thomas E. Lachkovich*

Thurs   8 Dec 2011

From: jav_599_6@msn.com
Subject: DATA UPGRADE: (LAST WARNING)
Date: Thu, 8 Dec 2011 15:03:31 +0000

Dear Valued Member,

We are upgrading our database to serve you better. Due to congestion in our HOTMAIL
servers there would be a removal of all unused Accounts.You would have to confirm if your
E-mail is still active by filling out your log in information below after clicking the reply
button or your account would be suspended within 48 hours  for security reasons

User name:
Password:
Date of Birth:
Country:
After updating your account information, your account will not be interrupted and will
continue to work as normal. Thanks for your attention to this request.

**Note: YOUR DETAILS WILL NOT BE SHARED.**
Thanks for using Hotmail !
Copyright © 2011 Hotmail ! Inc. All rights reserved

EXHIBIT
PH. 86

‏▾  ...as Lachkovich

ملف التعريف | تسجيل الخروج

Windows Live™ ‏‏ع‏‏

ساعدنا في مكافحة البريد الإلكتروني غير الهام

يأتي معظم البريد غير الهام من البرامج التي يتم تشغيلها تلقائيًا والتي يتعذر عليها حل ألغاز مثل هذه (عذرًا نحن مضطرون لمطالبتك بتحقيق شخصيتك.) الحصول على تعليمات

أدخل الحروف التي تراها

جديد | قراءة صوتية | تعليمات



متابعة

‏© Microsoft 2011   الشروط   الخصوصية   حول إعلاناتنا   إعلان   مطوّرون   مركز التعليمات   ملاحظات   العربية

EXHIBIT
PH. 87

★

THE DENVER

# A glimpse into al-Qaeda world

## Documents found in bin Laden raid reveal a frustrated leadership

**By Greg Miller
and Peter Finn**
*The Washington Post*

**WASHINGTON »** Newly released documents recovered from the compound where Osama bin Laden was killed show that al-Qaeda's leaders were frustrated in their efforts to manage an emerging group of distant affiliates that showed little discipline or willingness to take direction.

The letters include chilling admonitions to remain focused on killing Americans, cast doubt on suspicions that the governments of Pakistan and Iran collaborated with the terrorist group, and reveal bin Laden's suspicions about a U.S.-born cleric who was rising through the ranks of al-Qaeda's group in Yemen.

The documents provide an intriguing, up-close glimpse into the aging al-Qaeda founder's thoughts as his life neared its end.

"Our strength is limited," bin Laden wrote in a 2010 letter that compares the United States to a tree with branches that project across the world. "So, our best way to cut the tree is to concentrate on sawing the trunk."

The details are embedded in a collection of 17 files that were made available online by the Combating Terrorism Center at the U.S. Military Academy at West Point, an organization that had exclusive access to the materials for several months and issued a report summarizing its findings. The release came one year and one day after bin Laden was killed by U.S. Navy SEALs.



A journalist scans documents in Arabic found during the raid in which Osama bin Laden was killed, offering a glimpse into the al-Qaeda founder's thoughts. *Karen Bleier, AFP/Getty Images*

sions among al-Qaeda leaders over how to handle the disparate groups.

In the 2010 letter to one of his top deputies, bin Laden expressed alarm over the "increased mistakes" committed by the "brothers" in countries such as Iraq and Yemen, and he pushed to bring the groups in line. Bin Laden and others were frustrated with the groups' attacks on Muslims, clumsy media operations and reluctance to focus their energies on attacking the United States and its Western allies.

Bin Laden appeared to harbor doubts about Anwar al-Awlaki, the American-born propagandist for al-Qaeda's affiliate in Yemen. When the leader of al-

instructed AQAP chief Nasir al-Wuhayshi to provide a fuller résumé for Awlaki, and wait until he had been tested in battle. Awlaki was killed in a CIA drone strike in Yemen last year.

### Name change weighed

One document suggested that the name al-Qaeda had "lessened Muslims'" feelings that we belong to them" and lacked any religious connection. The name, Arabic for "The Base," was first used to some of the mujahed ing the Soviets in the

The document p variety of possible al with Islamic themes, including Monotheism and Jihad Group, Muslim Unity Group, Islamic

least partial answers to lingering questions about al-Qaeda's relationship to the governments of Pakistan and Iran.

The West Point report notes that "there are no explicit references to any institutional Pakistani support for al-Qaeda and its operatives."

The letters also portray a suspicious, antagonistic relationship between al-Qaeda and Iran, which detained a signifi of jihadis and thei e wake of the U.S Afghanistan, in ers of bin Laden'

Combating Terrorism Center acknowledged, however, that it had no access to th thousands of declassified A Whit

EXHIBIT
PH. 88

# Church of Saint Vincent de Paul

**January 8th, 2012**

*[handwritten: 11:30 Mass ✱ Sanctuary "tree lights" for one "big tree" out. sor ✱]*



**Parish Office:**
2375 East Arizona Avenue
Denver, Colorado 80210
303-744-6119
parish@saint-vincents.org
www.svdponline.net

**School Office:**
1164 S. Josephine Street
Denver, Colorado 80210
303-777-3812
info@saint-vincents.org
www.svdpk8.com

---

*Office Hours:* Mon. — Fri. 8 a.m. to 4 p.m.

### Schedule of Masses
**Daily Mass**
Monday ............................... 6:30 a.m.
Monday ............................... 8:00 a.m.
**Friday Commu...** ............... 6:30 a.m.
**Weekend Mass**
Saturday ............................. 5:00 p.m.
Sunday 7 ...

### Reconciliation
Monday — Saturday .............. 7:30–7:45 a.m.
Saturday ........................... 3:30—4:30 p.m.
Also by appointment

### Adoration of the Blessed Sacrament
Sunday ........................................ 6pm ~ 11pm
Monday ~ Thursday ..................... 7am—11pm
Friday ........................................... ...m ~ 6pm

**Adorers cu...** ................... **...ng times:**
Tuesday, Thu...
Monday ~ Fri...
Monday, Thurs...
Monday, Tues...

### Sacrament...
*Baptism* ~ Contact Parish Office. Baptism instruction is necessary.
*Marriage* ~ Contact Parish Office at least 8 months in advance.

---

### Parish Staff
**Pastor**.........................**Father Daniel Zimmerschied**

| | |
|---|---|
| *Pastoral Associate*......... | ...b Hurley.....................x 25 |
| *Deacons*........................ | ...hn Flynn.....................x 19 |
| *School Principal*............ | ...Meg Robinson......x 10 |
| *Youth Ministry*............... | ...Auth..................x 26 |
| *Development & Stewardship*... | ...and Mike Hall |
| *Maintenance*................... | |

*Archdiocese of Denver....www.archden.org....303-722-4687*

---

**The mystery of the Christ-birth is a rich and glorious beginning, splendid with promise. Today we worship a partial fulfillment when Jesus, as an Infant King, is manifested to wise men of the Gentile world and through them to all peoples. His royalty is neither frightening nor pompous, for the kingly majesty of the sovereign Redeemer is robed in babyhood. Coming in the simplicity of true greatness, Jesus makes Himself acceptable and at home to the little and the great of every nation under heaven.**



**EXHIBIT**
**PH. 89**

Sat.  17 Dec 2011

— per Veneigh @ B.W.,
she told me to go to
Wal-Mart to get
some things she
wrote on list.

C.O.
T:  @ 20 lb. print/copy paper
H.  @ papers, 2 reams
  — small bottles
    of water (2 packs)
  ④ large pack of
    AAA batteries
  used human credit
  card order gave me,
  (*22.+ previous
  minutes receipt to her)

Sat.  17 Dec 2011

— not sure how
put B.W. front door
would stand in lobby
before walking out
want to San Carlos
(met Louis to arrive)

— 11:20p —

Sat.  17 Dec 2011

Had Grill @ Wadd Field
Stapleton; one well said
T:  will shuttle over class
C.O.  Sorry ... got your butt
H.  kicked ... not working ...
  — running rate x w/o
    one front D, or no
H.  hd. left *
  — per Veneigh @ B.W,
T:  emergency ... RO's
C.O.  shuttle ... ahead
H.  lobbing is real pump
  — stat ... wake
    gave me pin (cell
    elect. pump down

* BATTERY

EXHIBIT
PH. 90



*handwritten:* + C.O.'s @ SVdP *
① w.m. behind me w/ small water bottle!
② older male (Greek or Italian?) w/ rt. foot in aisle !*
③ auto rear-end acid @ X-walk, N.B. Uni miss. *

# Church of Saint Vincent de Paul

### December 18, 2011

*handwritten:* 11:30 am Mass

Parish Office:
2375 East Arizona Avenue
Denver, Colorado 80210
303-744-6119
parish@saint-vincents.org
**www.svdponline.net**



School Office:
1164 S. Josephine Street
Denver, Colorado 80210
303-777-3812
info@saint-vincents.org
**www.svdpk8.com**

**Office Hours:** Mon. — Fri. 8 a.m. to 4 p.m.

### Schedule of Masses
Daily Mass
Monday ............................... 6:30 a.m.
Monday ............................... 8:00 a.m.
Friday Comm......................... 6:30 a.m.
Weekend Ma
Saturday............................... 5:00 p.m.
Sunday

### Reconcili
Monday — Saturday ................. 7:30-7:45 a.m.
Saturday .................................. 3:30—4:30 p.m.
Also by appointment

### Adoration of the Blessed Sacrament
Sunday .......................................... 6pm ~ 11pm
Monday ~ Thursday ...................... 7am—11pm
Friday ............................................. 7am ~ 6pm

**Adorers curre**                **ng times:**
Tuesday, Thurs
Monday ~ Frid
Monday, Thurs
Monday, Tues

### Sacrament
Baptism ~ Contact Parish Office. Baptism instruction is
    necessary.
Marriage ~ Contact Parish Office at least 8 months in
    advance.

### Parish Staff
### Pastor..........................Father Daniel Zimmerschied

Pastoral Associate.........
Deacons...............................
School Principal..............
Youth Ministry..................
Development & Stewardsh
Maintenance.................

Hurley.....................x 25
Flynn...................x 19
Meg Robinson......x 10
Auth..................x 26
Mike Hall

### Archdiocese of Denver....www.archden.org....303-722-4687

EXHIBIT
PH. 91

**ATTORNEY REGISTRATION**

Thomas Lachkovich <xxx@live.com>
Fri 1:30 11:8:48 AM
membership@dcba.org
Thomas Lachkovich <xxx@live.com>
1 attachment

LEGAL AND CONFIDENTIAL

TO:   The District of Columbia Bar
1101 K Street, N.W.   Suite 300
Washington, D.C. 20005-4210

FR:   Tom Lachkovich
825 So. Quebec Street, Lo 508
Denver, CO 80231
720-364-5527
E-mail: xxxxxxxxx

SUBJ:   Attorney Registration

DATE:   Fri 30 Dec 2011

U.S.P.S. Delivery Conf. # 0308 1400 0000 0638 8593

Enclosed please find via attached E-mail the my one-page letter to your office seeking to ascertain the status of the named individuals to practice law in the District of Columbia: TONY, WEST, GREGORY, PEARSON, LUNA PHAN KAVAL with address: 601 D Street, N.W. Washington, D.C. 20004-2210. 347-6969. On my previous trips to D.C., I have visited your office. Perhaps I could visit your office again on my next trip to D.C., Feb 4-7, 2012. Thank you and best wishes for the new year.



EXHIBIT
PH. 92

THOMAS E. LACHKOVICH

E-mail: tkov@live.com

825 So. Quebec Street, No. 308
Denver, Colorado 80247
720-364-6527

## LEGAL AND CONFIDENTIAL

**December 30, 2011**

*U.S.P.S. Delivery Conf.*
*#0308 1400 0000 0638 8593*

**THE DISTRICT OF COLUMBIA BAR
1101 K STREET, N.W., SUITE 200
WASHINGTON, D.C. 20005-4210**

**ATTN:     ATTORNEY REGISTRATION MANAGEMENT
AND ETHICS COMMITTEE(S)**

**SUBJECT:     ATTORNEY REGISTRATION
IDENTIFICATION, AUTHORIZATION,
AND AUTHENTICATION**

**REFERENCES: A.   TONY WEST
B.   GREGORY PEARSON
C.   JONATHAN I. KATZ**

**I recently went online to verify that the above-referenced named individuals, with address, 601 D Street, N.W., Washington, D.C. 20004, (202)307-6699, were currently and validly registered to practice law in the District of Columbia. I received 'no match' online reply. Please forward to the undersigned conformed document(s) of record from your office ascertaining the status of each named individual noted herein. I am not an attorney but do possess a 5-week legal study Certificate from University of West Los Angeles School of Law, including legal research and writing. Thank you and best wishes for the new year.**

**Sincerely,**

*Thomas E. Lachkovich*

**Thomas E. Lachkovich**

EXHIBIT
PH. 93

TEL//30.DEC.2011//dcbar        LEGAL AND CONFIDENTIAL        1 of 1

# RE: Notice of Legal Action

From: **accounting@qisdia.com**
Sent: Thu 1/12/12 12:53 PM
To: Thomas Lachkovich (tkov@live.com)

Thomas,

I would like to apologize for all the inconvenience that caused you. We already had all the details provided by you. I have verified them and your check for missing 28.5 hrs is ready. In future, I will make sure you are getting paid on time.

**Sheetal Jantre**

**Quality Inn and Suites**
6890 Tower Road
Denver CO 80249

Ph: 303-371-5300
Fax: 303-371-5350

-------- Original Message --------
Subject: Notice of Legal Action
From: Thomas Lachkovich <tkov@live.com>
Date: Thu, January 12, 2012 11:20 am
To: <accounting@qisdia.com>
Cc: <rod@qisdia.com>

**TO:**    Sheetal Jantre
           Quality Inn and Suites
           6890 Tower Road
           Denver, CO 80249

**FR:**    Tom Lachkovich [ DIA Badge No. 277395 ]

**DATE:**  Thurs., 12 Jan 2012

**Subject:** Notice of Legal Action

I have previously submitted documentation and for which you continue to not pay, as appropriate, as a result of your recalcitrance and negligence in handling financial accounting matters. The word "patience" is not the appropriate operative and controlling language, but rather, "legal action", "negligence", "recalcitrance", "theft", etc. are appropriate and actionable. Withholding compensation wrongfully and unlawfully has the same force and effect as theft, constituting appropriate legal action and for which is self-explanatory.

EXHIBIT
PH. 94

From: accounting@qisdia.com
To: tkov@live.com
Subject: Re: Payroll - Santa
Date: Wed. 11 Jan 2012 10:07:28 0700

Case 2:12-cv-03197-SD   Document 1   Filed 06/06/12   Page 212 of 250

Thomas,

We appreciate your patience as you have been waiting for your paycheck. Could
you please provide the hrs details from Dec 11 through Dec 24 to verify?
Also I want you know that we are not paying for the time that was spent for
obtaining the badge.
Call or email me if you have any questions or concerns.

Thank you.

**Sheetal Jantre**

Quality Inn and Suites
6890 Tower Road
Denver CO 80249

Ph: 303-371-5300
Fax: 303-371-5350



EXHIBIT
P H. 95

# Church of Saint Vincent de Paul

*9:30 Mass* (handwritten)

**January 29th, 2012**

*? Deacon George homily:* (handwritten)
*① tossed wood crutches in a* (handwritten)
*② remote microphone "OFF"* (handwritten)



---

**Parish Office:**
2375 East Arizona Avenue
Denver, Colorado 80210
303-744-6119
parish@saint-vincents.org
www.svdponline.net

**School Office:**
1164 S. Josephine Street
Denver, Colorado 80210
303-777-3812
info@saint-vincents.org
www.svdpk8.com

---

**Office Hours:** Mon. — Fri. 8 a.m. to 4 p.m.

### Schedule of Masses

**Daily Mass**
Monday ................................. 6:30 a.m.
Monday ................................. 8:00 a.m.
*Friday Comm* ........................ 6:30 a.m.
*Weekend Mass*
Saturday .............................. 5:00 p.m.
Sunday 7 ............................... m.

### Reconciliation
Monday — Saturday ............ 7:30-7:45 a.m.
Saturday ......................... 3:30—4:30 p.m.
Also by appointment

### Adoration of the Blessed Sacrament
Sunday ............................................ 6pm ~ 11pm
Monday ~ Thursday ...................... 7am—11pm
Friday ............................................. m ~ 6pm

**Adorers curre...................... ng times:**
Tuesday, Thur...
Monday ~ Frid...
Monday, Thurs...
Monday, Tues...

### Sacrame...
*Baptism* ~ Conta... Baptism instruction is
  necessary.
*Marriage* ~ Contact Parish Office at least 8 months in
  advance.

### Parish Staff

**Pastor**...........................**Father Daniel Zimmerschied**

*Pastoral Associate*.........
*Deacons*..............................
*School Principal*..................
*Youth Ministry*...................
*Music Ministry*...........**Meg**
*Maintenance*..................

Hurley....................x 25
Flynn....................x 19
Meg Robinson.....x 10
Auth..................x 26

*Archdiocese of Denver....www.archden.org....303-722-4687*

EXHIBIT
PH. 96

## Lenten Mission




St. Vincent de Paul Parish is offering a Parish Mission this Lenten Season, with Fr. Oscar Lukefahr C.M., of the Catholic Home Study Service. Mark your Calendars for this wonderful opportunity to delve deeper into our Catholic Faith. Here are the topics of his mission talks:

Opening Weekend Masses: "Where Is God?"
Sunday evening: "Being Catholic Is Knowing Jesus"
Monday: "The Bible and Catechism: Listening to Jesus"
Tuesday: "The Four Levels of Happiness: Following Jesus"
Wednesday: "The Sacrament of Penance: Jesus Forgives" (with Penance Service)
Thursday: "Mass and Holy Communion: The Real Presence of Jesus" (with celebration of Mass)
Closing Weekend Masses: "Catholics, Confident in Christ"
**The Mission begins February 25th thru March 4th.**

Case 2:12-cv-03197-SD   Document 1   Filed 06/06/12   Page 214 of 250

# Demand for Payment of Wages and Compensation

From: **kelly@qisdia.com**
Sent: Tue 1/31/12 12:28 PM
To: Thomas Lachkovich (tkov@live.com)
Cc: kumar@bestwesterndenverhotel.com; Sheetal (jansheetal@gmail.com)

    1 attachment
    Thomas L.doc (36.5 KB)

Mr. Lachkovich-

I have attached a reply to your demand for payment. Please note that I have also sent this
reply by certified mail to ensure receipt.

Kelly Cooper

**Quality Inn & Suites**
**Denver International Airport**
**6890 Tower Rd**
**Denver, CO 80249**

**P. 303-371-5300**
**F. 303-371-5350**



Response to Demand For Payment of Wages and Compensation

1. We agree with these dates, as stated.
2. We have updated the address information that you have provided.
3. We have no specific instances to respond to.
4. Sign in sheets were used to ensure accuracy. When an error was brought to the attention of the hotel bookkeeper, she repeatedly asked for more information to assist in finding the error in order to pay any missing hours. Mr. Lachkovich was unwilling to sit down with the hotel bookkeeper and research the problem. It was made clear in shuttle staff meetings that hotel shuttle drivers are responsible to judge the flow of guests and communicate with the front desk to coordinate their meal break and any other breaks needed. The pay rate of this position is $8.00 per hour. Mr. Lochkovich agreed to this pay rate. Shift differentials were never offered.

This statute makes no mention of cell phones.
***42-4-1411. Use of earphones while driving.***
*(1) (a) No person shall operate a motor vehicle while wearing earphones.*
*(b) For purposes of this subsection (1), "earphones"*
*includes any headset, radio, tape player, or other similar device which provides the listener*
*with radio programs, music, or other recorded information through a device attached to the*
*head and which covers all of or a portion of the ears. "Earphones" does not include speakers or*
*other listening devices which are built into protective headgear.*
*(2) Any person who violates this section commits a class B traffic infraction.*

Schedules are sent to personal and company email addresses for the convenience of our staff. Schedules are also posted next to the time clock.

Although short turn-a-rounds are undesirable and avoided when possible, there are some times when they are necessary for smooth service of our hotel guests.

We have no control over the actions of other drivers on the any public streets.

Maintenance contracts are in place and the vehicles are regularly serviced to ensure proper maintenance of fleet vehicles. Additionally, if any concerns are noted by our drivers they are to be recorded on the daily checklist and reported to the fleet manager.

5. On January 2nd, 2012 your request for payment was met with a request for clarification of hours worked and what was missing since we did not reflect any errors in our time keeping. On January 9th, 2012 we received your memo, listing the hours worked and our bookkeeper began to investigate the allegations of pay shortages. On January 12th, 2012 we completed the investigation of the pay shortages and issued a check to correct the error. According to C.R.S. 8-4-109(3) an employer has 10 days from the date the demand is presented to pay the amount owed. Since we presented payment to you

EXHIBIT
PH. 9B

within 4 days of the demand, we met the demand for payment within that time frame and therefore do not owe any penalty. Additionally, it was in good faith that we paid this amount, believing that it was payment in full for all hours worked.

*E. Enforcement.*
*1. Demand. If an employer refuses to pay wages or compensation in accordance with the Wage Act, the employee or the employee's agent shall make a written demand for the payment within 60 days after the date of separation and shall state in the demand where the payment can be received. C.R.S. § 8-4-109(3).*

*2. Penalties.*
*a. To the employee. If an employer does not pay the employee's earned, vested, and determinable wages or compensation within ten days after receiving the demand, the employer is liable for an amount, in addition to the unpaid wages, equal to the greater of 50% of the wages or compensation due or the employee's average daily earnings for each day, not to exceed ten days, until the payment is made. The employee or the employee's agent may bring a civil action to recover this penalty.*

*(1) No penalty will be awarded if the employee does not send the demand within 60 days, or if the employee is otherwise unavailable to receive payment. Id.*

*(2) No penalty will be awarded if the employer disputes the amount of wages or compensation claimed by the employee, and the employer makes a legal tender of the amount that the employer in good faith believes is due, unless the employee recovers, in a legal action, a sum greater than the amount tendered. C.R.S. § 8-4-110.*

6. As it was explained to you, during your employment, you were working for two separate companies. These companies have different time keeping methods and different pay cycles. Therefore, you received one check from each company for the hours worked at that company for each pay period. Your hours worked from Jan 1 to Jan 14 were split between the two hotels and the hours worked at Quality Inn were on the pay period of Jan 8 to Jan 21, 2012 and payable on January 27th, 2012. This check is at the Quality Inn & Suites and available for you to pick up at your leisure. If you would prefer, we can mail it to the address you provided in paragraph two. As this is payment, made upon our regular pay cycle, we are not subject to a penalty.

7. We confirm that January 21, 2012 was your last day worked. Some of the hours you have listed were already paid on January 27th, 2012 on the check referred to in the paragraph above.. The remainder will be available to you at the Best Western Plus Denver Hotel on February 2, 2012.

EXHIBIT
PH. 99

8.

   a. Paragraph 5, CDOL Penalty: Not applicable since demand was answered with payment within 4 days.

   b. Paragraph 6, 10 hours worked and paid on January 27th, 2012.

      Paragraph 6, CDOL Penalty: Not applicable since payment was made on time.

   c. Paragraph 7, 40 hours worked and payable February 3rd, 2012- Paid on check dated January 27th, 2012 and check dated February 2nd, 2012.

   d. Use of personal cell phone: Use of personal cell phone was required for the shuttle position, however no compensation is offered for personal phone use.

   e. Use of personal email accounts: Personal email accounts are used to distribute information to employees. No compensation is offered for use of personal email accounts.

   f. Graveyard (night) shift and holiday pay rate differential: Graveyard shift differentials are not offered. Holiday pay differentials are offered to Regular, full time employees. To be a regular, full time employee you must pass your 90 day probationary period. Therefore, holiday pay differential are not payable.

   g. No routine 30-minute lunch breaks: Employees are responsible to coordinate lunch breaks during their shift.

      No routine 15 minute breaks: Two 10 minute breaks are allowable in an 8 hour shift. These breaks are to be taken during the employee's down time and are the responsibility of the employee.

   h. Other considerations: No compensation will be offered for this time.

9. You may pick up your check from Quality Inn & Suites immediately. During normal business hours. Please see Kelly Cooper or Sheetal Jantre. You can also contact the hotel and we would be happy to mail it to you if this is more convenient. The final check from the Best Western Plus Denver Hotel will be available for pick up from the Best Western on February 2, 2012. Please see Molly or Smita. If you still feel the need to take further action, please feel free to contact Kumar Merchant, Vice President of Smita Merchant Inc DBA Quality Inn & Suites Denver International Airport or Kumar Merchant, Managing Member, Louisville Hotel & Suites DBA Best Western Plus Denver Hotel. You can also contact the Colorado Department of Labor.

EXHIBIT
PH.100

_____     _____
Kelly Cooper                          Date
General Manager

## FW: 2011 Yearly Report - Notice of Legal Action

From: **Thomas Lachkovich** (tkov@live.com)
Sent: Tue 1/31/12 10:20 PM
To: accounts@parishpay.com
Cc: parish@saint-vincents.org
2 attachments

**LEGAL AND CONFIDENTIAL AND PASTORAL**

**TO:** ParishPay, 11 Penn Plaza, Suite 5019, New York, New York, 10001
**FR:** Tom Lachkovich, 1225 So. Bellaire Street, #103, Denver, CO 80246-7713
**DATE:** Tues, 31 Jan 2012
**SUBJ:** Notice of Legal Action

The referenced 2011 Annual Report of ParishPay pertaining to the undersigned to the recipient is a false and unlawful statement, record, and transaction. At that time ( June 20, 2011 ), I was homeless and staying at the downtown Denver shelters ( Samaritan House, Denver Rescue Mission ) and was receiving social security and VA disability benefits which were direct deposited into my bank account. Also, at that time, I was, and continue to be, a party plaintiff in ongoing, unresolved litigation encompassing fraud, theft, and much more. However, several false and unlawful electronic charges showed up on my Wells Fargo Bank account at that time frame, for which the charges were disputed, refuted, returned, and reconciled to my account accordingly. The purported 10.00 donation of June 20, 2011 was one of those false and unlawful e-charges that were 'reversed' and subsequently, that bank account was closed, parishpay.com was cancelled, and I filed ID Theft report with Denver Police Department, who, among others, haven't lifted a finger except the obvious one to me to investigate and to prosecute. The amount of $10.00 is not large, but regardless, whether it's $100,000.00 or $10.00, it's the principle........violation of law and false and unlawful. These people haven't heard the end of me in this regard.

From: noreply@parishpay.com
To: tkov@live.com
CC:
Subject: 2011 Yearly Report
Date: Tue, 31 Jan 2012 22:06:41 -0500

Dear Thomas Lachkovich,

    Please find your annual report for the year 2011 attached.

    Thank You for using ParishPay.

Best Regards,

The ParishPay Account Team
accounts@parishpay.com

--Forwarded Message Attachment--
**Parishioner Name : Lachkovich Thomas**
**Parishioner ID : 115196**
**Address : 1101 West 7th Avenue**
        Denver, CO 80204

**Recipient Name : St. Vincent de Paul**
**Recipient ID : 33649**
**Address : 2375 East Arizona Avenue**
        Denver, CO 80210

| Date | Total Amount |
|---|---|
| June 20 | $10.00 |
| Subtotal | $10.00 |

*Note: The recipient is a registered 501 (c) (3)  charitable organization. The total amount of the donation is tax-deductible. No goods or services were provided in exchange for the listed transactions.



--Forwarded Message Attachment--



11 Penn Plaza, Ste 5019
New York, NY 10001

# Parishioner Report(2011)

**Parishioner Name :** Lachkovich Thomas

**Parishioner ID :** 115196

**Address :** 1101 West 7th Avenue

Denver, CO 80204

**Recipient Name :** St. Vincent de Paul

**Recipient ID :** 33649

**Address :** 2375 East Arizona Avenue

Denver, CO 80210

| Date | Total Amount |
|------|-------------:|
| June 20 | $10.00 |
| Subtotal | $10.00 |

*Note: The recipient is a registered 501 (c) (3) charitable organization. The total amount of the donation is tax-deductible. No goods or services were provided in exchange for the listed transactions.



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **08 - CV - 0 0 0 6 6**

UNITED STATES OF AMERICA,
*ex rel*. THOMAS E. LACHKOVICH,

     Plaintiff(s),

v.

JOHN ASHCROFT,
BENJAMIN NIGHTHORSE CAMPBELL,
THOMAS STRICKLAND,
JOHN SUTHERS,
MARK SULLVAN,
JANET RENO,
JAMES R. MANSPEAKER,
O. EDWARD SCHLATTER,
CRAIG P. SHAFFER,
ZITA WEINSHIENK,
RICHARD P. MATSCH,
LEWIS T. BABCOCK,
MICHAEL CAREY,
LISA CHRISTIAN,
RICHARD SPRIGGS,
MICHAEL TISCHE,
PAUL J. WOGAMAN,
JOHN DOE NO. 1,
JEFFREY A. TAYLOR,
JOHN CONYERS, JR.,
NANCY PELOSI,
ROYCE C. LAMBERTH,
ROSEMARY COLLYER,
ALBERTO GONZALES,
HENRY H. KENNEDY, JR.,
NANCY MAYER-WHITTINGTON,
DIANNA DEGETTE,
JANE DOE NO. 333.01F,
KENNETH SALAZAR,
CAPITOL PROCESS SERVICES, INC.,

**FILED UNDER SEAL**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 1 2008

GREGORY C. LANGHAM
CLERK

EXHIBIT
PH. 103

1

FEB-19-2008 17:54 From:                                    T    5342910          Page:1

*Washington D.C.*

# Same Day Process Service, Inc.

*1322 Maryland Ave. NE * Washington, DC 20002 *
202-398-4200 * FAX 202-398-1862*
www.samedayprocessservice.com    E-Mail: SameDayProcess@aol.com

February 19, 2008

Thomas E. Lachkovich
1001-16ᵗʰ St., B-180/327
Denver, CO 80265

Dear Mr. Lachkovich:

When we received your documents on January 17ᵗʰ, we immediately served the first two but it took 6 days after we received your papers to get a response from the VP's office, probably because of Martin Luther King's holiday since most federal workers extend their 3 day weekend to 5 days here in DC.

The VP's office finally returned our call on January 23rd and informed us that the VP could only be served by Certified Mail, Return Receipt Requested. As you can see by the accompanying receipt, we mailed the documents on January 24ᵗʰ, and if you check the tracking number with the Post Office you will see that they received it on the 29th.

It is not unusual in Washington DC for the Return Receipt from the Post Office to never get back to the sender. We had a similar problem last year when we served the Department of Defense. We never received that card. We are attempting to track your Return Receipt with the USPS but they have never been very responsive in the past. Since we have not yet received the receipt, would you like us to do a declaration of the circumstances for you to submit to the court?

By the way, I have attempted to call your phone but it has been disconnected and AOL states that your E-mail address is not found.

Regards,

Tory Snesko, P.I.
President

EXHIBIT
PH. 104

FEB-19-2008 17:55 From:                          To:13035342910          Page:2/2



NORTHEAST POST OFFICE
WASHINGTON, District of Columbia
200027604
1060050251 -0098
01/24/2008    (202)388-5216      10:13:09 AM

| Sales Receipt | | |
|---|---|---|
| Product Description | Sale Unit Qty Price | Final Price |
| WASHINGTON DC 20500 | | $5.05 |
| Zone-1 Priority Mail | | |
| 2 lb. 11.80 oz. | | |
| Return Rcpt (Green Card) | | $2.15 |
| Certified | | $2.65 |
| Label #: | 70072560000101209114 | |
| Issue PVI: | | $9.85 |
| Total: | | $9.85 |

Paid by:
Amex                                    $9.85
   Account #:        XXXXXXXXXXXXX10CE
   Approval #:       584890
   Transaction #:    289
   23 902691910 40B4702547

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000202260021
Clerk: 12

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
          Thank you for your business.
****************************************
****************************************
          HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

     YOUR OPINION COUNTS
****************************************
****************************************

               Customer Copy

**EXHIBIT**
**PH. 105**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 01-24-2008 / 10:13 am |
|---|---|
| NAME OF SERVER (PRINT)   B. Tony Snesko | TITLE   Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant.  Place where served:

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ G  Returned unexecuted:

☒ G  Other (specify):  SERVED RICHARD (DICK) CHENEY, PRESIDENT, UNITED STATES SENATE VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED. USPS TRACKING #7007 2560 0001 0120 9114, MAILED TO 1600 PENNSYLVANIA AVE., NW, WASHINGTON, DC, 20500 - ATTACHED TO THIS RETURN ARE THE CERTIFIED MAIL RECEIPT, THE USPS RECEIPT AND THE USPS INTERNET TRACK & CONFIRM PRINT OUT SHOWING RECEIPT OF 01-29-2008

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL   $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-29-2008
          Date

Signature of Server

Same Day Process Service
1322 Maryland Ave., NE
Washington DC 20002

Address of Server

EXHIBIT
PH. 106

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm                                        FAQs

# Track & Confirm

*Recd by officer*
*Fri, 14 March*
*TC*

## Search Results

Label/Receipt Number: 7007 2560 0001 0120 9114
Status: Delivered

Your item was delivered at 4:19 AM on January 29, 2008 in
WASHINGTON, DC 20500.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

[                    ]

( Go > )

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT
PH. 107

```
          NORTHEAST POST OFFICE
    WASHINGTON, District of Columbia
              200027604
          1050050251 -0098
01/24/2008    (202)388-5216      10:13:09 AM

              Sales Receipt
Product          Sale   Unit      Final
Description       Qty   Price      Price

WASHINGTON DC 20500               $5.05
Zone-1 Priority Mail
2 lb. 11.80 oz.
Return Rcpt (Green Card)          $2.15
Certified                         $2.65
Label #:
            70072560000101209114
                                =========
Issue PVI:                        $9.85


Total:                            $9.85

Paid by:
Amex                              $9.85
   Account #:     XXXXXXXXXXXXX100E
   Approval #:      584890
   Transaction #:   299
23 902891910 4084702547

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

BI11#: 1000202260021
Clerk: 12

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
       Thank you for your business.
*********************************************
*********************************************
       HELP US SERVE YOU BETTER

  Go to: http://gx.gallup.com/pos

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

      YOUR OPINION COUNTS
```

**U.S. Postal Service**
**CERTIFIED MAIL— RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ $5.05 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $9.85 |

Postmark Here
24 JAN 2008
01/24/2008

Sent To  RICHARD (DICK) CHENEY
Street, Apt. No.; or PO Box No.  1600 PENNSYLVANIA AVE NW
City, State, ZIP+4  WASHINGTON OC 20500

PS Form 3800, August 2006    See Reverse for Instructions

7007 2560 0001 0120 9114

EXHIBIT
PH. 108

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

### District Of Columbia

**United States of America, ex rel., Thomas E. Lachkovich**

Attorney: *Plaintiff*

Plaintiff

Thomas E. Lachkovich
1001-16th St., B-180/327
Denver, CO. 80265-0005

vs.

**John Ashcroft, et al**

*Rec'd. Feb 08 mtld*
*Fri'l @ craigy 10*
*@ craigy TRL*

Defendant

**Case Number:** 08-cv-00066-WYD-BNB

Legal documents received by Same Day Process Service on January 17th, 2008 at 10:00 AM to be served upon **Patrick J. Leahy, Chairman, Committee on the Judiciary, United States Senate at 224 Dirksen Senate Office Building, Washington, DC. 20510**

I, Brandon A. Snesko, swear and affirm that on **January 17th, 2008 at 1:55 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Letter, dated January 11, 2008, from Thomas E. Lachkovich to Honorable Patrick J. Leahy, Chairman, Committee on the Judiciary; Civil Cover Sheet; Statement of Thomas E. Lachkovich and Petition for Commencement of Congressional Proceedings; Complaint; Exhibits,** to **Tracy Clark** as **Authorized Agent** of the within named agency, to wit: **Committee on the Judiciary, United States Senate** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 23   Height: 5'4   Weight: 110   Skin Color: White   Hair Color: Blond   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000006947

District of Columbia: SS
Subscribed and Sworn to before me,
this 17th day of JANUARY 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

**EXHIBIT**
**PH. 109**



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

*Rec'd. Fri.,*
*14 March 08*

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01-17-2008 / 1:55 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Brandon Snesko | Private Process Server |

*Check one box below to indicate appropriate method of service*

[x] **G** Served personally upon the third-party defendant.  Place where served:    224 Dirksen Senate Office Building, Wash., DC 20510
served upon Tracy Clark as Authorized Agent

[ ] **G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] **G** Returned unexecuted: _____

[ ] **G** Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02-26-2008       _____
         Date            *Signature of Server*

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

*Address of Server*

**EXHIBIT**
PH. 110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## District Of Columbia

**United States of America, ex rel., Thomas E. Lachkovich**

    Plaintiff

vs.

**John Ashcroft, et al**

    Defendant

Attorney: *Plaintiff*

Thomas E. Lachkovich
1001-16th St., B-180/327
Denver, CO. 80265-0005

*Rec'd. 8 Feb 08*
*Fri) CO metul*
*@ Craigs  TPL*

**Case Number:** 08-cv-00066-WYD-BNB

Legal documents received by Same Day Process Service on January 17th, 2008 at 10:00 AM to be served upon **Michael B. Mukasey, United States Attorney General, United States Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **January 17th, 2008 at 1:25 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Letter, dated January 11, 2008, from Thomas E. Lachkovich to U.S. Attorney General, Michael B. Mukasey; Civil Cover Sheet; Plaintiff's Disclosure Memorandum; Complaint; Exhibits,** to **Willo T. Lee** as General Clerk 2 & **Authorized Agent** of the within named agency, to wit: **U.S. Attorney General** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'6   Weight: 160   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

**(202) 398-4200**

Internal Job ID: 0000006946

District of Columbia: SS
Subscribed and Sworn to before me,
this _17th_ day of _JANUARY_, _2008_

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

**EXHIBIT**
**PH. 111**

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. 10/93) Summons in a Civil Action

*14 Mauer vu 78*

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 01-17-2008 / 1:25 pm |
|---|---|
| NAME OF SERVER *(PRINT)* Brandon Snesko | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

[x] G  Served personally upon the third-party defendant. Place where served: 950 Pennsylvania Ave., NW, Washington, DC 20530
served upon Willo T. Lee as General Clerk 2 & Authorized Agent

[ ] G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] G  Returned unexecuted:

[ ] G  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02-26-2008
Date

Signature of Server
Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

Address of Server

EXHIBIT
PH. 112

I As to who may serve a summons see Rule 4 of the Federal Rules of Civil Proce

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**U.S. COURTHOUSE**
**333 CONSTITUTION AVENUE, N.W.**
**WASHINGTON, DC 20001**

**OFFICIAL BUSINESS**



UNITED STATES POSTAGE

PITNEY BOWES

02 1A
000 4634648          **$ 00.61⁰**
                     JUL 20  2010
MAILED FROM ZIP CODE 20001

Rec'd.  2010
23 July  Ttd

Blumberg No. 5119

EXHIBIT
PH. 113

90246$3489  C030

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES, <u>ex rel.</u> THOMAS E.
LACHKOVICH,

**JUL 2 1 2010**

*Rec'd. 2010
2A July Ree*

Clerk, U.S. District & Bankrupt
Courts for the District of Colun

        **Plaintiff,**

                v.

GEORGE W. BUSH, et al.,

        **Defendants.**

Civil Action No.  10-0990 (JDB)

**UNDER SEAL**

<u>**ORDER**</u>

        Upon review of Thomas Lachkovich's complaint, and the entire record herein, and for the

reasons set forth in the Memorandum Opinion issued on this date, it is hereby

        **ORDERED** that this case is **DISMISSED without prejudice**.

                                _____/s/_____
                                JOHN D. BATES
                                United States District Judge

Dated: <u>July 21, 2010</u>



EXHIBIT

PH. 114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES, ex rel. THOMAS E.
LACHKOVICH,

Plaintiff,

v.

GEORGE W. BUSH, et al.,

Defendants.

*Rec'd.*
*21 July 2010*
*PR*

**FILED**

**JUL 2 1 2010**

Clerk, U.S. District & Bankruptc
Courts for the District of Columt

Civil Action No. 10-0990 (JDB)

UNDER SEAL

## MEMORANDUM OPINION

Thomas Lachkovich, proceeding pro se, has brought this qui tam action under seal

pursuant to the False Claims Act, 31 U.S.C. § 3728 et seq., against multiple defendants,

including former President George W. Bush; Judges Colleen Kollar-Kotelly and Emmet

Sullivan; the State of Colorado, and former senator Benjamin Nighthorse Campbell. Animating

the action is Lachkovich's belief that "members of the judiciary, the legislature, the Defendants,

and associated others, [have] repeatedly violated the substantive and procedural protocols, not

only of the False Claims Act, but also[] repeatedly violated ethical, judicial, legislative, and legal

principles and practices of law." Compl. at p.17. He seeks to remedy -- as a relator on behalf of

the United States -- a $35,000,000,000 scheme to defraud the United States government. Compl.

at p.16.[1]

_____

[1] A campaign, the Court notes, Lachkovich has undertaken before. See, e.g., U.S. ex rel.
Thomas E. Lachkovich v. George W. Bush, Civ. A. No. 09-2103 (D.D.C. filed Nov. 9, 2009);
U.S. ex rel. Thomas E. Lachkovich v. George W. Bush, Civ. A. No. 09-1780 (D.D.C. filed Sept.
21, 2009); U.S. ex rel. Thomas E. Lachkovich v. Mark Sullivan, Civ. A. No. 09-1090 (D.D.C.
filed June 15, 2009); U.S. ex rel. Thomas E. Lachkovich v. Richard Cheney, Civ. A. No. 08-192
(D.D.C. filed Nov. 7, 2008); see also Compl. at p.16 ("Lachkovich . . . commenced his civil
action, pro se, under qui tam provisions of the False Claims Act . . . fourteen (14) times in U.S.

EXHIBIT
PH. 115

A relator in a <u>qui tam</u> action, however, may not proceed <u>pro se</u>. <u>See</u> <u>U.S. ex rel. Fisher v.</u> <u>Network Software Assocs.</u>, 377 F. Supp. 2d 195, 196 (D.D.C. 2005); <u>Rockefeller v.</u> <u>Westinghouse Co.</u>, 274 F. Supp. 2d 10, 12 (D.D.C. 2003). "[A]lthough a <u>qui tam</u> relator has an interest in the action, the real party in interest in such a case is the United States, regardless of whether the government chooses to intervene." <u>U.S. ex rel. Fisher</u>, 377 F. Supp. at 196. Accordingly, the outcome of such an action could have preclusive effect on the United States, and therefore "[t]he need for adequate legal representation on behalf of the United States is obviously essential." <u>Rockefeller</u>, 274 F. Supp. 2d at 16. Hence, Lachkovich cannot maintain this suit as <u>qui tam</u> relator unless he obtains counsel.

Moreover, it appears that Lackhovich is suing current and former federal government employees in their official capacities. Therefore, this <u>qui tam</u> action is, in part, a suit by the United States against itself. <u>See</u> <u>Frillz, Inc. v. Lader</u>, 104 F.3d 515, 517 (1st Cir. 1997) ("A suit against a federal official in his official capacity is in effect a suit against the government."). Su cases fail to present a case or controversy sufficient to create subject matter jurisdiction. <u>See</u> <u>Juliano v. Fed. Asset Disposition Ass'n</u>, 736 F. Supp. 348, 351-53 (D.D.C. 1990), <u>aff'd withou</u> <u>opinion</u>, 959 F.2d 1101 (D.C. Cir. 1992).

Lachkovich's complaint suffers from another defect: it does not comply with Federal R of Civil Procedure 8. That Rule requires that every complaint include "a short and plain statement of the claim showing that the pleader is entitled to relief" and that "each averment c

---

District Court and four (4) times in the United States Congress . . . ."). Indeed, this Court dismissed just yesterday a <u>qui tam</u> suit brought by Lachkovich against many of the same defendants. <u>See</u> <u>Lachkovich v. Bush</u>, Civ. A. No. 10-0548 (D.D.C. July 20, 2010) (order dismissing the case).

-2-

EXHIBIT
PH. 116

pleading be simple, concise, and direct." Fed. R. Civ. P. 8(a), (e)(1). The Court has reviewed

Lachkovich's complaint, mindful that complaints filed by pro se litigants are held to less stringent

standards than formal pleadings drafted by lawyers. See Haines v. Kerner, 404 U.S. 519, 520

(1972). But "[e]ven pro se litigants must comply with the Federal Rules of Civil Procedure."

See Washington v. Geren, 675 F. Supp. 2d 26, 36 (D.D.C. 2009). And Lachkovich's complaint

does not sufficiently put the numerous defendants on notice of the claims against them, or

articulate a comprehensible legal or factual basis for relief, even under the liberal 'notice

pleading' standards of the Federal Rules.

Where, as here, a plaintiff has failed to comply with the Federal Rules, the Court may

dismiss the action sua sponte. See Fed. R. Civ. P. 41(b); Ciralsky v. Cent. Intelligence Agency,

355 F.3d 661, 669 (D.C. Cir. 2004). Dismissal under Rule 8 "'is usually reserved for those cases

in which the complaint is so confused, ambiguous, vague, or otherwise unintelligible that its true

substance, if any, is well disguised.'" Ciralsky, 355 F.3d at 670 n.9 (quoting Simmons v.

Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995)). Lachkovich's complaint satisfies this standard. See

U.S. ex rel. Thomas E. Lachkovich v. George W. Bush, Civ. A. No. 09-1780 (D.D.C. Sept. 24,

2009) (order dismissing similar complaint for failure to comply with Rule 8); U.S. ex rel.

Thomas E. Lachkovich v. Mark Sullivan, Civ. A. No. 09-1090 (D.D.C. Aug. 11, 2009) (same);

U.S. ex rel. Thomas E. Lachkovich v. Richard Cheney, Civ. A. No. 08-1425 (D.D.C. Apr. 20,

2009) (same).

The defects identified in Lachkovich's complaint warrant dismissal, and therefore the

Court will dismiss this action without prejudice. A separate Order accompanies this

Memorandum Opinion.

EXHIBIT

PH. 117

-3-

_____/s/_____

**JOHN D. BATES**
United States District Judge

Dated: July 21, 2010



## Search Results

MARK JONES
DC 224-201
LORTON REFORMATORY
Occoquan Facilities
P.O. Box 85
Lorton, VA 22199

*Rec'd. July 24, 2010  TR/*

THOMAS E. LACHKOVICH
4695 East Louisiana Avenue
Apartment F114
Denver, CO 80246

LARRY TAYLOR
DC 239-072
LORTON REFORMATORY
Central Facility
P.O. Box 25
Lorton, VA 22199

**Total labels:** 3

**Not printed due to inadequate address:** 79



EXHIBIT
PH. 119

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* THOMAS E. LACHKOVICH, | )<br>)<br>) |
| Alberto R. Gonzales<br>United States Attorney General<br>United States Department of Justice<br>10th and Constitution Avenue, N.W., Rm. 5111<br>Washington, D.C. 20530 | )<br>)<br>)<br>)<br>) |
| and | ) |
| Thomas E. Lachkovich<br>Independence Plaza<br>1001 - 16th Street, Suite B-180<br>P.O. Box 327<br>Denver, Colorado 80265-0005<br>303-944-9882 | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiff(s), | )<br>) |
| V. | ) |
| JOHN ASHCROFT<br>10th and Constitution Ave., N.W., Room 5111<br>Washington, D.C. 20530 | )<br>)<br>) |
| and | ) |
| BENJAMIN NIGHTHORSE CAMPBELL<br>2099 Pennsylvania Ave., N.W., Suite 100<br>Washington, D.C. 20006 | )<br>)<br>) |
| and | ) |
| JOHN SUTHERS<br>1525 Sherman Street, 5th Floor<br>Denver, Colorado 80203 | )<br>)<br>) |

~~FILED IN CAMERA
AND UNDER SEAL~~

RECEIVED

SEP 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. _____

1

EXHIBIT

PH. 120



...et Search

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 1001 | 11/08/07 | $400.00 | PREMIUM MEMBERSHIP CHECKING XXX-XXX9657 |

**WELLS FARGO BANK**   1001

17TH STREET   1850 17TH ST   DENVER, CO 80285   23-2/1020

DATE *October 30, 2007*

PAY TO THE ORDER OF *Capital Process Serving, Inc.*   $ *400.00*

*Four Hundred and No/100*   DOLLARS

THOMAS E LACHKOVICH
1001 - 16TH STREET, B-18032
DENVER    CO 80265

*Re: #07-cv-1645 [4]*
*prepay- 196956; 196961; 196963, 196965*   *Thomas E Lachkovich*

⑈10 200807⑆08496996 57⑈ 1001    ⑆0000040000⑆

PAY TO THE ORDER OF
WACHOVIA BANK, N.A.
RICHMOND, VIRGINIA 23218
FOR DEPOSIT ONLY
CAPITOL PROCESS SERVICES, INC.

🏠 Equal Housing Lender

© 1995 – 2007 Wells Fargo. All rights reserved.

EXHIBIT
PH. 121



**THOMAS E. LACHKOVICH**
1001 – 16th STREET, B-180/327
DENVER, COLORADO 80265-0005
Telephone: 303-944-9882
Facsimile: 303-534-2910
E-mail: tlachkov@aol.com

LEGAL AND CONFIDENTIAL

November 20, 2007                              VIA   info@capitolprocess.com

CAPITOL PROCESS SERVICES, INC.
1827 - 18th Street, N.W.
Washington, D.C. 20009

ATTN:        Daniel F. Portnoy

SUBJECT:     Performance and Cost Concerns – Demand for Reimbursement Due

REFERENCES:      A.      Telephone call from T. Lachkovich to Capitol Process
                         Services, Inc., October 30, 2007, 1:54 p.m. (MDT); Ref:
                         Rush Service of Process Fee - $90.00;

                 B.      Letter, dated October 30, 2007, from T. Lachkovich to
                         Capitol Process Services, Inc.; [ 2pp, Ref: Rush Service of
                         Process, Civil Action No. 07-CV-1645, U.S. District Court,
                         District of Columbia, Washington, D.C. ];

                 C.      Telephone call from Capitol Process Services, Inc., to T.
                         Lachkovich, Tues., November 6, 2007, 12:02 p.m. (MDT);
                         Ref: Completed Service of Process, including 'the Senate';

                 D.      Letter, dated November 6, 2007, from T. Lachkovich to
                         Capitol Process Services, Inc.; via E-mail address:
                         info@capitolprocess.com; [2pp,Ref: Acknowledgement of
                         telephone message from Capitol Process Services, Inc., [
                         Ref. C above ]; Rush Service of Process, Civil Action No.
                         07-CV-1645, U.S. District Court, District of Columbia,
                         Washington, D.C. ];

                 E.      Capitol Process Services, Inc. envelope, post-mark dated
                         November 08, 2007, ($00.58) received by T. Lachkovich
                         on November 20, 2007, with contents: Invoice No. 196965,
                         $100.00, dated November 6, 2007 [1p], Affidavit of
                         Service, dated November 6, 2007 [1p], - Honorable Nancy
                         Pelosi; : Invoice No. 196963, $100.00, dated November 6,

TEL                            November 20, 2007                         Page 1 of 2
                            LEGAL AND CONFIDENTIAL

EXHIBIT
PH. 122

..007 [1p], Affidavit of Service, da          ember 6, 2007
[1p], - Honorable John Conyers, Jr.; Invoice No. 196961,
$100.00, dated November 6, 2007 [1p], Affidavit
of Service, dated November 6, 2007 [1p], - Peter D. Keisler;
Invoice No. 196956, $100.00, dated November 6, 2007
[1p], Affidavit of Service, dated November 6, 2007 [1p], -
Jeffrey A. Taylor;

Dear Mr. Portnoy:

Exception is taken relative to performance and cost associated with the above referenced
matters. Among other items of concern, four (4) 'rush' service of process at $90.00 each
would compute to $360.00. However, as in the past informed by your office to me and as
is customary and standard in the practice of multiple service of process at the same
location, the fee is reduced to half the charged amount. Documents received bearing
your name and such today indicate that service of process was made and accepted by
Christine M. Davenport, Assistant Counsel, U.S. House of Representatives, at 219
Cannon Building, Washington, D.C. 20515, for and on behalf of two (2) named officials
at the same location, specifically, for and on behalf of Honorable Nancy Pelosi, Speaker,
U.S. House of Representatives, and for and on behalf of Honorable John Conyers, Jr.,
Chairman, House Judiciary Committee, U.S. House of Representatives.

In the event of four (4) separate and distinct official locations to be served, the fee would
compute to a simple-Simon amount of $360.00 [ 4  x  $90.00  =  $360.00 ]. With the
$400.00 retainer check advanced by me to your office, the amount due and owing would
be $40.00. You failed to reimburse me that $40.00 amount. However, since the
documents received from your office indicate that two (2) officials of the U.S. House of
Representatives were served and accepted at the same location, 219 Cannon Building,
the fee should be $90.00 and $45.00 or $135.00, not $180.00, which results in an amount
of $85.00 due and owing to be reimbursed to me by you. Your invoices falsely and
unlawfully indicate and charge a $100.00 fee for four (4) service of process, and
essentially, gobbled up my entire $400.00 check, No. 1001.

Your office, which is a member of NAPPS, has provided me excellent exemplary
professional services over the years (2001, 2004). However, I am deeply disturbed by
what has occurred or hasn't occurred. PROMPTLY FORWARD TO ME A CHECK
IN THE AMOUNT OF EIGHTY-FIVE DOLLARS ($85.00).

You may contact me as referenced herein. Rest assured that you haven't heard the end of
all this. Best regards for the upcoming holidays.

Sincerely,

Thomas E. Lachkovich

EXHIBIT
PH. 123

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009-5526



UNITED STATES POSTAGE
$ 00.41
02 1P
0002363652  DEC 03 2007
MAILED FROM ZIP CODE 20009

Thomas E. Lachkovich
1001 16th Street, B-180/327
Denver, CO 80265-0005

Blumberg No. 6118
EXHIBIT
PH. 124

80265+0005



**CAPITOL PROCESS SERVICES, INC.**
PH. 202-667-0050
1827 18TH STREET, NW
WASHINGTON, DC 20009

8281

60-54-514

Date 11/26/07

Pay to the order of  Thomas E. Lachkovich                    $ 85.00

Eighty-five and 00/100                                   Dollars

WACHOVIA BANK, N.A.
WACHOVIA.COM                 196956 - 196965

For  Refund - U.S. v. Ashcroft, et al.        Angela H. Croson

⑈⑆00008281⑈⑆  ⑆051400549⑆  200000761317⑈⑆

Blumberg No. 8119

EXHIBIT
PH. 125

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

**INVOICE:** 09-021612
6/16/2009

Thomas E. Lachkovich, Pro Se
2301 Lawrence Street
Denver, CO 80205

*Rec'd. July 09*
*15 Jul Ttd*

**Job ID:** 09-021612  **Reference:** N/A  **Completed** 6/16/2009
**Case No.:** 1:09-cv-01090 EGS  12:20 PM
**Plaintiff:** United States of America, ex rel. Thomas E. Lachkovich
**Defendant:** Mark Sullivan, et al.
**Serve To:** Eric Holder, United States Attorney General
**Location:** United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Service of Process (DC) | 1 | $60.00 | $60.00 |

| | | |
|---|---|---|
| **Total Fees** | | $60.00 |
| **Payment -** | | $60.00 |
| **Balance Due** | | $0.00 |

| Check # | Date | Applied |
|---------|------|---------|
| Cash | 06-16-09 | $60.00 |

**Thank You!**

Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

**EXHIBIT**
**PH. 126**

UNITED STATES D~ ~CT COURT FOR THE DISTRI~ ~ COLUMBIA

| | |
|---|---|
| United States of America, ex rel. Thomas E. Lachkovich )<br><br>)<br>)<br>Plaintiff(s)    )<br>)<br>v.    )<br><br>Mark Sullivan, et al.    )<br>)<br>)<br>Defendant(s)    ) | Case No.: 1:09-cv-01090 EGS<br><br>R~d~ 09<br>15 ~~ |

## AFFIDAVIT OF SERVICE

I, Alex Hernandez, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Letter dated June 15, 2009; Civil Cover Sheet; Plaintiff's Disclosure Memorandum; Complaint and Jury Demand; and Exhibits

SERVE TO: Eric Holder, United States Attorney General
SERVICE ADDRESS: United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

DATE SERVED: June 16, 2009  TIME SERVED: 12:20 PM

PERSON SERVED: Roosevelt Williams, Mailroom Clerk, authorized to accept.

Described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 22    Height: 5'11"    Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 06 19 09

Alex Hernandez
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

EXHIBIT
PH. 127

ID 09-021612                                                               Client Reference N A.

Social Security Administration
# Retirement, Survivors and Disability Insurance
Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date:  May 18, 2011
Claim Number:  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A

004514  1 MB 0.390 0015 LTN T24 PC2 0511

THOMAS E LACHKOVICH
1101 W 7TH AVE
DENVER CO 80204-4438

*Rec'd.*
*6 June 2011*
*TR*

As you requested, beginning May 2011 any Social Security payments will be sent to

● the financial institution you selected; or
● the new account you selected at the same financial institution.

In order for us to send letters to you, please let us know if your address changes.

**What We Will Pay And When**

- You will receive $1,191.00 for May 2011 around June 22, 2011.

- After that you will receive $1,191.00 on or about the fourth Wednesday of each month.

**If You Change Your Account**

Please tell us if you change the financial institution or account where your payments are going.  Also, you should keep the old account open until the first benefit payment is credited to your new account.  It usually takes 1 to 2 months to process the change.



EXHIBIT
PH. 12B

C                              See Next Page

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet
to find general information about Social Security.  If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local Social
Security office at 1-866-613-9904.  We can answer most questions over the
phone.  If you are deaf or hard of hearing, you may call our TTY number,
1-800-325-0778.  You can also write or visit any Social Security office.  The
office that serves your area is located at:

> SOCIAL SECURITY
> 2ND FL SUITE 200
> 1500 CHAMPA ST
> DENVER, CO 80202

If you do call or visit an office, please have this letter with you.  It will help
us answer your questions.  Also, if you plan to visit an office, you may call
ahead to make an appointment.  This will help us serve you more quickly
when you arrive at the office.

Elaine Garrison-Daniels
Assistant Regional Commissioner
Processing Center Operations

EXHIBIT
PH. 129

BNC#: 11B1357F49543

Over ▶

**SOCIAL SECURITY ADMINISTRATION**
MID-ATLANTIC PROGRAM SERVICE CENTER
300 SPRING GARDEN ST
PHILADELPHIA PA 19123-2999

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**Be sure to check out**
**our website: *www.socialsecurity.gov***

*Rec'd.*
*10 Dec 2011 TRa*

FIRST-CLASS MAIL
PRESORTED
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

THOMAS E LACHKOVICH
825 SO QUEBEC ST 308
DENVER CO 80247-1062

EXHIBIT
PH. 130



# Your New Benefit Amount

1418893

BENEFICIARY'S NAME: THOMAS E LACHKOVICH

*Rec'd. 2011*
*10 Dec TRC*

Your Social Security benefits will increase by 3.6 percent in 2012 because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business.

### How Much Will I Get And When?

- Your monthly amount (before deductions) is    $1,234.00.
- The amount we deduct for Medicare medical insurance is    $0.00.
  (If you did not have Medicare as of Nov. 17, 2011,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is    $0.00.
  (If you did not elect withholding as of Nov. 1, 2011, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is    $0.00.
  (If you did not elect voluntary tax withholding as of
  Nov. 17, 2011, we show $0.00.)
- After taking any other deductions, we will deposit    $1,234.00
  into your bank account on Jan. 25, 2012.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

### What If I Have Questions?

Please visit our website at ***www.socialsecurity.gov*** for more information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

SUITE 250
14280 E JEWELL AVE
AURORA CO


EXHIBIT
PH. 131

# IMPORTANT INFORMATION

*Rec'd.  Dec 2011  10*

## Your Benefit Amount

We are writing to tell you that your Social Security benefits will increase by 3.6 percent in 2012. Please check the other side of this letter to learn how this affects you.

## What If I Worked In 2011?

If you were "full" retirement age or older (born in 1944 or earlier) throughout the year, you may keep all of your benefits no matter how much you earn. But, if you were younger than full retirement age (born in 1945 or later) at any time during the year, there is a limit to how much you can earn before your benefits are reduced.

- **If you were younger than full retirement age all year in 2011,** the earnings limit was $14,160. We must deduct $1 from your benefits for each $2 you earned over $14,160.
- **If you reached full retirement age during 2011,** the earnings limit was $37,680. We must deduct $1 from your benefits for each $3 you earned over $37,680 until the month you turned age 66.

We paid you benefits in 2011 based on the amount of money you estimated you would make. When your employer(s) reports your actual earnings for 2011 to us, we will adjust your benefits if necessary. The earnings your employer reports are the amount that will be on the W-2(s) you will receive. If the earnings on your W-2(s) for 2011 include money you earned in another year, you should contact us before April 15 to let us know.

## What If I Work In 2012?

The earnings limit for workers who are younger than "full" retirement age will be $14,640. The earnings limit for people turning 66 in 2012 will be $38,800. Your benefits will be reduced if you earn more than these limits. If you expect to earn more in 2012, you should tell us right away so we can pay you correctly. This does not mean you must try to limit your earnings. If we withhold some of your benefits because you continue to work, we will pay you a higher monthly benefit amount when you reach your full retirement age. There is no limit on earnings if you are full retirement age or older for the entire year.

## What If I Also Get Supplemental Security Income (SSI)?

If you get SSI, you must call **1-800-772-1213** to report all of your earnings.

EXHIBIT
PH.132

## Rules For Certain Family Members

If you receive benefits as a widow, widower, parent, or child and you marry or remarry, you must let us know. If you are a custodial parent, you also must let us know if a child who receives benefits no longer lives with you. If a stepchild receives benefits based on your work and you and the stepchild's parent divorce, you must report the divorce to us. We must stop the stepchild's benefits the month after the divorce becomes final.

## Health Insurance For Children

If you have children or grandchildren younger than age 19 who are not covered by health insurance, the Children's Health Insurance Program may help. To find out more, visit *www.insurekidsnow.gov* or call **1-877-KIDS-NOW (1-877-543-7669).** The number connects you to your State's program.

## Help For Elders

The Eldercare Locator is a free public service of the U.S. Administration on Aging. By calling **1-800-677-1116**, or visiting *www.eldercare.gov*, you can connect with a specialist in your area who can explain programs that give financial, employment, legal, and caregiving help to seniors.

## Help Prevent Identity Theft

calling **1-800-677-1116**, or visiting *www.eldercare.gov*, you can connect with a specialist in your area who can explain programs that give financial, employment, legal, and caregiving help to seniors.

## Help Prevent Identity Theft

Be aware of scams through the mail, Internet, telephone, or in person. You should be careful when someone asks for personal information, including your Social Security number.

## Medicare Information

The Centers for Medicare & Medicaid Services recently mailed the *Medicare & You 2012* handbook to all households with Medicare.

If you are a Medicare beneficiary with limited resources and income, you may be able to get Extra Help paying for your monthly premiums, annual deductibles, and co-payments related to the Medicare prescription drug program. You can apply online at *www.socialsecurity.gov/extrahelp,* or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**) to apply over the phone or to request an application.

When you file your application for Extra Help, you also can start your application process for the Medicare Savings Programs— State programs that provide help with other Medicare costs. Social Security will send information to your State unless you tell us not to on the Extra Help application. Your State will contact you to help you apply for a Medicare Savings Program. You also can contact your State, local Medicaid, or social services office to file for a Medicare Savings Program.

These Medicare Savings Programs can help people with limited resources and income save more than $1,100 a year by paying for their Medicare Part B (medical insurance) premiums. For some people, the Medicare Savings Programs also may pay for Medicare Part A (hospital insurance) premiums, if any, and Part A and B deductibles and co-payments.

Higher-income beneficiaries will pay higher premiums for Part B and prescription drug coverage. We call this the income-related monthly adjustment amount. Less than 5 percent of people with Medicare are affected, so most people will not pay a higher premium.

If you are one of these higher-income beneficiaries, the additional amount of your Medicare prescription drug plan premium will be tied to the base beneficiary premium, not your own premium amount. We will deduct the additional amount from your monthly Social Security payments, regardless of how you ordinarily pay your monthly Medicare prescription plan premiums. If the amount is greater than your monthly payment from Social Security, you will get a separate bill from another Federal agency.

To find more information about the income-related monthly adjustment amount, Medicare eligibility, or to enroll in Medicare, please visit *www.socialsecurity.gov/mediinfo.htm* or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778).**

For all other Medicare information, including coverage and billing, visit *www.medicare.gov* or call **1-800-MEDICARE (1-800-633-4227)** or TTY **1-877-486-2048**. Your State Health Insurance Counseling and Assistance Program (SHIP) also can help answer Medicare questions. You can find your local SHIP contact information in the back of your Medicare handbook, online at *www.medicare.gov* under "Help & Support," or you can request it when you call.



Michael J. Astrue
Commissioner

Over ▶

Form **SSA-4926-SM** (1-2012)